| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | | CONTRACT ID CODE | PAGE 1 | OF PAGES 1 |
|---|---|---|---|---|
| 2. AMENDMENT/MODIFICATION NO. P00001 | 3. EFFECTIVE DATE See BLK 16C | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. *(If applicable)* | |
| 6. ISSUED BY CODE SP0400 DEFENSE SUPPLY CENTER RICHMOND ATTN: DSCR PROCUREMENT 8000 JEFFERSON DAVIS HIGHWAY RICHMOND, VA 23297-5774 | | 7. ADMINISTERED BY *(If other than Item 6)* CODE S3915A DCMA PHILADELPHIA P.O. BOX 11427 PHILADELPHIA, PA 19111-0427 | | |

| 8. NAME AND ADDRESS OF CONTRACTOR *(No., street, county, State and ZIP Code)* | (X) | |
|---|---|---|
| C & D TECHNOLOGIES, INC. DBA DYNASTY DIVISION 1400 UNION MEETING ROAD BLUE BELL, PA 19422-2195 | | 9A. AMENDMENT OF SOLICITATION NO. |
| | | 9B. DATED *(SEE ITEM 11)* |
| | X | 10A. MODIFICATION OF CONTRACT/ORDER NO. SPM441-06-D-0409 |
| CODE 1K126    FACILITY CODE | | 10B. DATED *(SEE ITEM 13)* 08 MAY 2006 |

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

[ ] The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers [ ] is extended, [ ] is not extended.

Offer must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:

(a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. Accounting and Appropriation Data *(If required)*

**13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.**

| (X) | |
|---|---|
| A. | THIS CHANGE ORDER IS ISSUED PURSUANT TO: *(Specify authority)* THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES *(such as changes in paying office, appropriation date, etc)*. SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| X | D. OTHER *(Specify type of modification and authority)* EPA to Account for Lead Content Volatility for Option Periods, Pages 11-13 of Basic Contract |

E. IMPORTANT: Contractor [X] is not, [ ] is required to sign this document and return _____ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION *(Organized by UCF section headings, including solicitation/contract subject matter where feasible.)*

Modification is issued to adjust the unit prices based on the Economic Price Adjustment clause included in the basic contract as pages 11-13. The prices included on this modification represent the 6-month adjustment for the base year. The lead index used as of November 8, 2006 is .8001. The PPI adjusting index for November 2006 for all commodities is 165.1.

Unit price for NSN 6140-00-202-2978 is $5,988.75
Unit price for NSN 6140-00-168-3803 is $5,995.10

All other terms and conditions will remain the same.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER *(Type or print)* | | 16A. NAME AND TITLE OF CONTRACTING OFFICER *(Type or print)* RUSSELL WELLS - CONTRACTING OFFICER | |
|---|---|---|---|
| 15B. CONTRACTOR/OFFEROR _____ *(Signature of person authorized to sign)* | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA BY _____ *(Signature of Contracting Officer)* | 16C. DATE SIGNED 3/28/07 |

NSN 7540-01-152-9070
PREVIOUS EDITION UNUSABLE

PerFORM (DLA)

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

Exhibit G

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | | 1. CONTRACT ID CODE | PAGE 1 | OF PAGES 1 |
|---|---|---|---|---|
| 2. AMENDMENT/MODIFICATION NO. P00002 | 3. EFFECTIVE DATE See BLK 16C | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (If applicable) | |

| 6. ISSUED BY | CODE | SP0400 | 7. ADMINISTERED BY (If other than Item 6) CODE | S3915A |
|---|---|---|---|---|
| DEFENSE SUPPLY CENTER RICHMOND ATTN: DSCR PROCUREMENT 8000 JEFFERSON DAVIS HIGHWAY RICHMOND, VA 23297-5774 | | | DCMA PHILADELPHIA P.O. BOX 11427 PHILADELPHIA, PA 19111-0427 | |

| 8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code) | (X) | 9A. AMENDMENT OF SOLICITATION NO. |
|---|---|---|
| C & D TECHNOLOGIES, INC. DBA DYNASTY DIVISION 1400 UNION MEETING ROAD BLUE BELL, PA 19422-2195 | | 9B. DATED (SEE ITEM 11) |
| | X | 10A. MODIFICATION OF CONTRACT/ORDER NO. SPM441-06-D-0409 |
| CODE        FACILITY CODE | | 10B. DATED (SEE ITEM 13) 08 MAY 2006 |

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

[ ] The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers [ ] is extended, [ ] is not extended.

Offer must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:

(a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. Accounting and Appropriation Data (If required)

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| (X) | |
|---|---|
| A. | THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc). SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| X | D. OTHER (Specify type of modification and authority) FAR CLAUSE : 52.217-9G08 OPTION TO EXTEND THE TERM OF THE CONTRACT DSCR (JULY 2000) |

E. IMPORTANT: Contractor [X] is not, [ ] is required to sign this document and return _____ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

Modification is issued to exercise option year 1 and extend the terms of the contract by twelve months. The ordering period is changed to read from May 8, 2007 through May 7, 2008. The unit prices have been adjusted according to the EPA clause of the basic contract, pages 11-13. The lead index used as of May 8, 2007 is .9435. The PPI adjusting index for May 2007 is 166.86.

Unit price for NSN 6140-00-202-2978 is $6,271.00
Unit price for NSN 6140-00-168-3803 is $6,257.44

All other terms and conditions will remain the same.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) RICHARD DEITER - CONTRACTING OFFICER | |
|---|---|---|---|
| 15B. CONTRACTOR/OFFEROR _____ (Signature of person authorized to sign) | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA BY _____ (Signature of Contracting Officer) | 16C. DATE SIGNED 05/07/07 |

NSN 7540-01-152-9070
PREVIOUS EDITION UNUSABLE

PerFORM (DLA)

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

| | | | | | |
|---|---|---|---|---|---|
| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | | | 1. CONTRACT ID CODE | PAGE 1 | OF PAGES 1 |
| 2. AMENDMENT/MODIFICATION NO. P00003 | 3. EFFECTIVE DATE See BLK 16C | 4. REQUISITION/PURCHASE REQ. NO. | | 5. PROJECT NO. (If applicable) | |
| 6. ISSUED BY CODE SP0400 DEFENSE SUPPLY CENTER RICHMOND ATTN: DSCR PROCUREMENT 8000 JEFFERSON DAVIS HIGHWAY RICHMOND, VA 23297 | | | 7. ADMINISTERED BY (If other than Item 6) CODE S3915A DCMA PHILADELPHIA P.O. BOX 11427 PHILADELPHIA, PA 19111-0427 | | |

8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code)

C & D TECHNOLOGIES, INC.
DBA DYNASTY DIVISION
1400 UNION MEETING ROAD
BLUE BELL, PA 19422-2195

CODE          FACILITY CODE

(X) 9A. AMENDMENT OF SOLICITATION NO.

9B. DATED (SEE ITEM 11)

[X] 10A. MODIFICATION OF CONTRACT/ORDER NO.
SPM441-06-D-0409

10B. DATED (SEE ITEM 13)
08 MAY 2006

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

[ ] The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers [ ] is extended, [ ] is not extended.

Offer must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:

(a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. Accounting and Appropriation Data (If required)

**13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.**

| (X) | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc). SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| X | D. OTHER (Specify type of modification and authority) 6 MONTH EPA PRICE ADJUSTMENT, PAGES 11-13 OF BASIC CONTRACT |

E. IMPORTANT: Contractor [X] is not, [ ] is required to sign this document and return _____ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

Modification is issued to update unit prices according to the Economic Price Adjustment (EPA) to Account for Lead Content Volatitlity per pages 11-13 of the basic contract. The adjusting index for lead as of November 8, 2007 is 1.6692 and the PPI adjusting index for November 2007 is 168.11. Prices have been increased by 15% as the clause states prices are not to exceed a 15% increaese per EPA adjustment.

Unit price for NSN 6140-00-202-2978 is $7,211.65 .
Unit price for NSN 6140-00-168-3803 is $7,196.05

All other terms and conditions will remain the same.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | | | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) RICHARD DEITER - CONTRACTING OFFICER | |
|---|---|---|---|---|
| 15B. CONTRACTOR/OFFEROR (Signature of person authorized to sign) | | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA BY (Signature of Contracting Officer) | 16C. DATE SIGNED 11/09/2007 |

NSN 7540-01-152-9070
PREVIOUS EDITION UNUSABLE                    PerFORM (DLA)

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | 1. CONTRACT ID CODE | PAGE | OF | PAGES |
|---|---|---|---|---|
| | | 1 | | 1 |

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (If applicable) |
|---|---|---|---|
| P00004 | See BLK 16C | | |

| 6. ISSUED BY | CODE | SP0400 | 7. ADMINISTERED BY (If other than Item 6) CODE | S3915A |
|---|---|---|---|---|

DEFENSE SUPPLY CENTER RICHMOND
ATTN: DSCR PROCUREMENT
8000 JEFFERSON DAVIS HIGHWAY
RICHMOND, VA 23297-5774

DCMA PHILADELPHIA
P.O. BOX 11427
PHILADELPHIA, PA 19111-0427

8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code)

C & D TECHNOLOGIES, INC.
DBA DYNASTY DIVISION
1400 UNION MEETING ROAD
BLUE BELL, PA 19422-2195

9A. AMENDMENT OF SOLICITATION NO.

9B. DATED (SEE ITEM 11)

10A. MODIFICATION OF CONTRACT/ORDER NO.
SPM441-06-D-0409

[X]

10B. DATED (SEE ITEM 13)
08 MAY 2006

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

**13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.**

(X) D. OTHER (Specify type of modification and authority) FAR CLAUSE: 52.217-9G08 OPTION TO EXTEND THE TERM OF THE CONTRACT DSCR (JULY 2000)

E. IMPORTANT: Contractor [X] is not required to sign this document and return ___ copies to the issuing office.

**14. DESCRIPTION OF AMENDMENT/MODIFICATION**

Modification is issued to exercise option year 2 and extend the terms of the contract by twelve months. The ordering period is changed to read from May 8, 2008 through May 7, 2009. The unit prices have been adjusted according to the EPA clause of the basic contract, pages 11-13. The lead index used as of May 7, 2008 is 1.1707. The PPI adjusting index for May 2008 is 188.1.

Unit price for NSN 6140-00-202-2978 is $7,242.70
Unit price for NSN 6140-00-168-3803 is $7,211.55

All other terms and conditions of the basic contract will remain the same.

| 15A. NAME AND TITLE OF SIGNER | 16A. NAME AND TITLE OF CONTRACTING OFFICER |
|---|---|
| | JOHN WHALEY, CONTRACTING OFFICER |
| 15B. CONTRACTOR/OFFEROR | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA BY (Signature of Contracting Officer) | 16C. DATE SIGNED 4-7-2008 |

NSN 7540-01-152-9070
PREVIOUS EDITION UNUSABLE
STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | 1. CONTRACT ID CODE | PAGE 1 | OF PAGES 1 |
|---|---|---|---|
| 2. AMENDMENT/MODIFICATION NO. P00005 | 3. EFFECTIVE DATE SEE BLK 16C | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. *(If applicable)* |

| 6. ISSUED BY | CODE | SP0400 | 7. ADMINISTERED BY *(If other than Item 6)* | CODE | S3915A |
|---|---|---|---|---|---|
| DEFENSE SUPPLY CENTER RICHMOND<br>ATTN: DSCR PROCUREMENT<br>8000 JEFFERSON DAVIS HIGHWAY<br>RICHMOND, VA 23297-5774 | | | DCMA PHILADELPHIA<br>P.O. BOX 11427<br>PHILADELPHIA, PA 19111-0427 | | |

| 8. NAME AND ADDRESS OF CONTRACTOR *(No., street, county, State and ZIP Code)* | (X) | |
|---|---|---|
| C&D TECHNOLOGIES, INC.<br>DBA DYNASTY DIVISION<br>1400 UNION MEETING ROAD<br>BLUE BELL, PA 19422-2195 | | 9A. AMENDMENT OF SOLICITATION NO. |
| | | 9B. DATED *(SEE ITEM 11)* |
| | X | 10A. MODIFICATION OF CONTRACT/ORDER NO. SPM441-06-D-0409 |
| | | 10B. DATED *(SEE ITEM 13)* |
| CODE | FACILITY CODE | |

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

[ ] The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers [ ] is extended, [ ] is not extended.

Offer must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:

(a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. Accounting and Appropriation Data *(If required)*

**13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.**

| (X) | | |
|---|---|---|
| X | A. | THIS CHANGE ORDER IS ISSUED PURSUANT TO: *(Specify authority)* THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| | B. | THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES *(such as changes in paying office, appropriation date, etc.)* SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| | C. | THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| X | D. | OTHER *(Specify type of modification and authority)* 6 MONTH EPA PRICE ADJUSTMENT, PAGES 11-13 OF BASIC CONTRACT |

E. IMPORTANT: Contractor [X] is not, [ ] is required to sign this document and return _____ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION *(Organized by UCF section headings, including solicitation/contract subject matter where feasible.)*

Modification is issued to update unit prices according to the Economic Price Adjustment (EPA) to account for lead content volatility per pages 11-13 of the basic contract. The adjusting index for lead as of November 12, 2008 is .5829 and the PPI adjusting index for September 2008 is 197.2. Prices have been adjusted per the EPA formula in the basic contract.

Unit price for NSN 6140-00-202-2978 is $6,549.44
Unit price for NSN 6140-00-168-3803 is $6,612.28

All other terms and conditions will remain the same.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER *(Type or print)* | 16A. NAME AND TITLE OF CONTRACTING OFFICER *(Type or print)* JOHN WHALEY - CONTRACTING OFFICER | |
|---|---|---|
| 15B. CONTRACTOR/OFFEROR<br>*(Signature of person authorized to sign)* | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA<br>BY *(Signature of Contracting Officer)* | 16C. DATE SIGNED 11-12-2008 |

NSN 7540-01-152-9070
PREVIOUS EDITION UNUSABLE

PerFORM (DLA)

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

| | |
|---|---|
| 1. CONTRACT ID CODE | PAGE 1 OF PAGES 1 |

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (If applicable) |
|---|---|---|---|
| P00006 | 08 MAY 2009 | | |

**6. ISSUED BY** CODE

DEFENSE SUPPLY CENTER RICHMOND
8000 JEFFERSON DAVIS HIGHWAY
RICHMOND VA 23297 - 5774

**7. ADMINISTERED BY** (If other than Item 6) CODE

DCMA PHILADELPHIA
P.O BOX 11427
PHILADELPHIA, PA 19111 - 0427

**8. NAME AND ADDRESS OF CONTRACTOR** (No., street, county, State and ZIP Code)

C & D TECHNOLOGIES, INC.
DBA DYNASTY DIVISION
1400 UNION MEETING ROAD
BLUE BELL, PA 19422 - 2195

CODE 1K126  FACILITY CODE

**9A. AMENDMENT OF SOLICITATION NO.**

**9B. DATED** (SEE ITEM 11)

**10A. MODIFICATION OF CONTRACT/ORDER NO.**
[X] SPM441-06-D-0409

**10B. DATED** (SEE ITEM 13)
08 MAY 2006

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

[ ] The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers [ ] is extended, [X] is not extended.

Offer must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:

(a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

**12. Accounting and Appropriation Data** (If required)

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

[X] A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A.

[ ] B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b).

[ ] C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:

[X] D. OTHER (Specify type of modification and authority) FAR CLAUSE: 52.217-9G08 OPTION TO EXTEND THE TERM OF THE CONTRACT SUPPLIES - DSCR- (JULY 2000).

**E. IMPORTANT:** Contractor [X] is not, [ ] is required to sign this document and return _____ copies to the issuing office.

**14. DESCRIPTION OF AMENDMENT/MODIFICATION** (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

MODIFICATION IS ISSUED TO EXERCISE OPTION YEAR 3.
THIS MODIFICATION IS ISSUED TO EXERCISE THE OPTION TO EXTEND THE TERMS OF THE CONTRACT BY 12 MONTHS.
THE FOLLOWING CHANGES ARE HEREBY INCORPORATED:
ORDERING PERIOD IS CHANGED TO READ FROM: 08 MAY 2009 THROUGH 07 MAY 2010.

UNIT PRICE FOR OPTION YEAR 3, NSN: 6140-00-202-2978 IS $ 5,784.09
UNIT PRICE FOR OPTION YEAR 3, NSN: 6140-00-168-3803 IS $ 5,823.95

ALL OTHER TERMS AND CONDITIONS WILL REMAIN THE SAME.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) |
|---|---|
| | KREYLON V. CREWE-BACON, CONTRACTING OFFICER |
| 15B. CONTRACTOR/OFFEROR      15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA BY /s/ Kreylon Crewe-Bacon    16C. DATE SIGNED 8 May 09 |
| (Signature of person authorized to sign) | (Signature of Contracting Officer) |

NSN 7540-01-152-9070
PREVIOUS EDITION UNUSABLE

PerFORM (DLA)

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | | | 1. CONTRACT ID CODE<br>K | PAGE<br>1 | OF PAGES<br>1 |
|---|---|---|---|---|---|
| 2. AMENDMENT/MODIFICATION NO.<br>P00006 | 3. EFFECTIVE DATE<br>See Block 16C | 4. REQUISITION/PURCHASE REQ. NO. | | 5. PROJECT NO. (If applicable) | |
| 6. ISSUED BY CODE SPM400<br>Defense Supply Center Richmond<br>8000 Jefferson Davis Hwy<br>Richmond, VA 23297<br>E-mail: repanza.mason@dla.mil | | | 7. ADMINISTERED BY (If other than Item 6) CODE SS3915A<br>Defense Supply Center Columbus<br>Land Supply Chain<br>DSCC-PLGC<br>PO Box 3990<br>Columbus, OH 43218-3990 | | |

8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code)
C & D Technologies Inc.
DBA Dynasty Division
1400 Union Meeting Rd
Blue Bell, PA 19422-2195

9A. AMENDMENT OF SOLICITATION NO.

9B. DATED (SEE ITEM 11)

10A. MODIFICATION OF CONTRACT/ORDER NO.
SPM441-06-D-0409

X

10B. DATED (SEE ITEM 13)

CODE 1K126    FACILITY CODE

11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS,
IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

[X] D. OTHER (Specify type of modification and authority) 6-month EPA price adjustment. Pages 11-13 of basic contract

E. IMPORTANT: Contractor [ ] is not [X] is required to sign this document and return 1 copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)
This modification is issued to update unit prices according to the Economic Price Adjustment (EPA) to account for Lead content volatility per pages 11-13 of the basic contract. The adjusting index for Lead as of May 14, 2009 is .6582 and the PPI adjusting index for April 2009 is 168.7. Prices have been adjusted per the EPA formula in the basic contract.

Unit price for NSN 6140-00-202-2978 is $5861.27
Unit price for NSN 6140-00-168-3803 is $5891.39

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print)<br>JAY FRANKHOUSER<br>DIRECTOR OF GOVERNMENT SALES | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print)<br>Edward G. West, Contracting Officer, DSCR-PAS |
|---|---|
| 15B. CONTRACTOR/OFFEROR<br>(Signature of person authorized to sign) | 15C. DATE SIGNED<br>5/14/09 | 16B. UNITED STATES OF AMERICA<br>BY (Signature of Contracting Officer) | 16C. DATE SIGNED<br>27May09 |

NSN 7540-01-152-8070
PREVIOUS EDITION UNUSABLE

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | | | 1. CONTRACT ID CODE K | PAGE 1 | OF PAGES 1 |
|---|---|---|---|---|---|
| 2. AMENDMENT/MODIFICATION NO. P00007 | 3. EFFECTIVE DATE See Block 16C | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (If applicable) | | |
| 6. ISSUED BY CODE SPM4L1 | | 7. ADMINISTERED BY (If other than Item 6) CODE S3915A | | | |

6. ISSUED BY

Defense Supply Center Richmond
8000 Jefferson Davis Highway
Richmond, VA 23297

7. ADMINISTERED BY

DCMA PHILADELPHIA
PO BOX 11427
PHILADELPHIA, PA 19111-427

8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code)
C&D Technologies Inc.
DBA Dynasty Division
1400 Union Meeting Rd.
Blue Bell, PA 19422-2195

(X) 9A. AMENDMENT OF SOLICITATION NO.

9B. DATED (SEE ITEM 11)

10A. MODIFICATION OF CONTRACT/ORDER NO.
SPM441-06-D-0409

X

10B. DATED (SEE ITEM 13)

CODE 1K126    FACILITY CODE

11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

[ ] The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers [ ] is extended, [ ] is not extended.

Offer must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:
(a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. Accounting and Appropriation Data (If required)

13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS,
IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

(X) A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A.

X  B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc). SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b).

C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:

D. OTHER (Specify type of modification and authority)

E. IMPORTANT: Contractor [X] is not, [ ] is required to sign this document and return _____ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)
This modificaton is issued to correct the admin. office (block 7) on Mod P00006. The correct admin. office is:

DCMA PHILADELPHIA
PO BOX 11427
PHILADELPHIA, PA 19111-427

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

15A. NAME AND TITLE OF SIGNER (Type or print)

16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print)
Edward G. West, Contracting Officer, DSCR-FAS

15B. CONTRACTOR/OFFEROR
(Signature of person authorized to sign)

15C. DATE SIGNED

16B. UNITED STATES OF AMERICA
BY _____ (Signature of Contracting Officer)

16C. DATE SIGNED
27/May/09

NSN 7540-01-152-9070
PREVIOUS EDITION UNUSABLE

PerFORM (DLA)

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | 1. CONTRACT ID CODE | PAGE 1 | OF PAGES 1 |
|---|---|---|---|

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (If applicable) |
|---|---|---|---|
| P00008 | 01 JUN 2009 | | |

| 6. ISSUED BY | CODE | SPM41 | 7. ADMINISTERED BY (If other than Item 6) | CODE | S0101A |
|---|---|---|---|---|---|

Defense Supply Center Richmond
8000 Jefferson Davis Highway
Richmond, VA 23297

DCMA Huntsville-Birmingham Ops
1910 third Ave., North-Suite 201
Birmingham, AL 35203-3514

| 8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code) | (X) | 9A. AMENDMENT OF SOLICITATION NO. |
|---|---|---|
| C & D Technologies Inc. DBA Dynasty Division 1400 Union Meeting Rd. Blue Bell, PA 19422-2195 | | |
| | | 9B. DATED (SEE ITEM 11) |
| | X | 10A. MODIFICATION OF CONTRACT/ORDER NO. SPM441-06-D-0409 |
| | | 10B. DATED (SEE ITEM 13) |

CODE 1K126      FACILITY CODE

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

[ ] The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers [ ] is extended, [ ] is not extended.

Offer must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:

(a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. Accounting and Appropriation Data (If required)

**13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.**

| (X) | | |
|---|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. | |
| X | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc). SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). | |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: | |
| | D. OTHER (Specify type of modification and authority) | |

E. IMPORTANT: Contractor [X] is not, [ ] is required to sign this document and return _____ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)
This modification is issued to amend modification P00006 dated 5-27-09 to read P00606.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) Edward G. West, Contracting Officer, DSCR-FAWD |
|---|---|
| 15B. CONTRACTOR/OFFEROR | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA BY (Signature of Contracting Officer) | 16C. DATE SIGNED 6-1-2009 |

NSN 7540-01-152-9070
PREVIOUS EDITION UNUSABLE
PerFORM (DLA)
STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

| | | | | | | |
|---|---|---|---|---|---|---|
| **AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT** | | | 1. CONTRACT ID CODE<br>J | | PAGE OF<br>1 | PAGES<br>2 |
| 2. AMENDMENT/MODIFICATION NO.<br>P00004 | EFFECTIVE DATE<br>May 8, 2010 | | 4. REQUISITION/PURCHASE REQ. No.<br>IQC | | 5. PROJECT NO. (If applicable) | |
| ISSUED BY | CODE | SC0700 | 7. ADMINISTERED BY (If other than Item 6) CODE | | | S3915A |
| DEFENSE SUPPLY CENTER, COLUMBUS<br>ATTN: DSCC-CLDBW<br>P.O. BOX 3990<br>COLUMBUS, OH 43218-3990<br>PATRICK MORRISON (614-) 692-7947 | | | DCMA SURFACE COMMUNICATION AND SUPPORT<br>700 ROBBINS AVENUE, BLDG. 4-A<br>P.O. BOX 11427<br>PHILADELPHIA, PA 19111-0427 | | | |

| 8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code) | (x) | |
|---|---|---|
| C&D TECHNOLOGIES, INC.<br>1400 UNION MEETING RD STE 110<br>BLUE BELL PA 19422-1952 | | 9A. AMENDMENT OF SOLICITATION NO. |
| | | 9B. DATED (SEE ITEM 11) |
| | X | 10A. MODIFICATION OF CONTRACT/ORDER NO.<br>SPM44106D0409 |
| | | 10B. DATED (SEE ITEM 13)<br>5/8/2006 |
| CODE 1K126    FACILITY CODE | | |

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended ☐ is not extended.
Offeror must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:
(a) By completing Items 8 and 15 and returning ___ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or ( c ) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. Accounting and Appropriation Data (If required)    CG: 97X4930 5CC0 001 26.0 S33150

**13. THIS APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.**

| | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify Authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| X | D. OTHER (Specify type of modification and authority)<br>**Unilateral in accordance with clause I17D04** |
| E. | IMPORTANT:   Contractor ☒ is not, ☐ is required to sign this document and return ___ copies to the issuing office. |

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

1. THIS MODIFICATION IS ISSUED TO EXTEND THE CONTRACT PERIOD ONE YEAR IN ACCORDANCE WITH CLAUSE I17D04 IN THE BASIC CONTACT. THE CONTRACT IS EXTENDED ONE YEAR FROM May 8, 2010 THROUGH May 7, 2011.
2. THIS MODIFICATION IS ISSUED AS WELL TO UPDATE UNIT PRICES ACCORDING TO THE ECONOMIC PRICE ADJUSTMENT (EPA) TO ACCOUNT FOR LEAD CONTENT VOLATILITY PER PAGES 11-13 OF THE BASCI CONTRACT. THE ADJUSTING INDEX FOR LEAD AS OF APRIL 13, 2010 IS 1.0501 AND THE PPI ADJUSTING INDES IS 180.9. PRICES HAVE BEEN ADJUSTED PER THE EPA FORMULA IN THE BASIC CONTRACT.

ALL OTHER TERMS AND CONDITIONS REMAIN THE SAME.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remain unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | | 16a. NAME AND TITLE OF CONTRACTING OFFICER (Type or print)<br>EMILY J FERRANTE<br>Contracting Officer | |
|---|---|---|---|
| 15B. CONTRACTOR/OFFEROR<br>(Signature of person authorized to sign) | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA<br>BY _____<br>(Signature of Contracting Officer) | 16C. DATE SIGNED<br>4/13/10 |

NSN 7540-01-152-9070
PREVIOUS EDITION UNUSABLE

Created using Microsoft Word

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

| ITEM NO. | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| | **NSN**      **OPT YR 4** | | | | |
| | 6140-00-168-3803    $ 6824.00 | | | | |
| | 6140-00-202-2978    $ 6842.73 | | | | |

NSN 7540-01-152-8057
U.S. GOVERNMENT PRINTING OFFICE 1990 - 262-081

50336-101

OPTIONAL FORM 336 (4-86)
Sponsored by GSA
FAR (48 CFR) 53.110

| | | | | | |
|---|---|---|---|---|---|
| **AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT** | | | 1. CONTRACT ID CODE<br>J | PAGE OF<br>1 | PAGES<br>1 |
| 2. AMENDMENT/MODIFICATION NO.<br>P00011 | EFFECTIVE DATE<br>05 Nov 2010 | | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (If applicable) | |
| ISSUED BY  CODE  SPM7L1 | | | 7. ADMINISTERED BY (If other than Item 6) CODE S3915A | | |
| DLA LAND AND MARITIME<br>LAND SUPPLY CHAIN<br>PO BOX 3990, COLUMBUS, OH 43218-3990<br>BCA: FLGCA-GEORGE RIEDMILLER (614) 692-4051 | | | DCMA SURFACE COMMUNICATION AND SUPPORT<br>700 ROBBINS AVENUE, BLDG 4-A<br>PO BOX 11427<br>PHILADELPHIA, PA 19111-0427 | | |

| 8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code) | (x) | 9A. AMENDMENT OF SOLICITATION NO. |
|---|---|---|
| C & D TECHNOLOGIES INC.<br>DBA DYNASTY DIVISION<br>1400 UNION MEETING RD. STE 110<br>BLUE BELL, PA 19422-1952 | | 9B. DATED (SEE ITEM 11) |
| | X | 10A. MODIFICATION OF CONTRACT/ORDER NO.<br>SPM441-06-D-0409 |
| | | 10B. DATED (SEE ITEM 13)<br>May 8, 2009 |
| CODE 1K126  FACILITY CODE | | |

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers  ☐ is extended  ☐ is not extended.
Offeror must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:
(a) By completing Items 8 and 15 and returning ___ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. Accounting and Appropriation Data (If required)

**13. THIS APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS,
IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.**

| | | |
|---|---|---|
| | A. | THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify Authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| X | B. | THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.). SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| | C. | THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| | D. | OTHER (Specify type of modification and authority) |
| E. | IMPORTANT:  Contractor ☒ is not, ☐ is required to sign this document and return ___ copies to the issuing office. | |

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

1. This modification is issued to update unit prices according to the economic price index (EPA) to account for lead content volatility per pages 11-13 of the basic contract. The adjusted index for lead as of November 3, 2010 is 1.1231 and the PPI adjusting index for May 2010 is 184.8. Adjusted prices are listed on page 2 in Section B on this modification

2. Modification P00004 effective May 8, 2010 was numbered incorrectly and should read P00010.

3. The issue by office listed in the contract is corrected to read the same as Block #6 of this modification.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remain unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | | 16a. NAME AND TITLE OF CONTRACTING OFFICER (Type or print)<br>MARY E. JOHNSON<br>Contracting Officer | |
|---|---|---|---|
| 15B. CONTRACTOR/OFFEROR<br>(Signature of person authorized to sign) | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA<br>BY _____<br>(Signature of Contracting Officer) | 16C. DATE SIGNED<br>11/5/10 |

NSN 7540-01-152-9070  Created using Microsoft Word  STANDARD FORM 30 (REV. 10-83)
PREVIOUS EDITION UNUSABLE  Prescribed by GSA
  FAR (48 CFR) 53.243

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED<br>SPM441-06-D-0409 / P00011 | PAGE<br>2 OF 2 |
|---|---|---|
| NAME OF OFFEROR OR CONTRACTOR<br>C & D TECHNOLOGIES INC. (1K126) | **EPA PRICE ADJUSTMENT**<br>**SECTION B** | |

| ITEM NO. | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|

EPA Adjusted Prices:

    Unit Price for NSN 6140-00-202-2978 is $7,027.70

    Unit Price for NSN 6140-00-168-3803 is $7,054.76

NSN 7540-01-152-8057
U.S. GOVERNMENT PRINTING OFFICE 1990 - 262-081

50336-101

OPTIONAL FORM 336 (4-86)
Sponsored by GSA
FAR (48 CFR) 53.110