_____

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA
_____

|  |  |
|---|---|
| **THE UNITED STATES OF AMERICA,** ex rel. Donald Palmer, § § § § § § § § § | Docket No. 12:907 (GEP) |
| Relator and Plaintiff, | |
| vs. | |
| **C&D Technologies, Inc.** | |
| Defendant. | |

**RELATOR'S MEMORANDUM IN SUPPORT OF HIS MOTION FOR SUMMARY JUDGMENT**

# DEPOSITION EXHIBIT 95

Defendant's 9/3/2013 Offer on Contract Solicitation

THIS DOCUMENT CONTAINS CONFIDENTIAL INFORMATION COVERED BY A CONFIDENTIALITY STIPULATION APPROVED AND ORDERED BY THE COURT.

THE CONFIDENTIAL CONTENTS OF THIS DOCUMENT MAY NOT BE DISCLOSED WITHOUT EXPRESS ORDER OF THE COURT

Designated as "Confidential" by Defendant pursuant to Protective Order (Doc. 37)

Filed under seal in paper form with the Clerk in accord with Local Civil Rules 5.1.2.7. and 5.1.5.