_____

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA
_____

|  |  |
|---|---|
| THE UNITED STATES OF AMERICA, <br> ex rel. Donald Palmer, <br><br> Relator and Plaintiff, <br><br> vs. <br><br> C&D Technologies, Inc. <br><br> Defendant. | Docket No. 12:907 (GEP) |

RELATOR'S MEMORANDUM IN SUPPORT OF HIS
MOTION FOR SUMMARY JUDGMENT

# DEPOSITION EXHIBIT 96

11/8/2013 Contract Award

THIS DOCUMENT CONTAINS CONFIDENTIAL INFORMATION COVERED BY A CONFIDENTIALITY STIPULATION APPROVED AND ORDERED BY THE COURT.

THE CONFIDENTIAL CONTENTS OF THIS DOCUMENT MAY NOT BE DISCLOSED WITHOUT EXPRESS ORDER OF THE COURT

Designated as "Confidential" by Defendant pursuant to Protective Order (Doc. 37)

Filed under seal in paper form with the Clerk in accord with Local Civil Rules 5.1.2.7. and 5.1.5.