*U.S. ex rel. Palmer v. C D Technologies*
List of Invoices for DFAS Orders, 1 April 2015

| Date | DFAS Order Number | Description | Serial Number | C&D Invoice # | C&D Invoice Bates # | Quantity | Amount (omits freight) |
|---|---|---|---|---|---|---|---|
| 24-Oct-06 | SPM441-06-D-0409-0001 | RN145 to Vandenberg AFB | 06A0579 | 441288 | C&D807290 | 1 | $5,572.00 |
| 18-Jan-08 | SPM441-06-D-0409-0003Z | RN145 to Hill AFB | 07A0201-07A0228 | 494176 | C&D807065 | 28 | $167,862.80 |
| 16-Jul-08 | SPM441-06-D-0409-0002 | RN148 to Hill AFB | 08A0001-08A0026 | 507259 | C&D000549-50 | 26 | $155,688.00 |
| 16-Jul-08 | SPM441-06-D-0409-0002 | RN148 to Hill AFB | 08A0027-08A0052 | 507260 | C&D000551-52 | 26 | $155,688.00 |
| 31-Jul-08 | SPM441-06-D-0409-0004 | RN148 to Hill AFB | 08A0053-08A0071 | 508542 | C&D000553-54 | 19 | $137,021.35 |
| 10-Sep-08 | SPM441-06-D-0409-0004 | RN148 to Hill AFB | 08A0072-08A0078 | 511211 | C&D807257 | 7 | $50,481.55 |
| 22-Oct-08 | SPM441-06-D-0409-0005 | RN145 to Malmstrom AFB | 08A0101-08A0103 | 514352 | C&D000559 | 3 | $21,588.15 |
| 22-Oct-08 | SPM441-06-D-0409-0006 | RN145 to Malmstrom AFB | 08A0104-08A0107 | 514353 | C&D000560 | 4 | $28,784.20 |
| 31-Oct-08 | SPM441-06-D-0409-0007 | RN145 to Malmstrom AFB | 08A0108-08A0110 | 515332 | C&D000562 | 3 | $21,588.15 |
| 31-Oct-08 | SPM441-06-D-0409-0008 | RN145 to Malmstrom AFB | 08A0111-08A0113 | 515333 | C&D000563 | 3 | $21,588.15 |
| 26-Feb-09 | SPM441-06-D-0409-0009 | RN148 to Hill AFB | 09A0001-09A0026 | 522862 | C&D000565-66 | 26 | $188,310.20 |
| 30-Apr-09 | SPM441-06-D-0409-0011 | RN145 to Vandenberg AFB | 09A0029-09A0032 | 527437 | C&D000576; C&D807009 | 4 | $26,449.12 |
| 27-May-09 | SPM441-06-D-0409-0010 | RN148 to Hill AFB | 09A0033-09A0058 | 529184 | C&D000568; C&D807005 | 26 | $170,285.44 |
| 27-Jul-10 | SPM441-06-D-0409-0012 | RN145 to Warren AFB | 10A0001-10A0021 | 558802 | C&D000584; C&D807015 | 21 | $138,857.88 |
| 27-Jul-10 | SPM441-06-D-0409-0013 | RN148 to New Cumberland, PA | 10A0029-10A0036 | 558803 | C&D000592; C&D807019 | 8 | $46,890.16 |
| 31-Aug-10 | SPM441-06-D-0409-0012 | RN145 to Warren AFB | 10A0022-10A0028 (10A0029-10A0035) | 561107 | C&D000589; C&D807011 | 7 | $46,285.96 |
| 31-Aug-10 | SPM441-06-D-0409-0013 | RN148 to New Cumberland, PA | 10A0037-10A0038 | 561108 | C&D000598; C&D807023 | 2 | $11,722.54 |
| 18-Nov-10 | SPM441-06-D-0409-0014 | RN148 to Hill AFB | 10A0041-10A0050 | 566042 | C&D000600; C&D807025 | 10 | $65,494.40 |
| 30-Nov-10 | SPM441-06-D-0409-0015 | RN148 to Hill AFB | 10A0051-10A0060 | 566629 | C&D000605; C&D807029 | 10 | $66,981.20 |

**Exhibit C**

*U.S. ex rel. Palmer v. C D Technologies*
**List of Invoices for DFAS Orders, 1 April 2015**

| Date | DFAS Order Number | Description | Serial Number | C&D Invoice # | C&D Invoice Bates # | Quantity | Amount (omits freight) |
|---|---|---|---|---|---|---|---|
| 29-Apr-11 | SPM441-06-D-0409-0016 | RN145 to Minot AFB | 11A0001-11A0028 | 575294 | C&D000610; C&D807037 | 28 | $191,072.00 |
| 20-May-11 | SPM441-06-D-0409-0016 | RN145 to Minot AFB | 11A0029-11A0040 | 583293 | C&D807041 | 12 | $81,888.00 |
| 17-Aug-11 | SPM441-06-D-0409-0016 | RN145 to Minot AFB | 11A0041-11A0056 | 582257 | C&D807045 | 16 | $109,184.00 |
| 01-Sep-11 | SPM441-06-D-0409-0016 | RN145 to Minot AFB | 11A0057-11A0068 | 576578 | C&D807049 | 12 | $81,888.00 |
| 03-Oct-11 | SPM441-06-D-0409-0016 | RN145 to Minot AFB | 11A0069-11A0075 | 585209 | C&D807033 | 7 | $47,768.00 |
| 31-Jan-12 | SPM441-06-D-0409-0017 | RN148 to Malmstrom AFB | 12A0002-12A0016 | 592731 | C&D807053 | 15 | $105,415.50 |
| 31-Jan-12 | SPM441-06-D-0409-0018 | RN148 to Malmstrom AFB | 12A0017 | 592732 | C&D807057 | 1 | $7,027.70 |
| 31-Jan-12 | SPM441-06-D-0409-0019 | RN148 to Malmstrom AFB | 12A0018-12A0027 | 592733 | C&D807059 | 10 | $70,277.00 |
| 29-Feb-12 | SPM441-06-D-0409-0020 | RN148 to Malmstrom AFB | 12A0028-12A0037 | 594486 | C&D807061 | 10 | $70,277.00 |
| 29-Mar-12 | SPM7LA-11-M-1732 | RN148 to Minot AFB | 12A0048-12A0053 | 596391 | C&D807073 | 6 | $59,520.00 |
| 20-Apr-12 | SPM7LA-11-M-1730 | RN148 to Warren AFB | 12A0038-12A0047 | 597912 | C&D807069 | 10 | $99,200.00 |
| 25-May-12 | SPM7LA-12-M-0351 | RN148 to Warren AFB | 12A0054-12A0063 | 600459 | C&D807085 | 10 | $105,200.00 |
| 11-Jun-12 | SPM7LA-12-M-0496 | RN148 to Minot AFB | 12A0064-12A0070 | 601459 | C&D807089 | 7 | $73,640.00 |
| 29-Jun-12 | SPM7LA-12-C-0009 | RN145 to Malmstrom AFB | 12A0073-12A0078 | 602732 | C&D807077 | 6 | $66,312.00 |
| 13-Jul-12 | SPM7LA-12-C-0009 | RN145 to Minot AFB | 12A0079-12A0093 | 603477 | C&D807259 | 15 | $165,780.00 |
| 20-Jul-12 | SPM7LA-12-M-0897 | RN148 to Malmstrom AFB | 12A0094-12A0106 | 603922 | C&D807093 | 13 | $148,200.00 |
| 27-Jul-12 | SPM7LA-12-M-0899 | RN148 to Hill AFB | 12A0107-12A0116 | 604466 | C&D807097 | 10 | $114,000.00 |
| 27-Aug-12 | SPM7LA-12-M-1072 | RN145 to Minot AFB | 12A0127 | 606179 | C&D807241 | 1 | $11,052.00 |
| 29-Aug-12 | SPM7LA-12-M-1064 | RN145 to Minot AFB | 12A0117-12A0126 | 606405 | C&D807101 | 10 | $110,520.00 |

*U.S. ex rel. Palmer v. C D Technologies*
**List of Invoices for DFAS Orders, 1 April 2015**

| Date | DFAS Order Number | Description | Serial Number | C&D Invoice # | C&D Invoice Bates # | Quantity | Amount (omits freight) |
|---|---|---|---|---|---|---|---|
| 20-Sep-12 | SPM7LA-12-M-1126 | RN148 to Hill AFB, UT | 12A0158-12A0169 | 607705 | C&D807109 | 12 | $136,800.00 |
| 09-Oct-12 | SPM7LA-12-M-1185 | RN145 to Hill AFB, UT | 12A0135-12A0145 | 608758 | C&D807113 | 11 | $121,572.00 |
| 09-Oct-12 | SPM7LA-12-M-2026 | RN145 to Minot | 12A0194 | 608759 | C&D807123 | 1 | $11,052.00 |
| 12-Oct-12 | SPM7LA-12-M-1070 | RN145 to Minot AFB | 12A0128-12A0134 | 608996 | C&D807105 | 7 | $77,364.00 |
| 31-Oct-12 | SPM7LA-12-M-1188 | RN145 to Hill AFB, UT | 12A0146-12A0154 | 610015 | C&D807117 | 9 | $99,468.00 |
| 31-Oct-12 | SPM7LA-12-M-1434 | RN145 to Malmstrom, AFB | 12A0170-12A0173 | 610016 | C&D807119 | 4 | $44,208.00 |
| 11-Dec-12 | SPM7LA-12-C-0017 | RN148 to Hill AFB, UT | 12A0174-12A0193 | 612458 | C&D807081 | 20 | $228,000.00 |
| 18-Dec-12 | SPM7LA-12-M-2341 | RN145 to Minot AFB | 12A0219-12A0228 | 612789 | C&D807127 | 10 | $110,520.00 |
| 31-Dec-12 | SPM7LA-12-M-2041 | RN148 to Minot AFB | 12A0195-12A0204 | 613273 | C&D807263 | 10 | $114,000.00 |
| 31-Jan-13 | SPM7LA-12-M-2342 | RN145 to Minot AFB | 12A0242-12A0254 | 615182 | C&D807131 | 13 | $143,676.00 |
| 01-Mar-13 | SPM7LA-12-M-2344 | RN145 to Minot AFB | 12A0229-12A0241 | 616821 | C&D807135 | 13 | $143,676.00 |
| 29-Mar-13 | SPM7LA-13-M-0477 | RN145 to Malmstrom AFB | | CANCELED | CANCELED | 0 | |
| 15-Apr-13 | SPM7LA-13-M-0226 | RN145 to Minot AFB | 13A0026-13A0027 | 619412 | C&D807287 | 2 | $22,104.00 |
| 15-Apr-13 | SPM7LA-12-M-2387 | RN145 to Minot AFB | 13A0001-13A0003 | 619410 | C&D807139 | 3 | $33,156.00 |
| 15-Apr-13 | SPM7LA-13-M-0076 | RN145 to Minot AFB | 13A0004-13A0013 | 619411 | C&D807141 | 10 | $110,520.00 |
| 15-Apr-13 | SPM7LA-13-M-0293 | RN145 to Minot AFB | 13A0028 | 619413 | C&D807155 | 1 | $11,052.00 |
| 15-Apr-13 | SPM7LA-13-M-1948 | RN148 to Minot AFB | 13A0070-13A0073 | 619414 | C&D807165 | 4 | $45,600.00 |
| 26-Apr-13 | SPM7LA-13-M-0710 | RN145 to Malmstrom AFB | | CANCELED | CANCELED | 0 | |
| 03-Jun-13 | SPM7LA-13-M-0173 | RN145 to Minot AFB | 13A0014-13A0025 | 622336 | C&D807292 | 12 | $132,624.00 |

*U.S. ex rel. Palmer v. C D Technologies*
**List of Invoices for DFAS Orders, 1 April 2015**

| Date | DFAS Order Number | Description | Serial Number | C&D Invoice # | C&D Invoice Bates # | Quantity | Amount (omits freight) |
|---|---|---|---|---|---|---|---|
| 31-May-13 | SPM7LA-13-M-0450 | RN148 to Vandenberg AFB | 13A0035 | 622283 | C&D807157 | 1 | $11,400.00 |
| 31-May-13 | SPM7LA-13-M-1127 | RN145 to Vandenberg AFB | 13A0068-13A0069 | 622284 | C&D807163 | 2 | $22,104.00 |
| 03-Jun-13 | SPM7LA-13-M-1969 | RN145 to Minot AFB | 13A0074-13A0075 | 622337 | C&D807167 | 2 | $22,104.00 |
| 20-Jun-13 | SPM7LA-13-M-0521 | RN148 to Malmstrom AFB | 13A0048-13A0059 | 623417 | C&D807159 | 12 | $136,800.00 |
| 30-Jun-13 | SPM7LA-13-M-0280 | RN148 to Warren AFB | 13A0029-13A0034 | 624188 | C&D807245 | 6 | $68,400.00 |
| 01-Aug-13 | SPM7LA-13-M-3308 | RN145 to Warren AFB | 13A0134-13A0145 | 626182 | C&D807187 | 12 | $143,232.00 |
| 01-Aug-13 | SPM7LA-13-M-3316 | RN145 to Warren AFB | 13A0146-13A0153 | 626183 | C&D807277 | 8 | $95,488.00 |
| 27-Aug-13 | SPM7LA-13-M-3155 | RN148 to Vandenberg AFB | 13A0101 | 627669 | C&D807179 | 1 | $12,200.00 |
| 27-Aug-13 | SPM7LA-13-M-3316 | RN145 to Warren AFB | 13A0154-13A0157 | 627643 | C&D807189 | 4 | $47,744.00 |
| 24-Sep-13 | SPM7LA-13-M-2348 | RN148 to Minot AFB | 13A0159-13A0171 | 629456 | C&D807169 | 13 | $148,200.00 |
| 30-Sep-13 | SPM7LA-13-M-2951 | RN148 to Malmstrom AFB | 13A0102-13A0111 | 629900 | C&D807173 | 10 | $122,000.00 |
| 30-Sep-13 | SPM7LA-13-M-2977 | RN148 to Malmstrom AFB | 13A0112-13A0119 | 629901 | C&D807273 | 8 | $97,600.00 |
| 28-Oct-13 | SPM7LA-13-M-2977 | RN148 to Malmstrom AFB | 13A0120-13A0121 | 631386 | C&D807177 | 2 | $24,400.00 |
| 30-Oct-13 | SPM7LA-13-M-3334 | RN145 to Minot AFB | 13A0172-13A0173 | 631568 | C&D807191 | 2 | $23,872.00 |
| 30-Oct-13 | SPM7LA-13-M-3759 | RN145 to Minot AFB | 13A0175-13A0184 | 631569 | C&D807195 | 10 | $119,360.00 |
| 30-Oct-13 | SPM7LA-13-M-3758 | RN145 to Minot AFB | 13A0185-13A0194 | 631570 | C&D807251 | 10 | $119,360.00 |
| 4-Nov-13 | SPM7LA-13-M-3232 | RN148 to Malmstrom AFB | 13A0122-13A0127 | 631858 | C&D807181 | 6 | $73,200.00 |
| 4-Nov-13 | SPM7LA-13-M-3269 | RN148 to Warren AFB | 13A0128-13A0133 | 631845 | C&D807185 | 6 | $73,200.00 |
| 9-Jan-14 | SPM7LA-13-M-3757 | RN145 to Minot AFB | 13A0195-13A0200 | 634961 | C&D807193 | 6 | $71,616.00 |

*U.S. ex rel. Palmer v. C D Technologies*
**List of Invoices for DFAS Orders, 1 April 2015**

| Date | DFAS Order Number | Description | Serial Number | C&D Invoice # | C&D Invoice Bates # | Quantity | Amount (omits freight) |
|---|---|---|---|---|---|---|---|
| 14-Jan-14 | SPM7LA-14-M-0244 | RN145 to Minot AFB | 14A0099-14A0104 | 635253 | C&D807149; C&D807265 | 6 | $71,616.00 |
| 15-Jan-14 | SPM7LA-13-M-3935 | RN148 to Warren AFB | 13A0201-13A0210 | 635306 | C&D807197 | 10 | $122,000.00 |
| 15-Jan-14 | SPM7LA-13-M-3943 | RN148 to Malmstrom AFB | 13A0211-13A0220 | 635318 | C&D807199 | 10 | $122,000.00 |
| 29-Jan-14 | SPM7LA-13-M-3959 | RN148 to Malmstrom AFB | 14A0001-14A0005 | 636121 | C&D807203 | 5 | $61,000.00 |
| 29-Jan-14 | SPM7LA-13-M-3976 | RN145 to Malmstrom AFB | 14A0006-14A0015 | 636122 | C&D807205 | 10 | $119,360.00 |
| 29-Jan-14 | SPM7LA-13-M-4072 | RN148 to Malmstrom AFB | 14A0062-14A0066 | 636123 | C&D807221 | 5 | $61,000.00 |
| 26-Feb-14 | SPM7LA-13-M-3986 | RN 145 to Warren AFB | 14A0016-14A0025 | 637578 | C&D807207; C&D807247 | 10 | $119,360.00 |
| 26-Feb-14 | SPM7LA-14-M-0230 | RN145 to Vandenberg AFB | 14A0092-14A0093 | 637579 | C&D807145; C&D807253 | 2 | $23,872.00 |
| 28-Feb-14 | SPM7LA-13-M-4009 | RN 145 to Warren AFB | 14A0026-14A0031 | 637845 | C&D807209 | 6 | $71,616.00 |
| 28-Feb-14 | SPM7LA-14-M-0230 | RN 145 to Warren AFB | 14A0094-14A0098 | 637846 | C&D807233 | 5 | $59,680.00 |
| 28-Feb-14 | SPM7LA-14-C-0004 | RN148 to Warren AFB | 14A0115-14A0129 | 637847 | C&D807229 | 15 | $183,000.00 |
| 27-Mar-14 | SPM7LA-13-M-4058 | RN145 to Malmstrom AFB | 14A0036-14A0045 | 639465 | C&D807213 | 10 | $119,360.00 |
| 27-Mar-14 | SPM7LA-13-M-4071 | RN148 to Warren AFB | 14A0056-14A0061 | 639466 | C&D807219 | 6 | $73,200.00 |
| 31-Mar-14 | SPM7LA-13-M-4122 | RN 145 to Warren AFB | 14A0082-14A0091 | 639720 | C&D807225 | 10 | $119,360.00 |
| 14-Apr-14 | SPM7LA-13-M-4057 | RN148 to Warren AFB | 14A0032-14A0035 | 640469 | C&D807211 | 4 | $48,800.00 |
| 30-Apr-14 | SPM7LA-13-M-4066 | RN145 to Malmstrom AFB | 14A0046-14A0055 | 641483 | C&D807215 | 10 | $119,360.00 |
| 30-Apr-14 | SPM7LA-13-M-4127 | RN145 to Minot AFB | 14A0078-14A0081 | 641484 | C&D807227 | 4 | $47,744.00 |
| 30-Apr-14 | SPE7LA-14-M-0075 | RN145 to Minot AFB | 14A0132-14A0141 | 641485 | C&D807231 | 10 | $119,360.00 |
| 9-May-14 | SPM7LA-14-M-0365 | RN145 to Vandenberg AFB | 14A0130-14A0131 | 641868 | C&D807237 | 2 | $23,872.00 |

*U.S. ex rel. Palmer v. C D Technologies*
**List of Invoices for DFAS Orders, 1 April 2015**

| Date | DFAS Order Number | Description | Serial Number | C&D Invoice # | C&D Invoice Bates # | Quantity | Amount (omits freight) |
|---|---|---|---|---|---|---|---|
| 23-May-14 | SPM7LA-14-M-0361 | RN148 to Minot AFB | 14A0142-14A0151 | 642668 | C&D807235 | 10 | $122,000.00 |
| 28-May-14 | SPM7LA-14-M-0289 | RN145 to Malmstrom AFB | 14A0105-14A0114 | 642846 | C&D807249 | 10 | $119,360.00 |
| 17-Jun-14 | SPE7LA-14-M-0105 | RN145 to Malmstrom AFB | 14A0152-14A0161 | 643914 | C&D806977 | 10 | $119,360.00 |
| 30-Jun-14 | SPM7LA-13-M-4077 | RN148 to Malmstrom AFB | 14A0067-14A0077 | 644732 | C&D807223 | 11 | $134,200.00 |
| 30-Jun-14 | SPE7LA-14-M-0141 | RN145 to Minot AFB | 14A0162-14A0166 | 644733 | C&D806979 | 5 | $59,680.00 |
| 30-Jun-14 | SPE7L7-14-M-0414 | RN 145 to Warren AFB | 14A0168-14A0171 | 644734 | C&D806981 | 4 | $47,744.00 |
| 10-Jul-14 | SPE7L7-14-M-0885 | RN148 to Minot AFB | 14A0189-14A0193 | | *C&D790093 (MT); C&D661745 (Spreadsheet); C&D672578 (Order)* | 5 | $61,000.00 |
| 10-Jul-14 | SPE7L7-14-M-1164 | RN145 to Minot AFB | 14A0218 | 645101 | C&D806991 | 1 | $11,936.00 |
| 10-Jul-14 | SPE7L7-14-M-1285 | RN148 to Minot AFB | 14A0219-14A0220 | 645162 | C&D806995 | 2 | $24,400.00 |
| 18-Jul-14 | SPE7L7-14-M-0719 | RN145 to Malmstrom AFB | 14A0182-14A0188 | 645681 | C&D806985 | 7 | $83,552.00 |
| 30-Jul-14 | SPE7L7-14-M-0465 | RN145 to Minot AFB | 14A0172-14A0181 | 646400 | C&D806983 | 10 | $119,360.00 |
| 30-Jul-14 | SPE7L7-14-M-0885 | RN148 to Warren AFB | 14A0194-14A0198 | 646401 | C&D806987 | 5 | $61,000.00 |
| 14-Aug-14 | SPE7L7-14-M-1054 | RN148 to Warren AFB | 14A0199-14A0208 | 647192 | C&D806989; C&D807271 | 10 | $122,000.00 |
| 25-Aug-14 | SPE7L7-14-M-2858 | RN 145 to Warren AFB | 14A0337-14A0342 | 647784 | C&D807283 | 6 | $71,616.00 |
| 25-Aug-14 | SPE7L7-14-M-2862 | RN148 to Minot AFB | 14A0343-14A0344 | 647785 | C&D807003 | 2 | $24,400.00 |
| 15-Sep-14 | SPE7L7-14-M-1168 | RN148 to Minot AFB | 14A0209-14A0217 | 648986 | C&D806993 | 9 | $109,800.00 |
| 15-Sep-14 | SPE7L7-14-M-2852 | RN145 to Minot AFB | 14A0324-14A0333 | 648987 | C&D807279 | 10 | $119,360.00 |

*U.S. ex rel. Palmer v. C D Technologies*
**List of Invoices for DFAS Orders, 1 April 2015**

| Date | DFAS Order Number | Description | Serial Number | C&D Invoice # | C&D Invoice Bates # | Quantity | Amount (omits freight) |
|---|---|---|---|---|---|---|---|
| 15-Sep-14 | SPE7L7-14-M-2858 | RN145 to Warren AFB | 14A0336 | 648988 | C&D807001 | 1 | $11,936.00 |
| 19-Sep-14 | SPE7L7-14-M-1326 | RN148 to Minot AFB | 14A0221-14A0230 | 649277 | C&D806997 | 10 | $122,000.00 |
| 19-Sep-14 | SPE7L7-14-M-2852 | RN145 to Minot AFB | 14A0334 | 649278 | C&D807281 | 1 | $11,936.00 |
| 30-Sep-14 | SPE7L7-14-M-2852 | RN145 to Minot AFB | 14A0335 | 649914 | C&D806999; C&D807285 | 1 | $11,936.00 |
|  |  |  |  |  | **114 Total Invoices** | **966** | **$9,517,168.45** |