

# INFORMATION TO OFFERORS OR QUOTERS
## SECTION A - COVER SHEET

Form Approved
OMB No. 9000-0002
Expires Oct 31, 2004

The public reporting burden for this collection of information is estimated to average 35 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing the burden, to Department of Defense, Washington Headquarters Services, Directorate for Information Operations and Reports (9000-0002), 1215 Jefferson Davis Highway, Suite 1204, Arlington, VA 22202-4302. Respondents should be aware that notwithstanding any other provision of law, no person will be subject to any penalty for failing to comply with a collection of information if it does not display a currently valid OMB control number.

**PLEASE DO NOT RETURN YOUR FORM TO THE ABOVE ADDRESS. RETURN COMPLETED FORM TO THE ADDRESS IN BLOCK 4 BELOW.**

| 1. SOLICITATION NUMBER. | 2. (X one). | | 3. DATE/TIME RESPONSE DUE |
|---|---|---|---|
| SP0441-05-R-2028 | X | a. INVITATION FOR BID (IFB) | 2005 JUL 01  2:00 PM |
| | | b. REQUEST FOR PROPOSAL(RFP) | |
| | | c. REQUEST FOR QUOTATION (RFQ) | |

## INSTRUCTIONS.

Note: The provision entitled "Required Central Contractor Registration" applies to most solicitations.

1. If you are not submitting a response, complete the information in Blocks 9 through 11 and return to the issuing office in Block 4 unless a different return address is indicated in Block 7

2. Offerors or quoters must include full, accurate, and complete information in their responses as required by this solicitation (including attachments). "Fill-ins" are provided on Standard Form 18, Standard Form 33, and other solicitation documents. Examine the entire solicitation carefully. The penalty for making false statements in prescribed in 18 U.S.C. 1001.

3. Offerors or quoters must plainly mark their responses with the Solicitation Number and the date and local time for bid opening or receipt of proposals that is in the solicitation document.

4. Information regarding the timeliness of response is addressed in the provision of this solicitation entitled either "Late Submissions, Modifications, and Withdrawals of Bids" or Instructions to Offerors - "Competitive Acquisition".

| 4. ISSUING OFFICE (Complete mailing address, including Zip Code) | 5. ITEMS TO BE PURCHASED (Brief description) |
|---|---|
| Defense Supply Center Richmond<br>ATTN: DSCR Procurement<br>8000 Jefferson Davis Highway<br>Richmond, Virginia 23297-5770 | Multiple NSNs -- See Schedule |

**6. PROCUREMENT INFORMATION (X and complete as applicable)**

| | | |
|---|---|---|
| X | a. THIS PROCUREMENT IS UNRESTRICTED | |
| | b. THIS PROCUREMENT IS: | % SET-ASIDE FOR SMALL BUSINESS. THE APPLICABLE NAICS CODE IS: |
| | c. THIS PROCUREMENT IS: | % SET-ASIDE FOR HUB ZONE CONCERNS. THE APPLICABLE NAICS CODE IS: |
| | d. THIS PROCUREMENT IS RESTRICTED TO FIRMS ELIGIBLE UNDER SECTION 8(a) OF THE SMALL BUSINESS ACT. | |

**7. ADDITIONAL INFORMATION**

**8. POINT OF CONTACT FOR INFORMATION**

| a. NAME (Last, First, Middle Initial) | b. ADDRESS (Include Zip Code) |
|---|---|
| BARRY COMPTON, PANJC61 | Defense Supply Center Richmond<br>ATTN: DSCR Procurement<br>8000 Jefferson Davis Highway<br>Richmond, Virginia 23297-5774 |
| c. TELEPHONE NUMBER (Include Area Code and Extension)<br>(804) 279-5281 | d. E-MAIL ADDRESS<br>Barry.Compton@dla.mil | |

**9. REASONS FOR NO RESPONSE (X all that apply):**

| | |
|---|---|
| a. CANNOT COMPLY WITH SPECIFICATIONS | d. DO NOT REGULARLY MANUFACTURE OR SELL THE TYPE OF ITEMS INVOLVED |
| b. UNABLE TO IDENTIFY THE ITEM(S) | e. OTHER (Specify) |
| c. CANNOT MEET DELIVERY REQUIREMENT | |

**10. MAILING LIST INFORMATION (X one)**

| WE | | DO | | DO NOT DESIRE TO BE RETAINED ON THE MAILING LIST FOR FUTURE PROCUREMENT OF THE TYPE INVOLVED. |
|---|---|---|---|---|

| 11a. COMPANY NAME | b. ADDRESS (Include Zip Code) |
|---|---|
| | |

**c. ACTION OFFICER.**

| (1) Typed or Printed Name (Last, First, Middle Initial) | (2) Title | (3) Signature | (4) DATE SIGNED (yyyymmdd) |
|---|---|---|---|
| | | | |

**DD FORM 1707, FEB 2002**        Previous edition is obsolete.

DEPOSITION EXHIBIT
5-5-05
WW
227

| SOLICITATION, OFFER AND AWARD | 1. THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 700) → | RATING | PAGE 1 | OF PAGES 32 |
|---|---|---|---|---|

| 2. CONTRACT NO. | 3. SOLICITATION NO. SP0441-05-R-2028 | 4. TYPE OF SOLICITATION ☐ SEALED BID (IFB) ☒ NEGOTIATED (RFP) | 5. DATE ISSUED 2005 JUN 01 | 6. REQUISITION/PURCHASE NO. RH050620020000 |
|---|---|---|---|---|

| 7. ISSUED BY CODE SP0400 | 8. ADDRESS OFFER TO (If other than Item 7) |
|---|---|
| Defense Supply Center Richmond<br>ATTN: DSCR Procurement<br>8000 Jefferson Davis Highway<br>Richmond, Virginia 23297-5774 | Bid Custodian<br>Defense Supply Center Richmond<br>ATTN: DSCR Procurement<br>8000 Jefferson Davis Highway<br>Richmond, Virginia 23297-5860 |

NOTE: In sealed bid solicitations "offer" and "offeror" mean "bid" and "bidder".

## SOLICITATION

9. Sealed offers in original and ____ no ____ copies for furnishing the supplies or services in the Schedule will be received at the place specified in Item 8, or if handcarried, in the depository located in ____ Reception Area (Bldg. 33) ____ until 2:00 PM local time 2005 JUL 01
(Hour)    (Date)

FAX Number(s): (804)279-4165

CAUTION - LATE Submissions, Modifications, and Withdrawals: Section L, Provision No. 52.214-7 or 52.215-1.
All offers are subject to all terms and conditions contained in this solicitation.

| 10. FOR INFORMATION CALL: → | A. NAME BARRY COMPTON, PAN1G61 | | |
|---|---|---|---|
| | B. PHONE / FAX (NO COLLECT CALLS) (804) 279-5281 / FAX: (804)279-5201 | C. E-MAIL ADDRESS Barry.Compton@dla.mil | |

### 11. TABLE OF CONTENTS

| (X) | SEC. | DESCRIPTION | PAGE(S) | (X) | SEC. | DESCRIPTION | PAGE(S) |
|---|---|---|---|---|---|---|---|
| | | PART I - THE SCHEDULE | | | | PART II - CONTRACT CLAUSES | |
| X | A | SOLICITATION/CONTRACT FORM | 1 | X | I | CONTRACT CLAUSES | 15 |
| X | B | SUPPLIES OR SERVICES AND PRICES/COSTS | 4 | | | PART III - LIST OF DOCUMENTS, EXHIBITS AND OTHER ATTACH. | |
| | C | DESCRIPTION/SPECS/WORK STATEMENT | | X | J | LIST OF ATTACHMENTS | 22 |
| X | D | PACKAGING AND MARKING | 12 | | | PART IV - REPRESENTATIONS AND INSTRUCTIONS | |
| X | E | INSPECTION AND ACCEPTANCE | 13 | X | K | REPRESENTATIONS, CERTIFICATIONS AND OTHER STATEMENTS OF OFFERORS | 22 |
| X | F | DELIVERIES OR PERFORMANCE | 13 | | | | |
| | G | CONTRACT ADMINISTRATION DATA | | X | L | INSTRS., CONDS., AND NOTICES TO OFFERORS | 26 |
| X | H | SPECIAL CONTRACT REQUIREMENTS | 15 | X | M | EVALUATION FACTORS FOR AWARD | 30 |

NOTE: Item 12 does not apply if the solicitation includes the provisions at 52.214-16, Minimum Bid Acceptance Period.

12. In compliance with the above, the undersigned agrees, if this offer is accepted within ____ calendar days (60 calendar days unless a different period is inserted by the offeror) from the date for receipt of offers specified above, to furnish any or all items upon which prices are offered at the price set opposite each item, delivered at the designated point(s), within the time specified in the schedule.

| 13. DISCOUNT FOR PROMPT PAYMENT (See Section I, Clause No. 52.232-8) | 10 CALENDAR DAYS 0 % | 20 CALENDAR DAYS 0 % | 30 CALENDAR DAYS 0 % | CALENDAR DAYS 0 % |
|---|---|---|---|---|

| 14. ACKNOWLEDGMENT OF AMENDMENTS (The offeror acknowledges receipt of amendments to the SOLICITATION for offerors and related documents numbered and dated: → | AMENDMENT NO. | DATE | AMENDMENT NO. | DATE |
|---|---|---|---|---|

| 15A. NAME AND ADDRESS OF OFFEROR | CODE 1K126 | FACILITY Attica | 16. NAME AND TITLE OF PERSON AUTHORIZED TO SIGN OFFER (Type or print) S. Chuck Mathias |
|---|---|---|---|
| 1400 Union Meeting Road<br>Blue Bell PA, 19422 | | | |

| 15B. TELEPHONE NO. (Include area code) 717-721-3172 | 15C. CHECK IF REMITTANCE ADDRESS IS DIFFERENT FROM ABOVE - ENTER ☒ SUCH ADDRESS IN SCHEDULE. | 17. SIGNATURE (signed) | 18. OFFER DATE Aug.16-2005 |
|---|---|---|---|
| 15D. FAX NO. 717-721-3193 | | 15E. E-MAIL ADDRESS cmathias@cdtechno.com | |

## AWARD (To be completed by Government)

| 19. ACCEPTED AS TO ITEMS NUMBERED | 20. AMOUNT | 21. ACCOUNTING AND APPROPRIATION |
|---|---|---|

| 22. AUTHORITY FOR USING OTHER THAN FULL AND OPEN COMPETITION: ☒ 41 U.S.C. 2304(c) ( P ) ☐ 41 U.S.C. 253(c) ( ) | 23. SUBMIT INVOICES TO ADDRESS SHOWN IN (4 copies unless otherwise specified) → | ITEM |
|---|---|---|

| 24. ADMINISTERED BY (If other than Item 7) CODE | 25. PAYMENT WILL BE MADE BY CODE |
|---|---|

| 26. NAME OF CONTRACTING OFFICER (Type or print) | 27. UNITED STATES OF AMERICA (Signature of Contracting Officer) | 28. AWARD DATE |
|---|---|---|

IMPORTANT - Award will be made on this Form, or on Standard Form 26, or by other authorized official written notice.

NSN 7540-01-152-8064
PREVIOUS EDITION NOT USABLE
PerFORM (DLA)
STANDARD FORM 33 (Rev. 9-97)
Prescribed by GSA
FAR (48 CFR) 53.214(c)

This solicitation will result in the award of an Indefinite Quantity
Contract in which delivery orders will be placed for a period of one year.
Provisions to extend the term of the Contract for four (4) additional
years are also included.

NSN 6140-00-202-2978
Estimated Annual Demand: 104 EA
Guaranteed Minimum Base Year: 52 EA

NSN 6140-00-168-3803
Estimated Annual Demand: 672 EA
Guaranteed Minimum Base Year: 168 EA

Contract Maximum Base Period: Combined Total of 1216 EA
Contract Maximum Option Years: Combined Total of 1216 EA per year
Five Year Contract Maximum: Combined Total of 6080 EA

The FOB point for all lines is Origin.
Inspection and Acceptance for all lines will be at Origin.

Delivery Orders may be placed during the ordering period specified in
Section I66, Clause 52.216-18, Ordering.

Refer to Section I67, Clause 52.216-19, Order Limitations:
Minimum Delivery Order NSN 6140-00-202-2978: 52 EA
Maximum Delivery Order NSN 6140-00-202-2978: 208 EA
Minimum Delivery Order NSN 6140-00-168-3803: 28 EA
Maximum Delivery Order NSN 6140-00-168-3803: 168 EA

Large Businesses are required to submit a Small Business Subcontracting
Plan. Please submit your plan for evaluation with your offer. An
approved plan is required before award.

Please provide all pricing in the spaces below. Information provided in
Section B identifies the Item Description and packaging requirements. The
estimated annual quantities in this section supersede the quantity of one
(1) EA cited in Section B for each NSN. Please insert prices in the
spaces provided below. Please do not insert prices on pages 4 through 11.

NSN 6140-00-202-2978
Item 0001 - Stock - FGG- Hill AFB, Utah

| | | | |
|---|---|---|---|
| Base Year | 104 | XXX EA | $ 5,719.00 |
| Option Year One | 104 | XXX EA | $ 5,861.00 |
| Option Year Two | 286 | XXX EA | $ 6,064.00 |
| Option Year Three | 104 | XXX EA | $ 6,274.00 |
| Option Year Four | 104 | XXX EA | $ 6,624.00 |

NSN 6140-00-168-3803
Item 0002 - DVD - Hill AFB, F. E. Warren AFB, Malmstrom AFB, Minot AFB,
and Vandenberg AFB

| | | | |
|---|---|---|---|
| Base Year | 56 | XXX EA | $ 5,918.00 |
| Option Year One | 112 | XXX EA | $ 6,117.00 |
| Option Year Two | 84 | XXX EA | $ 6,323.00 |
| Option Year Three | 56 | XXX EA | $ 6,536.00 |
| Option Year Four | 56 | XXX EA | $ 6,892.00 |

Refer to Section F18U 52.211-9G74 Delivery Time Requirement:
For NSN 6140-00-202-2978, delivery will be 120 days ARO.

For NSN 6140-00-168-3803, after a start-up time of 120 days, delivery will
be at a rate of approximately 56 EA per month based on anticipated orders.
In the event of an insufficient flow of orders to maintain delivery at
this rate, delivery will be 120 days per order.

## SECTION B

| ITEM | PR | PRLI | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|------|-----|------|----------|------|-----------|--------|
| 0001 | RH050620020000 | 0001 | 1 | EA | $ $5,719.00 | $ $5,719.00 |

```
ITEM DESCRIPTION:
NSN    6140-00-202-2978

    BATTERY,STORAGE
    LEAD-ACID
    C AND D BATTERIES
    AN ALLIED CO
    CAGE    80531
    P/N    N1105RN148
    D.O.T. CLASS - CORROSIVE
    SHIPPING NAME:  BATTERY, WET, FILLED WITH ACID

    INTERCONTINENTAL BALLISTIC MISSILE (ICBM) ITEM

    ALL REQUESTS FOR WAIVERS OR DEVIATIONS
    CLASSIFIED AS CRITICAL, MAJOR, AND MINOR MUST BE
    FORWARDED TO THE DSC CONTRACTING OFFICER FOR
    REVIEW AND APPROVAL.
    TECHNICAL DATA PACKAGE AVAILABILITY
    DSCR DOES NOT CURRENTLY HAVE AN APPROVED
    TECHNICAL DATA PACKAGE AVAILABLE FOR THIS NSN.
    PLEASE DO NOT SUBMIT REQUEST TO DSCR-VABA.

    CRITICAL APPLICATION ITEM


    I/A/W QAP    13873 QAP-001
    REFNO        DTD 1999 JAN 01
    AMEND NR  DTD 20
    TYPE NUMBER:

    I/A/W STD NR MIL-STD-129P
    REFNO        DTD 2004 FEB 10
    AMEND NR  2 DTD 2004 FEB 10
    TYPE NUMBER: II SHELF LIFE 3 MOS

    I/A/W QAP    MSDS REQUIRED
    REFNO        DTD 2004 OCT 14
    AMEND NR  DTD 20
    TYPE NUMBER:


    DELIVER FOB: ORIGIN
```

CONTINUED ON NEXT PAGE

## SECTION B

QTY VARIANCE:  PLUS   See Clause   MINUS   See Clause
INSP/ACCEP POINT: See Clause

PREP FOR DELIVERY:

      PKGING DATA - MIL-STD-2073-1D, 15 DEC 1999
    QUP = 001: PRES MTHD = HM: CLNG/DRY = X: PRESV MAT = 00:
    WRAP MAT = XX: CUSH/DUNN MAT = XX: CUSH/DUNN THKNESS = X:
    UNIT CONT = ZZ: OPI = O:
    INTRMDTE CONT = XX: INTRMDTE CONT QTY = XXX:
    PACK CODE = Q: PACKING LEVEL = B:
    MARKING SHALL BE IN ACCORDANCE WITH MIL-STD-129.
    SPECIAL MARKING CODE: 33 - TYPE II, SHELF LIFE.
    PALLETIZATION SHALL BE IN ACCORDANCE WITH D001450000 REV
    DATED 3290
    SUPPLEMENTAL INSTRUCTIONS
    PACKAGE IAW U.N. REQUIREMENTS ACCORDING
    TO THE APPLICABLE MODE OF TRANSPORTATION.
    ADDITIONAL INSTRUCTION CONTAIN WITHIN
    SPI FOO-912-6346.
SEE CLAUSE 52.211-9G22, SECTION F, CODE F8,
FOR D001450000 PALLETIZATION REQUIREMENTS.
IN ADDITION TO THE PACKAGING REQUIREMENTS
INCLUDED IN THE COMMODITY SPECIFICATION LISTED
BELOW, THE SUPPLIES SHALL COMPLY WITH APPLICABLE
PACKAGING REQUIREMENTS OF THE LATEST EDITION OF
THE INTERNATIONAL CIVIL AVIATION ORGANIZATION
(ICAO) TECHNICAL INSTRUCTIONS FOR THE SAFE
TRANSPORT OF DANGEROUS GOODS BY AIR, THE
INTERNATIONAL MARITIME DANGEROUS GOODS CODE
(IMDG CODE), TITLE FORTY-NINE OF THE CODE OF
FEDERAL REGULATIONS (49 CFR), AND AIR FORCE
JOINT MANUAL (AFJMAN) 24-204, PREPARING
HAZARDOUS MATERIALS FOR MILITARY AIR SHIPMENTS.
TO THE EXTENT THAT THERE IS CONFLICT BETWEEN THE
REQUIREMENTS OF THE COMMODITY SPECIFICATION AND
OTHER PACKAGING DATA LISTED BELOW AND THE
REQUIREMENTS OF ICAO AND IMDG, THE PROVISIONS IN
ICAO AND IMDG WILL CONTROL OVER THE CONFLICTING
PROVISIONS IN THE COMMODITY SPECIFICATION AND
OTHER PACKAGING DATA.
UNLESS OTHERWISE SPECIFIED BY THE PROCURING
ACTIVITY, INTERIOR AND EXTERIOR CONTAINERS OF
HAZARDOUS MATERIAL SHALL BE PROPERLY CLASSIFIED,
DOCUMENTED, CERTIFIED, DESCRIBED, PACKAGED,
MARKED, AND LABELED IN ACCORDANCE WITH ICAO,
IMDG, 49 CFR, AFJMAN 24-204, AND MIL-STD-129.
BECAUSE THE ICAO AND IMDG PUBLICATIONS ARE NOT
PUBLISHED BY THE U.S. GOVERNMENT PRINTING
OFFICE, A LIST OF SOURCES, INCLUDING PRIVATE

CONTINUED ON NEXT PAGE

## SECTION B

COMPANIES, WHERE THE PUBLICATIONS MAY BE
OBTAINED IS ALSO PROVIDED. THE COMPANIES CITED
BELOW ARE PROVIDED FOR YOUR INFORMATION AND
MENTION OF THESE COMPANIES DOES NOT INDICATE
ENDORSEMENT BY THE DEFENSE GENERAL SUPPLY
CENTER. THIS LIST IS NOT INCLUSIVE OF ALL
COMPANIES WHICH MAY BE ABLE TO PROVIDE
THESE REQUIRED PUBLICATIONS.

LABELMASTER
5724 N. PULASKI ROAD
CHICAGO, IL 60646
1-800-621-5808

UNITED NATIONS PUB.
ROOM DC 2-853
NEW YORK, NY 10017
212-963-8302

UNZ AND COMPANY
190 BALDWIN AVE
JERSEY CITY, NJ 07306
1-800-631-3098.

UNIPUB
4611-F ASSEMBLY DRIVE
LANHAM, MD 20706
301-459-7666

NEW YORK NAUTICAL INSTRUMENT AND SERVICE
140 W. BROADWAY
NEW YORK, NY 10013
212-962-4522
ALL PERFORMANCE TEST REQUIREMENTS SHALL BE
SUPPORTED BY CERTIFICATES AND REPORTS ATTESTING
TO THE DATE AND DATA RESULTS OBTAINED FROM
PERFORMANCE ORIENTED PACKAGING TESTING. THE
CONTRACTOR AS THE CERTIFIER SHALL BE RESPONSIBLE
FOR PROVIDING TESTING SERVICES. CONTRACTORS
WHICH DO NOT SELF CERTIFY SHALL BE RESPONSIBLE
FOR ASSURING THAT THIRD PARTY SOURCES PROVIDING
PERFORMANCE TESTING SERVICES ARE IN FACT
REGISTERED WITH THE DEPARTMENT OF TRANSPORTATION
(DOT). PERFORMANCE ORIENTED PACKAGING IS
APPLICABLE TO ALL CLASSES OF HAZARDOUS MATERIALS
EXCLUDING RADIOACTIVE MATERIAL, CYLINDERS AND
OTHER RECEPTACLES FOR COMPRESSED GASES,
PACKAGING WITH A NET MASS EXCEEDING 882 POUNDS
AND PACKAGES WITH A CAPACITY EXCEEDING 118.8
GALLONS. ALL CERTIFICATES AND REPORTS SHALL BE
AVAILABLE FOR INSPECTION BY AN AUTHORIZED

CONTINUED ON NEXT PAGE

## SECTION B

GOVERNMENT REPRESENTATIVE FOR A PERIOD OF NOT
LESS THAN 3 YEARS.

For all shipments of packaged materiel to the
government, which includes either depot (DLA-
direct) or DVD (customer-direct) shipments, both
DoD linear and 2-D bar code markings are required
on military shipping labels in accordance with
MIL-STD-129, revision P, dated December 15, 2002.
2-D bar coding shall be in accordance with
ISO/IEC 15438, ISO/IEC 15434 (ANSI MH10.8.3) and
DoD 4500.9-R. MSL linear (code 3 of 9 or code
39) bar coding shall be in accordance with
ISO/IEC 16388. MSL label stock quality shall
meet MIL-PRF-61002. MSL bar code print quality
shall meet ANSI MH10.8-2000 or ANSI X3.182-1990
(R2000) for applicable 2-D and/or linear bar
codes. All DVD shipments shall meet additional
linear bar coding requirements in DLAD 52.211-
9008. When the contract/order omits any data
element required to be bar-coded, the field shall
be zero-filled. These requirements do not apply
to delivery orders when the basic contract has
not been modified to require MIL-STD-129P. If
there are inconsistencies between the schedule
and MIL-STD-129P, the schedule takes precedence.

NON-MILSTRIP
PROJ

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

| ITEM | PR | PRLI | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|------|-----|------|----------|------|------------|--------|
| 0002 | RH050620020000 | 0002 | 1 | EA | $ $5,917.00 | $ $5,917.00 |

ITEM DESCRIPTION:
NSN     6140-00-168-3803

BATTERY, STORAGE
LEAD ACID, WET CHARGED, VENTED
C AND D BATTERIES
AN ALLIED CO
CAGE     80531
P/N     N896RN145
D.O.T. CLASS: CORROSIVE
SHIPPING NAME: BATTERY, WET, FILLED WITH ACID
TECHNICAL DATA PACKAGE AVAILABILITY
DSCR DOES NOT CURRENTLY HAVE AN APPROVED
TECHNICAL DATA PACKAGE AVAILABLE FOR THIS NSN.

**CONTINUED ON NEXT PAGE**

## SECTION B

PLEASE DO NOT SUBMIT REQUEST TO DSCR-VABA.

INTERCONTINENTAL BALLISTIC MISSILE (ICBM) ITEM

ALL REQUESTS FOR WAIVERS OR DEVIATIONS
CLASSIFIED AS CRITICAL, MAJOR, AND MINOR MUST BE
FORWARDED TO THE DSC CONTRACTING OFFICER FOR
REVIEW AND APPROVAL.

CRITICAL APPLICATION ITEM


I/A/W QAP    13873 QAP-001
REFNO        DTD 1999 JAN 01
AMEND NR  DTD 20
TYPE NUMBER:

I/A/W STD NR MIL-STD-129P
REFNO        DTD 2002 DEC 15
AMEND NR  2 DTD 2004 FEB 10
TYPE NUMBER: I, SHELF LIFE 3 MOS.

I/A/W QAP    MSDS REQUIRED
REFNO        DTD 2004 FEB 12
AMEND NR  DTD 20
TYPE NUMBER:


DELIVER FOB: ORIGIN
QTY VARIANCE: PLUS   See Clause  MINUS   See Clause
INSP/ACCEP POINT: See Clause

PREP FOR DELIVERY:

        PKGING DATA - MIL-STD-2073-1D, 15 DEC 1999
    QUP = 001: PRES MTHD = HM: CLNG/DRY = X: PRESV MAT = 00:
    WRAP MAT = XX: CUSH/DUNN MAT = XX: CUSH/DUNN THKNESS = X:
    UNIT CONT = ZZ: OPI = O:
    INTRMDTE CONT = XX: INTRMDTE CONT QTY = XXX:
    PACK CODE = Q: PACKING LEVEL = B:
    MARKING SHALL BE IN ACCORDANCE WITH MIL-STD-129.
    SPECIAL MARKING CODE: 32 - TYPE I, SHELF LIFE.
    PALLETIZATION SHALL BE IN ACCORDANCE WITH D001450000 REV C
    DATED 3290
    SUPPLEMENTAL INSTRUCTIONS
    PACKAGE IAW U.N. REQUIREMENTS ACCORDING
    TO THE APPLICABLE MODE OF TRANSPORTATION.
SEE CLAUSE 52.211-9G22, SECTION F, CODE F8,
FOR D001450000 PALLETIZATION REQUIREMENTS.

CONTINUED ON NEXT PAGE

## SECTION B

IN ADDITION TO THE PACKAGING REQUIREMENTS
INCLUDED IN THE COMMODITY SPECIFICATION LISTED
BELOW, THE SUPPLIES SHALL COMPLY WITH APPLICABLE
PACKAGING REQUIREMENTS OF THE LATEST EDITION OF
THE INTERNATIONAL CIVIL AVIATION ORGANIZATION
(ICAO) TECHNICAL INSTRUCTIONS FOR THE SAFE
TRANSPORT OF DANGEROUS GOODS BY AIR, THE
INTERNATIONAL MARITIME DANGEROUS GOODS CODE
(IMDG CODE), TITLE FORTY-NINE OF THE CODE OF
FEDERAL REGULATIONS (49 CFR), AND AIR FORCE
JOINT MANUAL (AFJMAN) 24-204, PREPARING
HAZARDOUS MATERIALS FOR MILITARY AIR SHIPMENTS.
TO THE EXTENT THAT THERE IS CONFLICT BETWEEN THE
REQUIREMENTS OF THE COMMODITY SPECIFICATION AND
OTHER PACKAGING DATA LISTED BELOW AND THE
REQUIREMENTS OF ICAO AND IMDG, THE PROVISIONS IN
ICAO AND IMDG WILL CONTROL OVER THE CONFLICTING
PROVISIONS IN THE COMMODITY SPECIFICATION AND
OTHER PACKAGING DATA.
UNLESS OTHERWISE SPECIFIED BY THE PROCURING
ACTIVITY, INTERIOR AND EXTERIOR CONTAINERS OF
HAZARDOUS MATERIAL SHALL BE PROPERLY CLASSIFIED,
DOCUMENTED, CERTIFIED, DESCRIBED, PACKAGED,
MARKED, AND LABELED IN ACCORDANCE WITH ICAO,
IMDG, 49 CFR, AFJMAN 24-204, AND MIL-STD-129.
BECAUSE THE ICAO AND IMDG PUBLICATIONS ARE NOT
PUBLISHED BY THE U.S. GOVERNMENT PRINTING
OFFICE, A LIST OF SOURCES, INCLUDING PRIVATE
COMPANIES, WHERE THE PUBLICATIONS MAY BE
OBTAINED IS ALSO PROVIDED. THE COMPANIES CITED
BELOW ARE PROVIDED FOR YOUR INFORMATION AND
MENTION OF THESE COMPANIES DOES NOT INDICATE
ENDORSEMENT BY THE DEFENSE GENERAL SUPPLY
CENTER. THIS LIST IS NOT INCLUSIVE OF ALL
COMPANIES WHICH MAY BE ABLE TO PROVIDE
THESE REQUIRED PUBLICATIONS.

LABELMASTER
5724 N. PULASKI ROAD
CHICAGO, IL 60646
1-800-621-5808

UNITED NATIONS PUB.
ROOM DC 2-853
NEW YORK, NY 10017
212-963-8302

UNZ AND COMPANY
190 BALDWIN AVE
JERSEY CITY, NJ 07306
1-800-631-3098.

CONTINUED ON NEXT PAGE

## SECTION B

UNIPUB
4611-F ASSEMBLY DRIVE
LANHAM, MD 20706
301-459-7666

NEW YORK NAUTICAL INSTRUMENT AND SERVICE
140 W. BROADWAY
NEW YORK, NY 10013
212-962-4522
ALL PERFORMANCE TEST REQUIREMENTS SHALL BE
SUPPORTED BY CERTIFICATES AND REPORTS ATTESTING
TO THE DATE AND DATA RESULTS OBTAINED FROM
PERFORMANCE ORIENTED PACKAGING TESTING. THE
CONTRACTOR AS THE CERTIFIER SHALL BE RESPONSIBLE
FOR PROVIDING TESTING SERVICES. CONTRACTORS
WHICH DO NOT SELF CERTIFY SHALL BE RESPONSIBLE
FOR ASSURING THAT THIRD PARTY SOURCES PROVIDING
PERFORMANCE TESTING SERVICES ARE IN FACT
REGISTERED WITH THE DEPARTMENT OF TRANSPORTATION
(DOT). PERFORMANCE ORIENTED PACKAGING IS
APPLICABLE TO ALL CLASSES OF HAZARDOUS MATERIALS
EXCLUDING RADIOACTIVE MATERIAL, CYLINDERS AND
OTHER RECEPTACLES FOR COMPRESSED GASES,
PACKAGING WITH A NET MASS EXCEEDING 882 POUNDS
AND PACKAGES WITH A CAPACITY EXCEEDING 118.8
GALLONS. ALL CERTIFICATES AND REPORTS SHALL BE
AVAILABLE FOR INSPECTION BY AN AUTHORIZED
GOVERNMENT REPRESENTATIVE FOR A PERIOD OF NOT
LESS THAN 3 YEARS.

For all shipments of packaged materiel to the
government, which includes either depot (DLA-
direct) or DVD (customer-direct) shipments, both
DoD linear and 2-D bar code markings are required
on military shipping labels in accordance with
MIL-STD-129, revision P, dated December 15, 2002.
2-D bar coding shall be in accordance with
ISO/IEC 15438, ISO/IEC 15434 (ANSI MH10.8.3) and
DoD 4500.9-R. MSL linear (code 3 of 9 or code
39) bar coding shall be in accordance with
ISO/IEC 16388. MSL label stock quality shall
meet MIL-PRF-61002. MSL bar code print quality
shall meet ANSI MH10.8-2000 or ANSI X3.182-1990
(R2000) for applicable 2-D and/or linear bar
codes. All DVD shipments shall meet additional
linear bar coding requirements in DLAD 52.211-
9008. When the contract/order omits any data
element required to be bar-coded, the field shall
be zero-filled. These requirements do not apply
to delivery orders when the basic contract has
not been modified to require MIL-STD-129P. If

CONTINUED ON NEXT PAGE

## SECTION B

there are inconsistencies between the schedule
and MIL-STD-129P, the schedule takes precedence.


NON-MILSTRIP
PROJ

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

NOTICE TO CONTRACTORS: Per FAR 52.102, the majority of clauses, provisions, notices are included by reference (number, title, and date). For fill-ins providing or collecting data, this document will include only the paragraph(s) relating to the fill-in data. DSCR notes appended to FAR/DFARS clauses/provisions are full text.

Quality Assurance Provisions (QAPs), Contract Data Requirements Lists (CDRLs), drawings relating to Special Packaging Instructions (SPIs), and Individual Repair Parts Ordering Data (IRPODs) are included by reference.

FAR Clause 52.252-2 (Sec I) and FAR Provision 52.252-1 (Sec L) provide on-line sites for accessing the full text of these documents and DSCR Form P41 shipping instructions.

References in this document to MIL-STD-129 or MIL-STD-129P (Latest Revision) are intended to mean MIL-STD-129P, December 15, 2002.

## SECTION B

**B24A     14-1          FACSIMILE BIDS/PROPOSALS
                         DSCR  (MAR 1999)**

(a) Facsimile bids/proposals, amendments (including final proposal revisions (FPRs)), and withdrawals will not be considered unless authorized in the solicitation by either Provision 52.214-31, Facsimile Bids, or 52.215-5, Facsimile Proposals (Sec L). IF NEITHER PROVISION IS IN THE SOLICITATION, FACSIMILE TRANSMITTED DATA AS DESCRIBED ABOVE SHALL BE REJECTED.

(b) In solicitations that do contain either Provision 52.214-31 or 52.215-5, bidders/offerors are notified that for bid/proposal security reasons the FACSIMILE EQUIPMENT AS IDENTIFIED IN THE PROVISION IS NOT LOCATED AT THE PLACE DESIGNATED FOR RECEIPT OF BIDS/OFFERS. REGULAR INTEROFFICE MAIL PICK-UP OF FACSIMILE TRANSMISSIONS OCCURS AT 10:30 A.M. AND 1:30 P.M. DAILY.

(1) Bids, bid amendments, and bid withdrawals received by the facsimile equipment prior to 10:30 a.m. on the day of bid opening will be presumed to have been received on time.

(2) Proposals, amendments to proposals, withdrawals of proposals, and FPRs received by facsimile equipment prior to 1:30 p.m. on the day of closing will be presumed to have been received on time.

**B33     17-5          MANDATORY OPTION REQUIREMENT
                        DSCR  (MAR 1999)**

The option clause in Section I of this solicitation is MANDATORY. FAILURE TO PROVIDE this pricing information may result in rejection of your offer. If Schedule prices are requested on both an origin and destination basis and/or on incremental quantities, option prices must be offered in the same manner.

**B68     47-3A          DSCR FORM P-41 FREIGHT SHIPPING
                         INFORMATION  (OCT 1999)**

Freight shipping addresses and scheduling instructions, if applicable, are available in Section 3 of the DSCR Master Solicitation http://www.dscr.dla.mil/procurement/mastersol.htm.

## SECTION D

**D4X     52.211-9G73     PACKAGING AND MARKING
                          REQUIREMENTS (MAR 2004) DSCR**

(a) Unless stated otherwise, commercial packaging in accordance with ASTM-D-3951 is required for CONUS shipments from the contractor directly to the customer. Commercial packaging and marking is not sufficient for vendor shipments requiring movement through the Defense Transportation System (also referred to as the Military Distribution System or DLA Depot) as the shipment could ultimately be moved via Military Air.

(b) Higher level packaging in accordance with MIL-STD-2073 is mandatory for all shipments that meet the below criteria:

Movement through the Defense Transportation System including shipments to a Military Distribution facility or depot.

OCONUS shipments
FMS shipments
Hazardous material, as cited in the AID or in the Quality Requirements Matrix.

(c) Materials not considered as HAZMAT for CONUS or OCONUS commercial air shipments may be considered HAZMAT for MILAIR shipments OCONUS. As such, contractors/shippers shall ensure that material meeting HAZMAT definitions in DLAI 4145.3, Preparing Hazardous Materials for Military Air Shipment, is packaged in accordance with that instruction when the consignee is OCONUS and the shipment will be moved through the Defense Transportation System. DLAI 4145.3 is available on the internet at:
www.dscc.dla.mil/downloads/packaging/dlai4145_3.pdf.

(d) All items shall be marked in accordance with MIL-STD-129P. Hazardous items and shelf life items, as cited in the AID or in the Quality Requirements Matrix, shall be marked in accordance with MIL-STD-129P and the appropriate clauses cited in the appendix to the matrix and the contract. The contractor is required to package material in accordance with Quantity Unit Pack (QUP), specified in MIL-STD-2073 and the Unit of Issue (UI), specified in each delivery order. A packing slip shall be located in a plastic pouch on the outside of the package. For HAZMAT destined OCONUS, a hard copy of the Material Safety Data Sheet (MSDS) must also be included.

(e) In the event of deployments, this clause may be invoked when shipments originally destined for a CONUS location are diverted to OCONUS destinations thereby necessitating movement of the material through the Defense Transportation System. In such an event, contractors will be notified by the Contracting Officer and an equitable adjustment will be made in the contract price as deemed appropriate.

NOTE: Applicable to negotiated solicitations. Offers that do not comply with the packaging and marking requirements as specified in Section D of this solicitation may be subject to rejection as being technically unacceptable.

**D03     52.211-9008     BAR CODING REQUIREMENTS FOR
                          DIRECT VENDOR DELIVERY
                          SHIPMENTS - DD FORM 250/250c/
                          COMMERCIAL PACKING LIST  DLAD
                          (FEB 2004)**

**D04     52.211-9010     MILITARY SHIPPING LABEL (MSL)
                          REQUIREMENT - MIL-STD-129P
                          (FEB 2004)**

(a) MIL-STD-129, Revision P, dated December 15, 2002, establishes the requirement for contractors that ship packaged material to the Government to provide both linear and two-dimensional (2-D) bar coding on military shipping labels (MSLs) (but see exceptions in paragraph (d)). The new requirements apply to all shipments, which includes either depot (DLA-Direct) or DVD (Customer-Direct) shipments. Linear (Code 3 of 9 or Code 39) bar codes continue to be required on interior packages (unit and intermediate packages) for the National Stock Number (NSN) and, when applicable, the serial number; and on shipping containers and palletized unit loads for the NSN, Contractor and Government Entity (CAGE) Code, contract number and, when applicable, the serial number. The new requirements do not apply to delivery orders when the basic contract has not been modified to require MIL-STD-129P.

(b) The new MSL replaces former DD Form 1387 and is illustrated in Figures 2a and 2b of MIL-STD-129P. The MSL requires Code 3 of 9 or Code 39 linear bar codes for the Transportation Control Number (TCN), piece number and DODAAC for the ultimate consignee or mark-for address. The 2-D bar code on the MSL must contain the document (requisition) number, NSN, Routing Identifier Code (RIC), Unit of Issue, Quantity, Condition Code, and Unit Price, which are ordinarily included on the DD Form 250 or the DD Form 1348-1A. MIL-STD-129P provides numerous illustrations of what must be bar-coded and the recommended placement of the bar code. When the contract omits any data element required to be bar-coded, the field should be zero-filled.

(c) MIL-STD-129P, sources for conforming labels, and related information are available on the DLA Packaging Web site at URL:http://
www.dscc.dla.mil/offices/packaging/specstdslist.html#STDs.

CONTINUED ON NEXT PAGE

(d) This clause does not apply to -

(1) Subsistence items procured through full-line food distributors (prime vendors), 'market ready' type items such as fresh milk, ice cream, and other fresh dairy products, fresh bread and other fresh bakery products, and all fresh fruits and vegetables, shipped within the Continental United States (CONUS) to customers within CONUS;

(2) Any item for which ownership remains with the vendor until the item is placed in designated locations at the customer location prior to issuance to the customer. Government control begins upon placement of the item by the vendor into the designated location or issuance from the designated location by vendor personnel (i.e., the vendor is required to stock bins at the customer location and/or issue parts from a vendor controlled parts room); or

(3) Bulk purchases of petroleum, oil and lubricant products delivered by (1) pipeline; or (2) tank car, tanker and tank trailer for which the container has (i) a capacity greater than 450 L (119 gallons) as a receptacle for a liquid; (ii) a maximum net mass greater than 400 kg (882 pounds) and a capacity greater than 450 L (119 gallons) as a receptacle for a solid; or (iii) a water capacity greater than 454 kg (1000 pounds) as a receptacle for a gas.

NOTES: In bar code element 1 above, the Document Number consists of a 14-character (15 characters when a suffix is included) alphanumeric code. It may be listed on a contract/award as the Requisition Number, Transportation Control Number (TCN), etc.

In bar code element 2 above, the NSN will appear as a 13-digit code without the dashes.

In bar code element 3 above:

The RIC for each procuring activity is as follows:

S9C - Defense Supply Center Columbus - Construction
S9E - Defense Supply Center Columbus - Electronics
S9G - Defense Supply Center Richmond
S9I - Defense Supply Center Philadelphia - General and Industrial
S9T - Defense Supply Center Philadelphia - Clothing and Textiles
S9M - Defense Supply Center Philadelphia - Medical Materiel
S9P - Defense Supply Center Philadelphia - Perishable Subsistence
S9S - Defense Supply Center Philadelphia - Semi-perishable Subsistence

The appropriate unit of issue (U/I) will appear as a two digit alpha character.

The quantity will appear as a five-position number, including zero fillers on the left.

The above will be followed by an 'A' and eight zeros, (i.e. 'A00000000')

NO SPACES SHALL SEPARATE THE INDIVIDUAL DATA ELEMENTS WITHIN EACH LINE.

A copy of ISO/IEC-16388 is available from:

The American National Standards Institute
25 West 43rd Street
New York, NY 10036

or through www.ansi.org or www.iso.ch.

SECTION E

| E3 | 52.246-2 | INSPECTION OF SUPPLIES - FIXED PRICE (AUG 1996) |
| E7 | 52.246-16 | RESPONSIBILITY FOR SUPPLIES (APR 1984) |
| E14 | 52.246-9G16 | INSPECTION AND ACCEPTANCE POINT DSCR (FEB 1996) |

Inspection point: [ ] Destination    [X] Origin

Acceptance point: [ ] Destination    [X] Origin

[ ] Inspection and Acceptance will take place at:

Origin - First Shipment Only
Destination - Subsequent Shipments

QUALITY ASSURANCE PROVISION (QAP) 001 DSCR (JAN 1999)

SECTION F

| F1BA | 52.211-16 | VARIATION IN QUANTITY (APR 1984) |

(b) The permissible variation shall be limited to:

000% (Percent) Increase    000% (Percent) Decrease

This increase or decrease shall apply to the quantity at the line item level, or for phased delivery at the sub-clin level, as designated by item number followed by two alphas, i.e. 0001AA. The variation (if any) shall be shipped with the quantity for the line item, or for phased delivery the quantity specified for each sub-clin. Under no circumstances will the contractor ship a variation in quantity against any line item/sub-clin other than as specified in the delivery schedule.

DSCR NOTE: Any quantity shipped against the line item/sub-clin that exceeds the stated line item/sub-clin quantity plus variation (if any) will be returned and the contractor will be responsible for return shipment costs.

| F1BB | 52.211-17 | DELIVERY OF EXCESS QUANTITIES (SEP 1989) |
| F2 | 52.211-9G01 | SHELF-LIFE ITEMS MANUFACTURING RESTRICTIONS DSCR (MAY 2002) |

(a) This clause applies when shelf-life restrictions are cited in the Procurement Item Description.

(b) Products delivered under this contract shall be manufactured/cured/assembled to ensure a minimum of 85% (allowing for rounding to whole months) shelf-life is remaining at time of receipt by the Government.

(c) Marking or labeling shall reflect these data.

(d) Supplies received by the Government with less than 85% shelf-life remaining will be considered to be nonconforming within the meaning of the Inspection Clause.

| F8 | 52.211-9G22 | DSCR PALLETIZATION FOR MIL-STD-2073 IN ACCORDANCE WITH D00145000G REV C (03290) DSCR (NOV 2003) |
| F18U | 52.211-9G74 | DELIVERY TIME REQUIREMENT (PLANNED DVD) DSCR (FEB 2003) |

(a) Delivery orders will be issued by DSCR and shall specify date of delivery based on the priority of the delivery order line item. Delivery timeframes are specified in paragraph (d) below.

(b) When first article is required, the delivery timeframe will commence upon approval of first article. The delivery date of the first delivery order will be the delivery based on the priority of the delivery order line item plus the delivery timeframe specified by FAR Clause 52.209-3 or 52.209-4 (Section I) for submission of approval of the first article.

(c) Ramp up periods, when needed, will be as specified elsewhere in the schedule.

(d) The Government requires delivery to be made according to the following schedule. Delivery days will commence after the order is mailed to or otherwise furnished to the contractor.

DIRECT VENDOR DELIVERY (DVD) SHIPMENTS

DELIVERY WITHIN CONTINENTAL U.S. (CONUS)

CONUS DELIVERY INCLUDES SHIPMENTS THAT ARE DESTINED FOR A CONTAINER CONSOLIDATION POINT (CCP) OR PORT FOR ONWARD

CONTINUED ON NEXT PAGE

MOVEMENT TO THE ULTIMATE CONSIGNEE VIA THE DEFENSE
TRANSPORTATION SYSTEM (DTS)

| | FOB DEST DAYS | FOB ORIGIN DAYS |
|---|---|---|
| PRIORITY 1 TO 3 * | | |
| PRIORITY 4 to 15 with an RDD of 444, 555, 777, N__, E__ or an RDD Julian Date within 8 days of date of order * | FOB DEST DAYS | FOB ORIGIN DAYS |
| ALL OTHER PRIORITY 4 to 15 | FOB DEST DAYS | FOB ORIGIN DAYS |

------------------------------------------------------------

### DELIVERY OUTSIDE CONTINENTAL U.S. (OCONUS)

OCONUS DELIVERY MEANS THE CONTRACTOR IS RESPONSIBLE FOR
DELIVERING DIRECT TO THE OVERSEAS CONSIGNEE - SHIPMENT WILL
NOT GO THROUGH A CCP OR PORT FOR ONWARD MOVEMENT VIA THE
DEFENSE TRANSPORTATION SYSTEM (DTS)

| | FOB DEST DAYS | FOB ORIGIN DAYS |
|---|---|---|
| PRIORITY 1 TO 3 * | | |
| PRIORITY 4 to 15 with an RDD of 444, 555, 777, N__, E__ or an RDD Julian Date within 8 days of date of order * | FOB DEST DAYS | FOB ORIGIN DAYS |
| ALL OTHER PRIORITY 4 to 15 | FOB DEST DAYS | FOB ORIGIN DAYS |

* SHIPMENT SHALL BE MADE VIA FASTEST TRACEABLE MEANS.

------------------------------------------------------------

### SHIPMENTS TO STOCK LOCATIONS

| DELIVERY TO STOCK | FOB DEST DAYS | FOB ORIGIN DAYS |
|---|---|---|

------------------------------------------------------------

(e) EVALUATION OF OFFERS:  With regard to time of
delivery, offers that propose to meet delivery specified
above will be evaluated equally.  Offers that propose a
shorter delivery than specified above may result in a more
favorable evaluation for the delivery factor.  Offers that
propose a longer delivery than specified above will have a
less favorable evaluation for the delivery factor or may be
rejected.

(f) Offeror may propose an alternate delivery schedule
below.  No entry is required for offerors proposing to
meet the Government required delivery schedule as shown above.

#### OFFEROR'S PROPOSED SCHEDULE

#### DELIVERY WITHIN CONTINENTAL U.S. (CONUS)

CONUS DELIVERY INCLUDES SHIPMENTS THAT ARE DESTINED FOR A
CONTAINER CONSOLIDATION POINT (CCP) OR PORT FOR ONWARD
MOVEMENT TO THE ULTIMATE CONSIGNEE VIA THE DEFENSE
TRANSPORTATION SYSTEM (DTS)

| | FOB DEST DAYS | FOB ORIGIN DAYS |
|---|---|---|
| PRIORITY 1 TO 3 | ___ DAYS | ___ DAYS |
| PRIORITY 4 to 15 with an RDD of 444, 555, 777, N__, E__ or an RDD Julian Date within 8 days of date of order | FOB DEST ___ DAYS | FOB ORIGIN ___ DAYS |
| ALL OTHER PRIORITY 4 to 15 | FOB DEST ___ DAYS | FOB ORIGIN ___ DAYS |

------------------------------------------------------------

### DELIVERY OUTSIDE CONTINENTAL U.S. (OCONUS)

OCONUS DELIVERY MEANS THE CONTRACTOR IS RESPONSIBLE FOR
DELIVERING DIRECT TO THE OVERSEAS CONSIGNEE - SHIPMENT WILL
NOT GO THROUGH A CCP OR PORT FOR ONWARD MOVEMENT VIA THE
DEFENSE TRANSPORTATION SYSTEM (DTS)

| | FOB DEST DAYS | FOB ORIGIN DAYS |
|---|---|---|
| PRIORITY 1 TO 3 | ___ DAYS | ___ DAYS |
| PRIORITY 4 to 15 with an RDD of 444, 555, 777, N__, E__ or an RDD Julian Date within 8 days of date of order | FOB DEST ___ DAYS | FOB ORIGIN ___ DAYS |
| ALL OTHER PRIORITY 4 to 15 | FOB DEST ___ DAYS | FOB ORIGIN ___ DAYS |

### SHIPMENTS TO STOCK LOCATIONS

| DELIVERY TO STOCK | FOB DEST ___ DAYS | FOB ORIGIN ___ DAYS |
|---|---|---|

The contractor shall furnish copies of both shipping and
delivery documents whenever requested by the Contracting
Officer.

| F28B | 52.242-15 | STOP WORK ORDER  (AUG 1989) |
|---|---|---|
| F28BB | 52.242-17 | GOVERNMENT DELAY OF WORK (APR 1984) |
| F31 | 252.246-7000 | MATERIAL INSPECTION AND RECEIVING REPORT  DFARS (MAR 2003) |

DSCR NOTES:

In addition to the distribution required in DFARS
Appendix F, Tables 1 and 2, a copy of the Material Inspection
and Receiving Report is required to the following address:

| [X] | Defense Supply Center, Richmond | 1 CY |
|---|---|---|
| | 8000 Jefferson Davis Highway | |
| | Directorate of Business Operations | |
| | ATTN:  Inventory Control Manager | |
| | Richmond, VA  23297-5862 | |

| [ ] | OTHER: | NO. CY(s) |
|---|---|---|

Payment will not be made until a completed Material
Inspection and Receiving Report, DD Form 250, is received by
the Government.  The form shall reflect that a duly
authorized Government representative has inspected and
accepted the supplies or has otherwise authorized acceptance.

WHEN ORIGIN INSPECTION AND ACCEPTANCE IS SPECIFIED
IN THE AWARD, the form shall reflect the signature of a
Government Quality Assurance Representative (QAR).

WHEN ORIGIN INSPECTION AND DESTINATION ACCEPTANCE
IS SPECIFIED IN THE AWARD, the form shall reflect the
signatures of both the Government Quality Assurance
Representative and the Government consignee's representative.

WHEN DESTINATION INSPECTION AND ACCEPTANCE IS
SPECIFIED IN THE AWARD, the form shall reflect the signature
of the Government consignee's representative.

EXCEPTION:  If the award is for an Indefinite Delivery
Contract citing FAR Clause 52.213-1, Fast Payment Procedure,
in Section I, the contractor has the option of including on
the invoice the information specified in FAR 52.213-1,
paragraph (c)(3), rather than submitting a DD Form 250.  This
option applies only to those delivery orders that specify
Fast Pay.

When the DD Form 250, Material Inspection and Receiving
Report, is submitted via Wide Area Workflow (WAWF-RA),
The contractor is still required to provide a copy of
The DD Form 250 in the material shipment itself.

CONTINUED ON NEXT PAGE

DD Forms 250 are available at:
http://www.dtic.mil/whs/directives/infomgt/forms/
formsprogram.htm

DSCR (APR 2004)

| | | |
|---|---|---|
| F32 | 52.247-29 | F.O.B. ORIGIN    (JUN 1988) |
| F40 | 52.247-58 | LOADING, BLOCKING AND BRACING<br>OF FREIGHT CAR SHIPMENTS<br>(APR 1984) |
| F41 | 52.247-59 | F.O.B. ORIGIN - CARLOAD AND<br>TRUCKLOAD SHIPMENTS<br>(APR 1984) |
| F42B | 52.247-65 | F.O.B. ORIGIN, PREPAID FREIGHT -<br>SMALL PACKAGE SHIPMENTS<br>(JAN 1991) |
| F55 | 52.247-9G11 | MANUFACTURER'S LOADING PRACTICES<br>DSCR (JAN 1996) |
| F55G | 52.247-9G13 | GUARANTEED MAXIMUM SHIPPING<br>WEIGHTS AND DIMENSIONS<br>DSCR (MAR 1998) |

(c)  Contractor Developed Data Per Shipping Container
(See Notes).

| BID<br>ITEM<br>NR. | MAX<br>GROSS<br>WT. PER<br>SHPG CTR | NR. & NAME<br>OF BID<br>UNITS PER<br>SHPG CTR | TYPE OF<br>SHPG CTR |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| BID<br>ITEM<br>NR | MAX<br>SIZE (INCHES)<br>EACH SHPG CTR<br>L  x  W  x  H | SHIPPING<br>CHARACTERISTICS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

(d)  Government Developed Data Per Shipping Container
(See Notes).

| BID<br>ITEM<br>NR. | MAX<br>GROSS<br>WT. PER<br>SHPG CTR | NR. & NAME<br>OF BID<br>UNITS PER<br>SHPG CTR |
|---|---|---|
| | | |

| BID<br>ITEM<br>NR | TYPE OF<br>SHPG CTR | MAX SIZE<br>(INCHES)<br>EA SHPG CTR<br>L X W X H |
|---|---|---|
| | | |

| BID<br>ITEM<br>NR | | SHIPPING<br>CHARACTERISTICS |
|---|---|---|

[X ]  GOVERNMENT ESTIMATES ARE NOT AVAILABLE.

SECTION H

| H8C | 252.223-7001 | HAZARD WARNING LABELS<br>DFARS (DEC 1991) |
|---|---|---|

(c)  The Offeror shall list which hazardous material
listed in the Hazardous Material Identification and Material
Safety Data clause of this contract will be labelled in
accordance with one of the Acts in paragraphs (b)(1) through
(5) of this clause instead of the Hazard Communication
Standard.  Any hazardous material not listed will be
interpreted to mean that a label is required in accordance
with the Hazard Communication Standard.

MATERIAL (If None, Insert 'None.')        ACT

| H8E | 52.223-9000 | MATERIAL SAFETY DATA SHEETS AND<br>HAZARD WARNING LABELS<br>DLAD (MAR 1992) |
|---|---|---|

SECTION I

| I2 | 52.202-1 | DEFINITIONS    (JUL 2004) |
|---|---|---|
| I4 | 52.203-3 | GRATUITIES    (APR 1984) |
| I5 | 52.203-5 | COVENANT AGAINST CONTINGENT FEES<br>(APR 1984) |
| I7 | 52.203-7 | ANTI-KICKBACK PROCEDURES<br>(JUL 1995) |
| I8 | 52.203-8 | CANCELLATION, RESCISSION,<br>AND RECOVERY OF FUNDS FOR<br>ILLEGAL OR IMPROPER ACTIVITY<br>(JAN 1997) |
| I9 | 52.203-10 | PRICE OR FEE ADJUSTMENT<br>FOR ILLEGAL OR IMPROPER<br>ACTIVITY    (JAN 1997) |
| I9A | 52.203-12 | LIMITATION ON PAYMENTS TO<br>INFLUENCE CERTAIN FEDERAL<br>TRANSACTIONS    (JUN 2003) |
| I10 | 252.203-7001 | PROHIBITION ON PERSONS CONVICTED<br>OF FRAUD OR OTHER DEFENSE<br>CONTRACT RELATED FELONIES<br>DFARS (DEC 2004) |
| I11 | 252.203-7002 | DISPLAY OF DOD HOTLINE POSTER<br>DFARS (DEC 1991) |

CONTINUED ON NEXT PAGE

| I14B | 52.204-4 | PRINTED/COPIED DOUBLE-SIDED ON RECYCLED PAPER (AUG 2000) |
| I14BA | 52.204-7 | CENTRAL CONTRACTOR REGISTRATION FAR (OCT 2003) |
| I15A | 252.204-7003 | CONTROL OF GOVERNMENT PERSONNEL WORK PRODUCT DFARS (APR 1992) |
| I15B | 252.204-7004 ALT A | REQUIRED CENTRAL CONTRACTOR REGISTRATION) DFARS (NOV 2003) |
| I17 | 252.205-7000 | PROVISION OF INFORMATION TO COOPERATIVE AGREEMENT HOLDERS DFARS (DEC 1991) |
| I26 | 52.208-9G01 | NOTIFICATION TO GOVERNMENT OF CONTEMPLATED PRODUCTION PHASEOUT DSCR (DEC 1997) |
| I31A | 52.209-6 | PROTECTING THE GOVERNMENT'S INTEREST WHEN SUBCONTRACTING WITH CONTRACTORS DEBARRED, SUSPENDED OR PROPOSED FOR DEBARMENT (JAN 2005) |
| I32C | 252.209-7004 | SUBCONTRACTING WITH FIRMS THAT ARE OWNED OR CONTROLLED BY THE GOVERNMENT OF A TERRORIST COUNTRY DFARS (MAR 1998) |
| I35 | 52.211-5 | MATERIAL REQUIREMENTS (AUG 2000) |
| I37A | 52.211-15 | DEFENSE PRIORITY AND ALLOCATION REQUIREMENTS (SEP 1990) |
| I38 | 52.211-9000 | GOVERNMENT SURPLUS MATERIAL DLAD (APR 2002) |

(Previous versions of this clause are considered obsolete.)

DSCR NOTE: For electronic quotes, if the information requested by this clause cannot be submitted with your offer, it must be submitted off-line to the contracting officer prior to the solicitation closing date.
Awards citing origin inspection that authorize the furnishing of surplus material will contain a Quality Assurance Provision (QAP) S01 in lieu of the QAP (if any) specified in this solicitation.
A copy of surplus QAP S01 is available on the DSCR Master Solicitation, Section 2, at http://www.dscr.dla.mil/qap/qaps.htm. DSCR (JUL 2002)

(a) Definition.

'Surplus material,' as used in this clause, means new, unused material that was purchased and accepted by the U.S. Government and subsequently sold by the Defense Reutilization and Marketing Service (DRMS), by contractors authorized by DRMS, or through another Federal Government surplus program. The terms 'surplus' and 'Government surplus' are used interchangeably in this clause.

(b) The Offeror agrees to complete this clause and provide supporting documentation as necessary to demonstrate that the surplus material being offered was previously owned by the Government and meets solicitation requirements. The Offeror must provide this information and any supporting documentation on or before the date that quotes/offers are due; or within the timeframe specified by the Contracting Officer, if additional documentation is requested after submission of the offer. Failure to provide the requested information and supporting documentation within the timeframe requested may result in rejection of the offer. Unless the solicitation states otherwise, Offerors of surplus material are authorized to open packages, inspect material, and reseal packages. Each time this is done, the Offeror's authorized representative or inspector must sign the packages where they were

resealed and annotate the date of inspection.

(c) With respect to the surplus material being offered, the Offeror represents that:

(1) The material is new, unused, and not of such age or so deteriorated as to impair its usefulness or safety. [X] Yes [ ] No

The material conforms to the technical requirements cited in the solicitation (e.g., Contractor and Government Entity (CAGE) code and part number, specification, etc.). [X] Yes [ ] No
The material conforms to the revision letter/number, if any is cited. [X] Yes [ ] No [ ] Unknown If no, the revision offered does not affect form, fit, function, or interface. [ ] Yes [ ] No [ ] Unknown

The material was manufactured by:

C&D Technologies Inc.
(Name)

200 W. Mian Street, Attica IN 47198
(Address)

(2) The Offeror currently possesses the material. [X] Yes [ ] No If no, the Offeror must attach or forward to the Contracting Officer an explanation as to how the offered quantities will be secured. If yes, the Offeror purchased the material from a Government selling agency or other source. [ ] Yes [ ] No If yes, provide the information below:

Government Selling Agency _____

Contract Number _____

Contract Date (Month, Year) _____

Other Source

Address _____

Date Acquired (Month/Year) _____

(3) The material has been altered or modified. [ ] Yes [X] No If yes, the Offeror must attach or forward to the Contracting Officer a complete description of the alterations or modifications.

(4) The material has been reconditioned. [ ] Yes [X] No If yes, (i) the price offered includes the cost of reconditioning/refurbishment. [ ] Yes [ ] No; and (ii) the Offeror must attach or forward to the Contracting Officer a complete description of any work done or to be done, including the components to be replaced and the applicable rebuild standard. The material contains cure-dated components. [ ] Yes [X] No If yes, the price includes replacement of cure-dated components. [ ] Yes [ ] No

(5) The material has data plates attached. [X] Yes [ ] No If yes, the Offeror must state below all information contained thereon, or forward a copy or facsimile of the data plate to the Contracting Officer.

_____

_____

(6) The offered material is in its original package. [X] Yes [ ] No (If yes, the Offeror has stated below all original markings and data cited on the package; or has attached or forwarded to the Contracting Officer a copy or facsimile of original package markings.)

Contract Number _____

NSN _____

CAGE Code _____

Part Number _____

Other Markings/Data _____

(7) The Offeror has supplied this same material National Stock Number to the Government before.

CONTINUED ON NEXT PAGE

[X] Yes [ ] No  If yes, (i) the material being offered is from the same original Government contract number as that provided previously. [ ] Yes [ ] No; and (ii) state below the Government Agency and contract number under which the material was previously provided:

Agency_____

Contract Number_____

(8) The material is manufacturered in accordance with a specification or drawing. [X] Yes [ ] No  If yes, (i) the specification/drawing is in the possession of the Offeror. [X] Yes [ ] No; and (ii) the Offeror has stated the applicable information below, or forwarded a copy or facsimile to the Contracting Officer. [ ] Yes [ ] No

Specification/Drawing Number_____

Revision (if any)_____

Date_____

(9) The material has been inspected for correct part number and for absence of corrosion or any obvious defects. [X] Yes [ ] No  If yes, (i) Material has been re-preserved. [X] Yes [ ] No; (ii) Material has been repackaged. [X] Yes [ ] No; (iii) Percentage of material that has been inspected is  100 % and/or number of items inspected is _____; and (iv) a written report was prepared. [ ] Yes  [X] No  If yes, the Offeror has attached it or forwarded it to the Contracting Officer. [ ] Yes [ ] No

(d) The Offeror agrees that in the event of award and notwithstanding the provisions of the solicitation, inspection and acceptance of the surplus material will be performed at source or destination subject to all applicable provisions for source or destination inspection.

(e) The Offeror has attached or forwarded to the Contracting Officer one of the following, to demonstrate that the material being offered was previously owned by the Government (Offeror check which one applies):

[ ]  For national or local sales, conducted by sealed bid, spot bid or auction methods, a solicitation/Invitation For Bid and corresponding DRMS Form 1427, Notice of Award, Statement and Release Document.

[ ]  For DRMS Commercial Venture (CV) Sales, the shipment receipt/delivery pass document and invoices/receipts used by the original purchaser to resell the material.

[ ]  For DRMS Recycling Control Point (RCP) term sales, the statement of account or billing document.

[ ]  For property sold under the exchange or sale regulation, conducted by sealed bid, auction or retail methods, a solicitation/Invitation for Bid and corresponding DRMS Form 1427.

[ ]  When the above documents are not available, or if they do not identify the specific NSN being acquired, a copy or facsimile of all original package markings and data, including NSN, Commercial and Government Entity (CAGE) code and part number, and original contract number. (This information has already been provided in paragraph (c)(6) of this clause. [ ] Yes [ ] No.)

[ ]  When none of the above are available, other information to demonstrate that the offered material was previously owned by the Government. Describe and/or attach.

_____
_____
_____
_____
_____

(f)  This clause only applies to offers of Government surplus material.  Offers of commercial surplus, manufacturer's overruns, residual inventory resulting from terminated Government contracts, and any other material that meets the technical requirements in the solicitation but was not previously owned by the Government will be evaluated in accordance with the provision at 52.217-9002.

(g)  Offers of critical safety items must comply with the additional requirements in 52.211-9005.

(h)  If requested by the Contracting Officer, the Offeror shall furnish sample units, in the number specified, to the Contracting Officer or to another location specified by the Contracting Officer, within 10 days after the Contracting Officer's request.  The samples will be furnished at no cost to the Government.  All such samples not destroyed in evaluation will be returned at the Offeror's expense.  The samples will be evaluated for form, fit, and function with subassembly, assembly, or equipment with which the items are to be used.  End items furnished under any contract award to the Offeror furnishing the samples can include the returned samples, and all acceptable end items will have a configuration identical to the samples.  If specific tests of the samples' performance are made by the Government, the Offeror will be furnished the results of such tests prior to a contract being entered into.  In addition to any other inspection examinations and tests required by the contract, the performance of the end items will be required to be as good as that of the samples submitted insofar as specific performance tests have been made by the Government and the results thereof furnished to the Offeror.

(i)  In the event of award, the Contractor will be responsible for providing material that is in full compliance with all requirements in the contract or order, whether or not the Contractor has possession of applicable drawings or specifications, and despite the fact that the Government is unable to conduct in-process inspection. The Contractor's responsibility to perform is not diminished by compliance with the requirement to demonstrate that the offered material was previously owned by the Government.  The material to be furnished must meet the requirements of the current contract or order, whether or not the material met Government requirements in existence at the time the material was initially manufactured or sold to the Government.  The Government has the right to cancel any resulting purchase order or terminate any resulting contract for default if unacceptable material is tendered.

(j)  If higher level quality requirements apply to the material being acquired, those requirements do not apply to surplus material furnished under this contract.

| I38C | 52.211-9004 | PRIORITY RATING FOR VARIOUS LONG-TERM CONTRACTS DLAD  (MAR 2000) |

DSCR NOTE:  The DPAS rating will be reflected on the individual delivery order.          DSCR (APR 2001)

| I50 | 52.215-2 | AUDIT AND RECORDS  - NEGOTIATION (JUN 1999) |
| I50C | 52.215-8 | ORDER OF PRECEDENCE  (OCT 1997) |
| I50D | 52.215-10 | PRICE REDUCTION FOR DEFECTIVE COST OR PRICING DATA  (OCT 1997) |
| I50F | 52.215-12 | SUBCONTRACTOR COST OR PRICING DATA  (OCT 1997) |
| I50K | 52.215-14 | INTEGRITY OF UNIT PRICES (OCT 1997) |
| | ALTERNATE I | (OCT 1997) |
| I50L | 52.215-15 | PENSION ADJUSTMENTS AND ASSET REVERSIONS (OCT 2004) |
| I50M | 52.215-18 | REVERSION OR ADJUSTMENT OF PLANS FOR POSTRETIREMENT BENEFITS (PRB) OTHER THAN PENSIONS  (OCT 1997) |
| I50N | 52.215-19 | NOTIFICATION OF OWNERSHIP CHANGES  (OCT 1997) |

CONTINUED ON NEXT PAGE

X50P    52.215-21    REQUIREMENTS FOR COST OR PRICING DATA OR INFORMATION OTHER THAN COST OR PRICING DATA - MODIFICATIONS    (OCT 1997)

DSCR NOTE: The Standard Forms (SF) 1411 and 1448 have been eliminated and are no longer available for use. Offerors must prepare and submit cost or pricing data and supporting attachments as specified in Table 15-2 of FAR 15.408, unless an exception applies or cost or pricing data is required to be submitted on one of the termination forms as specified in FAR Subpart 49.6. When an exception applies, offerors must submit information other than cost or pricing as prescribed in paragraph (a) of clause 52.215-21 above. Submission of information other than cost or pricing data does not preclude the Contracting Officer from requiring cost or pricing data under paragraph (b) of clause 52.215-21 above.
DSCR (MAR 1999)

I60    252.215-7000    PRICING ADJUSTMENTS DPARS (DEC 1991)

I61    252.215-7002    COST ESTIMATING SYSTEM REQUIREMENTS DPARS (OCT 1998)

I66    52.216-18    ORDERING    (OCT 1995)

(a) Any supplies and services to be furnished under this contract shall be ordered by issuance of delivery orders or task orders by the individuals or activities designated in the Schedule. Such orders may be issued --

FROM:    EFFECTIVE DATE OF AWARD

THROUGH:  365 DAYS AFTER EFFECTIVE DATE OF AWARD

DSCR NOTE: Ordering period above is based upon the assumption that an award will be made by N/A          . The ordering period specified in paragraph (a) above will be extended by the number of calendar days after the assumption date that the contract is, in fact, awarded.

I67    52.216-19    ORDER LIMITATIONS  (OCT 1995)

(a) Minimum Order. When the Government requires supplies or services covered by this contract in an amount of less than SEE PAGE 2 DVD or SEE PAGE 2 Stock, the Government is not obligated to purchase, nor is the Contractor obligated to furnish, those supplies or services under the contract.

(b) Maximum Order. The Government is not obligated to honor -
        (1)  Any order for a single item in excess of SEE PAGE 2 DVD or SEE PAGE 2 Stock
        (2)  Any order for a combination of items in excess of N/A          , or
        (3)  A series of orders from the same ordering office within 30    days that together call for quantities exceeding the limitation in subparagraph (1) or (2) above.

(d) Notwithstanding paragraphs (b) and (c) above, the contractor shall honor any order exceeding the maximum order limitations in paragraph (b), unless that order (or orders) is returned to the ordering office within 7    days after issuance, with written notice stating the contractor's intent not to ship the item (or items) called for and the reasons.

I71    52.216-22    INDEFINITE QUANTITY  (OCT 1995)

(d) Any order issued during the effective period of this contract and not completed within that period shall be completed by the Contractor within the time specified in the order. The contract shall govern the Contractor's and Government's rights and obligations with respect to that order to the same extent as if the order were completed during the contract's effective period; provided, that the Contractor shall not be required to make any deliveries under this contract after 120    days from the date of contract expiration.

I88    52.217-9    OPTION TO EXTEND THE TERM OF THE CONTRACT    (MAR 2000)

(a) The Government may extend the term of this contract by written notice to the Contractor within 30  days prior to contract expiration; provided, that the Government gives the Contractor a preliminary written notice of its intent to extend at least 60 days before the contract expires.

(c) The total duration of this contract, including the exercise of any options under this clause, shall not exceed 60  months.

I91    52.217-9G08    OPTION TO EXTEND THE TERM OF THE CONTRACT - SUPPLIES DSCR  (JUL 2000)

(b) THE OFFEROR AGREES TO FURNISH DURING THE OPTION PERIOD THOSE ITEMS CITED IN THE SCHEDULE AT UNIT PRICES AS INDICATED BELOW:

CAUTION: Failure to indicate one of the following may result in rejection of your offer.

    [  ]  Option unit prices are the same as the unit prices offered for the basic contract, or

    [X]  Option period unit prices are as indicated in the schedule.

I92BB    52.217-9G15    FLEXIBLE OPTIONS    DSCR  (JAN 2000)
         ALT I

(a) This solicitation is for an indefinite quantity with a guaranteed minimum for the base year. It also includes 4    options for one year each.

(c) To exercise this right, the Government will provide written notice of its intent to exercise the option any time after having ordered 90 % of the stated maximum or within thirty days of the effective date of any delivery order that reaches the stated maximum quantity.

I92F    52.217-9G20    ADDITION/DELETION OF ITEMS ON CONTRACT DSCR (DEC 2000)

(a) The Government retains the right to unilaterally delete from the contract, at each option renewal period, any items which were awarded on a sole source basis, in the event that an alternate product is available from another source.

(b) The Government reserves the right to bilaterally add to the contract new or replacement items, by modification, at prices to be negotiated. All new requirements are subject to full and open competition for the period of time remaining on the contract prior to addition to the contract.

(c) If any item in this contract becomes obsolete or is discontinued as a commercial catalog item, the contractor will provide the Government thirty (30) days advance written notice of such obsolescence, or cancellation and agrees to honor delivery orders for the item issued under this contract during such thirty (30) day period. The Government will delete any such item from this contract after receiving the required notice. If the contractor considers another commercial catalog item as a suitable substitute or replacement for the discontinued item, it will so advise the Government at the time it advises of the discontinued item. If the Government elects to include the replacement item in the contract, the contract will be modified accordingly.

(d) If the contractor discontinues an item without replacement, the contractor will advise the Government of alternate sources of supply for a comparable item.

CONTINUED ON NEXT PAGE

I96    52.219-8    UTILIZATION OF SMALL BUSINESS CONCERNS  (MAY 2004)

I97    52.219-9    SMALL BUSINESS SUBCONTRACTING PLAN (JAN 2002)

**52.219-9 NOTE:**

(a) Offeror shall indicate in its offer if it has been selected for participation in the test program (effective 1 Oct 90 thru 30 Sep 05) authorized by Section 834 of Public Law 101-189 and has a comprehensive subcontracting plan approved under such program.

(b) When this solicitation is awarded to a company which has been verified as selected for participation in the test program and as having a comprehensive subcontracting plan approved under such program--

(1) The following Section I clauses shall be applicable to the contract:

    252.219-7004    Small, Small Disadvantaged and Women-Owned Small Business Subcontracting Plan (Test Program) DFARS (JUN 1997)

(2) The following Section I clauses, when included in the solicitation, shall not be applicable to the contract:

    52.219-9    Small Business Subcontracting Plan  (JAN 2002)

    252.219-7003    Small, Small Disadvantaged and Women-Owned Small Business Subcontracting Plan (DoD Contracts) DFARS (APR 1996)

                                        DSCR (JUN 2002)

I102B    52.219-16    LIQUIDATED DAMAGES - SUBCONTRACTING PLAN (JAN 1999)

NOTE  If this solicitation is awarded to a company which has been verified as selected for participation in the test program (effective 1 Oct 90 thru 30 Sep 05) authorized by Section 834 of Public Law 101-189 and as having a comprehensive subcontracting plan approved under such program, Clause 52.219-16 Liquidated Damages - Subcontracting Plan (JAN 1999) is not applicable to the contract.

                                        DSCR (OCT 2000)

I107    252.219-7003    SMALL, SMALL DISADVANTAGED AND WOMEN-OWNED SMALL BUSINESS SUBCONTRACTING PLAN (DoD CONTRACTS)  DFARS (APR 1996)

I118    52.222-1    NOTICE TO THE GOVERNMENT OF LABOR DISPUTES   (FEB 1997)

I120M    52.222-19    CHILD LABOR - COOPERATION WITH AUTHORITIES AND REMEDIES (JUN 2004)

I121    52.222-20    WALSH-HEALEY PUBLIC CONTRACTS ACT   (DEC 1996)

I121A    52.222-21    PROHIBITION OF SEGREGATED FACILITIES (FEB 1999)

(a) 'Segregated facilities,' as used in this clause, means any waiting rooms, work areas, rest rooms and wash rooms, restaurants and other eating areas, time clocks, locker rooms and other storage or dressing areas, parking lots, drinking fountains, recreation or entertainment areas, transportation, and housing facilities provided for employees, that are segregated by explicit directive or are in fact segregated on the basis of race, color, religion, sex, or national origin because of written or oral policies, or employee custom. The term does not include separate or single-user rest rooms and necessary dressing or sleeping areas, provided to assure privacy between the sexes.

(b) The Contractor agrees that it does not and will not maintain or provide for its employees any segregated facilities at any of its establishments, and that it does not and will not permit its employees to perform their services at any location under its control where segregated facilities are maintained. The Contractor agrees that a breach of this clause is a violation of the Equal Opportunity clause in this contract.

(c) The Contractor shall include this clause in every subcontract and purchase order that is subject to the Equal Opportunity clause of this contract.

I122    52.222-26    EQUAL OPPORTUNITY (APR 2002)

I125    52.222-35    EQUAL OPPORTUNITY FOR SPECIAL DISABLED VETERANS, VETERANS OF THE VIETNAM ERA, AND OTHER ELIGIBLE VETERANS  (DEC 2001)

I126    52.222-36    AFFIRMATIVE ACTION FOR WORKERS WITH DISABILITIES   (JUN 1998)

I127    52.222-37    EMPLOYMENT REPORTS ON SPECIAL DISABLED VETERANS, VETERANS OF THE VIETNAM ERA, AND OTHER ELIGIBLE VETERANS (DEC 2001)

DSCR NOTE:  Section 8118 of PL 104-208 mandates that all contractors subject to 38 U.S.C. 4212(d) be advised of potential penalties for non-compliance.

Clause mandates annual reporting NLT September 30 to the Department of Labor. Potential penalties resulting from failure to comply may include suspension and debarment from future government contracts.

Contact the VETS-100 Reporting System via e-mail at verify[at]vets100.com with questions concerning Veterans' employment emphasis under Federal contracts.

Contractors can get additional information and/or assistance in completing the VETS-100 form by accessing this Department of Labor website:

    http://www.vets100.cudenver.edu

                                        DSCR (DEC 2001)

I131A    52.223-3    HAZARDOUS MATERIAL IDENTIFICATION AND MATERIAL SAFETY DATA (JAN 1997)

(a) 'Hazardous material', as used in this clause, includes any material defined as hazardous under the latest version of Federal Standard No. 313 (including revisions adopted during the term of the contract).

(b) This information shall also be included on the Material Safety Data Sheet submitted under this contract.

| MATERIAL (If none, insert 'None') | IDENTIFICATION NO. |
|---|---|
| Lead | 7439-92-1 |
| Acid | 7664-93-9 |
| | |

I133    52.223-6    DRUG-FREE WORKPLACE (MAY 2001)

I135    252.223-7004    DRUG-FREE WORK FORCE DFARS  (SEP 1988)

I138    52.225-13    RESTRICTIONS ON CERTAIN FOREIGN PURCHASES   (MAR 2005)

CONTINUED ON NEXT PAGE

| I140 | 252.225-7002 | QUALIFYING COUNTRY SOURCES AS SUBCONTRACTORS DFARS (APR 2003) |
| I140C | 252.225-7004 | REPORTING OF CONTRACT PERFORMANCE OUTSIDE THE UNITED STATES DFARS (APR 2003) |
| I147 | 252.225-7012 | PREFERENCE FOR CERTAIN DOMESTIC COMMODITIES DFARS (JUN 2004) |
| I147C | 252.225-7013 | DUTY-FREE ENTRY DFARS (JAN 2005) |
| I150D | 252.225-7021 | TRADE AGREEMENTS DFARS (JAN 2005) |
| I157C | 252.226-7001 | UTILIZATION OF INDIAN ORGANIZATIONS AND INDIAN-OWNED ECONOMIC ENTERPRISES AND NATIVE HAWAIIAN SMALL BUSINESS CONCERNS DFARS (SEP 2004) |
| I158 | 52.227-1 | AUTHORIZATION AND CONSENT (JUL 1995) |
| I159 | 52.227-2 | NOTICE AND ASSISTANCE REGARDING PATENT AND COPYRIGHT INFRINGEMENT (AUG 1996) |
| I162 | 52.227-9 | REFUND OF ROYALTIES (APR 1984) |
| I177 | 52.229-3 | FEDERAL, STATE, AND LOCAL TAXES (APR 2003) |
| I181 | 52.229-9000 | KENTUCKY SALES AND USE TAX EXEMPTION DLAD (DEC 1984) |
| I183 | 52.230-2 | COST ACCOUNTING STANDARDS (APR 1998) |
| I184 | 52.230-3 | DISCLOSURE AND CONSISTENCY OF COST ACCOUNTING PRACTICES (APR 1998) |
| I186A | 52.230-6 | ADMINISTRATION OF COST ACCOUNTING STANDARDS (APR 2005) |
| I187 | 252.231-7000 | SUPPLEMENTAL COST PRINCIPLES DFARS (DEC 1991) |
| I188 | 52.232-1 | PAYMENTS (APR 1984) |
| I189 | 52.232-8 | DISCOUNTS FOR PROMPT PAYMENT (FEB 2002) |
| I190 | 52.232-11 | EXTRAS (APR 1984) |
| I193 | 52.232-17 | INTEREST (JUN 1996) |
| I196 | 52.232-25 | PROMPT PAYMENT (OCT 2003) |
| I196H | 52.232-33 | PAYMENT BY ELECTRONIC FUNDS TRANSFER-CENTRAL CONTRACTOR REGISTRATION (OCT 2003) |

DSCR NOTE: Unless otherwise stated in the remarks section of this contract/order, the payment information contained in the CCR has precedence over any other payment information that may be contained in the Remittance Address field of this contract/order. DSCR (MAR 2000)

| I196W | 252.232-7003 | ELECTRONIC SUBMISSION OF PAYMENT REQUESTS DFARS (JAN 2004) |

(a) Definitions. As used in this clause—

(1) 'Contract financing payment' and 'invoice payment' have the meanings given in section 32.001 of the Federal Acquisition Regulation.

(2) 'Electronic form' means any automated system that transmits information electronically from the initiating system to all affected systems. Facsimile, e-mail, and scanned documents are not acceptable electronic forms for submission of payment requests. However, scanned documents are acceptable when they are part of a submission of a payment request made using one of the electronic forms provided for in paragraph (b) of this clause.

(3) 'Payment request' means any request for contract financing payment or invoice payment submitted by the Contractor under this contract.

(b) Except as provided in paragraph (c) of this clause, the Contractor shall submit payment requests using one of the following electronic forms:

(1) Wide Area WorkFlow-Receipt and Acceptance (WAWF-RA). Information regarding WAWF-RA is available on the Internet at https://wawf.eb.mil.

(2) Web Invoicing System (WInS). Information regarding WInS is available on the Internet at https://ecweb.dfas.mil.

(3) American National Standards Institute (ANSI) X.12 electronic data interchange (EDI) formats.

(i) Information regarding EDI formats is available on the Internet at http://www.X12.org.

(ii) EDI implementation guides are available on the Internet at http://www.dfas.mil/ecedi.

(4) Another electronic form authorized by the Contracting Officer.

(c) If the Contractor is unable to submit a payment request in electronic form, or if DoD is unable to receive a payment request in electronic form, the Contractor shall submit the payment request using a method mutually agreed to by the Contractor, the Contracting Officer, the contract administration office, and the payment office.

(d) In addition to the requirements of this clause, the Contractor shall meet the requirements of the appropriate payment clauses in this contract when submitting payment requests.

DSCR NOTE:

In regard to electronic invoicing requirements of DFARS Clause 252.232-7003 (Section I), DFAS is currently unable to accept electronic invoices for additive CLINs in the 9900 series, such as First Article, Progress Payments, etc. In instances where additive CLINs are involved, the contractor may invoice for the line items for the supplies through Wide Area WorkFlow-Receipt and Acceptance (WAWF-RA) for faster payment. However, invoices for additive CLINs must be a paper document submitted via mail. When additive CLINS are included in the contract, contractors have the option of preparing and submitting a paper invoice for all contract line items on that award, including the additive CLINs. Invoices are to be submitted via mail.
(MAR 2005)

| I199 | 52.233-1 | DISPUTES (JUL 2002) |

DSCR NOTE:

DSCR has in place a process to mediate two types of contract disputes: (1) contract claims filed pursuant to the Contract Disputes Act of 1978, as amended, 41 U.S.C. 601-613, (CDA), prior to issuance of a final decision by the contracting officer, that arise as a result of either a contractor or government claim, except for proposed Terminations for Default, and (2) other contract disputes, resulting from an issue in controversy, that the contracting officer determines suitable for mediation. Mediation involves a neutral, called a mediator, who assists both parties as they try to resolve their dispute voluntarily and produce a solution that is acceptable and beneficial to both. After unassisted negotiations over an issue in controversy have proven ineffective in either situation, the contracting officer will contact the contractor seeking to resolve the dispute

CONTINUED ON NEXT PAGE

through mediation. In either situation, a contractor's decision not to engage in mediation shall be conveyed in writing to the contracting officer.

Mediation undertaken pursuant to this process does not waive the statutory time limitations of the CDA, within which a contracting officer must issue a final decision on a claim filed pursuant to the CDA, as expressed in FAR Clause 52.233-1, Disputes, paragraph (e). If mediation is unsuccessful, the parties retain their existing rights under the CDA.                                    (99140)

| I200 | 52.233-3 | PROTEST AFTER AWARD (AUG 1996) |
| I200D | 52.233-4 | APPLICABLE LAW FOR BREACH OF CONTRACT CLAIM (OCT 2004) |
| I201BC | 52.233-9001 | DISPUTES: AGREEMENT TO USE ALTERNATIVE DISPUTE RESOLUTION DLAD (JUN 2001) |

(a) The parties agree to negotiate with each other to try to resolve any disputes that may arise. If unassisted negotiations are unsuccessful, the parties will use alternative dispute resolution (ADR) techniques to try to resolve the dispute. Litigation will only be considered as a last resort when ADR is unsuccessful or has been documented by the party rejecting ADR to be inappropriate for resolving the dispute.

(b) Before either party determines ADR inappropriate, that party must discuss the use of ADR with the other party. The documentation rejecting ADR must be signed by an official authorized to bind the contractor (see FAR 52.233-1), or, for the Agency, by the contracting officer, and approved at a level above the contracting officer after consultation with the ADR Specialist and with legal counsel (see DLA Directive 5145.1). Contractor personnel are also encouraged to include the ADR Specialist in their discussions with the contracting officer before determining ADR to be inappropriate.

(c) If you wish to opt out of this clause, check here (___). Alternate wording may be negotiated with the contracting officer.

| I205 | 52.242-10 | F.O.B. ORIGIN - GOVERNMENT BILLS OF LADING OR PREPAID POSTAGE (APR 1984) |
| I206 | 52.242-13 | BANKRUPTCY (JUL 1995) |
| I206D | 252.242-7003 | APPLICATION FOR U.S. GOVERNMENT SHIPPING DOCUMENTATION/ INSTRUCTIONS DFARS (DEC 1991) |

The contractor shall request Government bills of lading by submitting a DD Form 1659, Application for U.S. Government Shipping Documentation/Instructions, to the--

(a) Transportation Officer, if named in the contract schedule; or

(b) Contract administration office.

| I208 | 52.243-1 | CHANGES FIXED PRICE (AUG 1987) |
| I211 | 252.243-7001 | PRICING OF CONTRACT MODIFICATIONS DFARS (DEC 1991) |
| I211A | 252.243-7002 | REQUESTS FOR EQUITABLE ADJUSTMENT DFARS (MAR 1998) |
| I213 | 52.244-5 | COMPETITION IN SUBCONTRACTING (DEC 1996) |
| I213A | 52.244-6 | SUBCONTRACTS FOR COMMERCIAL ITEMS (DEC 2004) |
| I213D | 252.244-7000 | SUBCONTRACTS FOR COMMERCIAL ITEMS AND COMMERCIAL COMPONENTS (DOD CONTRACTS) DFARS (MAR 2000) |
| I227 | 52.246-23 | LIMITATION OF LIABILITY (FEB 1997) |

| I231 | 52.246-9G01 | WARRANTY OF SUPPLIES OF A NONCOMPLIANT NATURE DSCR (MAY 2001) |
| I233 | 52.246-9G03 | WARRANTY OF HAZARDOUS MATERIALS DSCR (JAN 1996) |
| I235 | 52.246-9G05 | WARRANTY PPP&M DSCR (APR 2000) |
| I237E | 52.246-9G33 | MISDIRECTED SHIPMENTS DSCR (JAN 1996) |
| I238 | 52.247-1 | COMMERCIAL BILL OF LADING NOTATIONS (APR 1984) |
| I240 | 252.247-7023 | TRANSPORTATION OF SUPPLIES BY SEA DFARS (MAY 2002) |
| I242 | 52.248-1 | VALUE ENGINEERING (FEB 2000) |
| I244 | 52.249-2 | TERMINATION FOR CONVENIENCE OF THE GOVERNMENT (FIXED-PRICE) (MAY 2004) |
| I246 | 52.249-8 | DEFAULT (FIXED-PRICE SUPPLY AND SERVICE) (APR 1984) |
| I247 | 52.249-9000 | ADMINISTRATIVE COSTS OF REPROCUREMENT AFTER DEFAULT DLAD (MAY 1988) |

The contractor and the Government expressly agree that, in addition to any excess costs of repurchase, as provided in Paragraph (b) of the 'Default' clause of the contract, or any other damages resulting from such default, the contractor shall pay, and the Government shall accept, the sum of $385 as payment in full for the administrative costs of such repurchase. This assessment of damages for administrative costs shall apply for any termination for default following which the Government repurchases the terminated supplies or services, regardless of whether any other damages are incurred and/or assessed.

| I248 | 52.252-2 | CLAUSES INCORPORATED BY REFERENCE (FEB 1998) |

This contract incorporates one or more clauses by reference, with the same force and effect as if they were given in full text. Upon request, the Contracting Officer will make their full text available. Also, the full text of a clause may be accessed electronically at these addresses:

| Federal Acquisition Regulation (FAR) | http://www.arnet.gov/far |
| DoD FAR Supplement (DFARS) | http://www.acq.osd.mil/ dp/dars/dfars.html |
| DSCR Master Solicitation organized as follows: | http://www.dscr.dla.mil/ procurement/mastersol.htm |

Section 1: Full text of DLA clauses and provisions and DSCR clauses, provisions, and notices.
Section 2: Full text Quality Assurance Provisions (QAPs)
Section 3: Shipping/scheduling information for freight shipments destined for stock locations (DSCR Form P41 reference for freight shipments).
Section 4: Procurement Automated Contract Evaluation (PACE) Instructions
Section 5: Full text of Contract Data Requirements List (CDRLs)
Section 6: Special Packaging Instruction (SPIs) Drawings
Section 7: Full text of Individual Repair Parts Ordering Data (IRPODs)

| DLA site with links to all of the above | http://www.procregs.hq. dla.mil/icps.htm |

DSCR NOTE: Where only a portion of text is included in the solicitation/award document in order to provide or collect fill-in data or to append a DSCR note to a FAR/DFARS clause, the text as included in the solicitation/award is not intended

CONTINUED ON NEXT PAGE

to be represented as the full text of the clause.

I249    52.252-6    AUTHORIZED DEVIATIONS IN CLAUSES
                    (APR 1984)

(a)  The use in this solicitation or contract of any Federal Acquisition Regulation (48 CFR Chapter 1) clause with an authorized deviation is indicated by the addition of '(Deviation)' after the date of the clause.

(b)  The use in this solicitation or contract of any Defense FAR Supplement (48 CFR 2) clause with an authorized deviation is indicated by the addition of '(Deviation)' after the name of the regulation.

I249B   52.253-1    COMPUTER GENERATED FORMS
                    (JAN 1991)

I1271   52.222-39   NOTIFICATION OF EMPLOYEE
                    RIGHTS CONCERNING PAYMENT
                    OF UNION DUES OR FEES
                    (DEC 2004)

SECTION J

J2   LIST OF DOCUMENTS AND EXHIBITS

This solicitation includes documents, as identified below, that are either physically included in this solicitation package or are available from an electronic web site.

FORM NO/TITLE                    ATTACHMENT NO

[ ]  DD 346 RAW (BASIC PROCESSED) AND
SEMI-FAB STOCK FORM

[ ]  DD 347 BILL OF MATERIAL FOR
SUBCONTRACTED PARTS PURCHASED

[ ]  DD 1423 CONTRACT DATA REQUIREMENTS
CDRL is available at --
http://www.dscr.dla.mil/qap/CDRLs.htm

[ ]  DD 1664 DATA ITEM DESCRIPTION
DID is available at --
http://www.dscr.dla.mil/qap/CDRLs.htm

[ ]  DD 1949-1 LSAR DATA SEL SHT

[ ]  DD 1949-2 PROV RQMT STATEMENT

[ ]  DD 2345 TECHNICAL DATA AGREEMENT
Form is available at --
http://web1.whs.osd.mil/icdhome/DDEFORMS.htm

[ ]  DSCR 2375 TECHNICAL MANUAL DISTRBN

[X]  DSCR P-41 FREIGHT SHIPPING INFO for shipments destined for a stock location is available in Section 3 of the DSCR Master Solicitation at --
http://www.dscr.dla.mil/procurement/mastersol.htm

[ ]  QUALITY ASSURANCE PROVISION

[ ]  TECHNICAL DATA
TECHNICAL DATA is available at --
http://www.dscr.dla.mil/tdmd

[ ]  OTHER:

SECTION K

K2   52.203-2    CERTIFICATE OF INDEPENDENT PRICE
                 DETERMINATION   (APR 1985)

(a)  The offeror certifies that:

(1)  The prices in this offer have been arrived at independently, without, for the purpose of restricting competition, any consultation, communication, or agreement with any other offeror or competitor relating to (i) those prices, (ii) the intention to submit an offer, or (iii) the methods or factors used to calculate prices offered.

(2)  The prices in this offer have not been and will not be knowingly disclosed by the offeror, directly or indirectly, to any other offeror or competitor before bid opening (in case of a sealed bid solicitation) or contract award (in the case of a negotiated solicitation) unless otherwise required by law; and

(3)  No attempt has been made or will be made by the offeror to induce any other concern to submit or not to submit an offer for the purpose of restricting competition.

(b)  Each signature on the offer is considered to be a certification by signatory that the signatory --

(1)  Is the person in the offeror's organization responsible for determining the prices being offered in this bid or proposal, and that the signatory has not participated and will not participate in any action contrary to Subparagraphs (a)(1) through (a)(3) above; or

(2)(i)  has been authorized, in writing, to act as agent for the following principals in certifying that those principals have not participated, and will not participate in any action contrary to Subparagraphs (a)(1) through (a)(3) above . . .

(Insert below the full name of person(s) in the offeror's organization responsible for determining the prices offered in this bid or proposal, and the title of his or her position in the offeror's organization);

NAME: S. Chuck Mathias

TITLE: Government Sales Manager

(ii)  As an authorized agent, does certify that the principals named in Subdivision (b)(2)(i) above have not participated, and will not participate, in any action contrary to Subparagraphs (a)(1) through (a)(3) above; and

(iii)  As an agent, has not personally participated, and will not participate in any action contrary to Subparagraphs (a)(1) through (a)(3) above.

(c)  If the offer deletes or modifies Subparagraph (b)(2) above, the offeror must furnish with its offer a signed statement setting forth in detail the circumstances of the disclosure.

K4A   52.203-11   CERTIFICATION AND DISCLOSURE
                  REGARDING PAYMENTS TO INFLUENCE
                  CERTAIN FEDERAL TRANSACTIONS
                  (APR 1991)

(a)  The definitions and prohibitions contained in the clause, at FAR 52.203-12, Limitation on Payments to Influence Certain Federal Transactions, included in this solicitation, are hereby incorporated by reference in paragraph (b) of this certification.

(b)  The offeror, by signing its offer, hereby certifies to the best of his or her knowledge and belief that on or after December 23, 1989, --

(1)  No Federal appropriated funds have been paid or will be paid to any person for influencing or attempting to influence an officer or employee of any agency, a Member of Congress, an officer or employee of Congress, or an employee of a Member of Congress on his or her behalf in connection with the awarding of any Federal contract, the making of any Federal Grant, the making of any Federal loan, the entering into of any cooperative agreement, and the extension, continuation, renewal, amendment or modification of any Federal contract, grant, loan, or cooperative agreement;

(2)  If any funds other than Federal appropriated funds (including profit or fee received under a covered Federal transaction) have been paid, or will be paid, to any person for influencing or attempting to influence an officer or employee of any agency, a Member of Congress, an officer or employee of Congress, or an employee of a Member of Congress on his or her behalf in connection with this solicitation, the offeror shall complete and submit, with its offer, OMB standard form LLL, Disclosure of Lobbying Activities, to the Contracting Officer; and

(3)  He or she will include the language of this certification in all subcontract awards at any tier and require that all recipients of subcontract awards in excess of $100,000 shall certify and disclose accordingly.

CONTINUED ON NEXT PAGE

(c) Submission of this certification and disclosure is a prerequisite for making or entering into this contract imposed by section 1352, title 31, United States Code. Any person who makes an expenditure prohibited under this provision or who fails to file or amend the disclosure form to be filed or amended by this provision, shall be subject to a civil penalty of not less than $10,000, and not more than $100,000, for each such failure.

**K5A    52.204-5    WOMEN-OWNED BUSINESS (OTHER THAN SMALL BUSINESS)  (MAY 1999)**

(b)  Representation.  The offeror represents that it
[ ]  is a women-owned business concern.

**K6    52.207-4    ECONOMIC PURCHASE QUANTITY - SUPPLIES  (AUG 1987)**

(a)  Offerors are invited to state an opinion on whether the quantity(ies) of supplies on which bids, proposals, or quotes are requested in this solicitation is (are) economically advantageous to the Government.

(b)  Each offeror who believes that acquisition in different quantities would be more advantageous is invited to recommend an economic purchase quantity.  If different quantities are recommended, a total and a unit price must be quoted for applicable items.  An economic purchase quantity is that quantity at which a significant price break occurs. If there are significant price breaks at different quantity points, this information is desired as well.

OFFEROR RECOMMENDATIONS

| ITEM | QUANTITY | PRICE QUOTATION | TOTAL |
|------|----------|-----------------|-------|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

(c)  The information requested in this provision is being solicited to avoid acquisitions in disadvantageous quantities and to assist the Government in developing a data base for future acquisitions of these items.  However, the Government reserves the right to amend or cancel the solicitation and resolicit with respect to any individual item in the event quotations received and the Government's requirements indicate that different quantities should be acquired.

**K7A    52.209-5    CERTIFICATION REGARDING DEBARMENT, SUSPENSION, PROPOSED DEBARMENT, AND OTHER RESPONSIBILITY MATTERS  (DEC 2001)**

(a)  (1)  The offeror certifies, to the best of its knowledge and belief, that -

(i)  The offeror and/or any of its principals -

(A) are [ ]  are not [X] presently debarred, suspended, proposed for debarment, or declared ineligible for the award of contracts by any Federal agency;

(B) have [ ]  have not [X], within a three-year period preceding this offer, been convicted of or had a civil judgment rendered against them for:  commission of fraud or a criminal offense in connection with obtaining, attempting to obtain, or performing a public (Federal, state, or local) contract or subcontract; violation of Federal or state antitrust statutes relating to the submission of offers; or commission of embezzlement, theft, forgery, bribery, falsification or destruction of records, making false statements, tax evasion, or receiving stolen property; and

(C) are [ ]  are not [X] presently indicted for, or otherwise criminally or civilly charged by a Governmental entity with, commission of any of the offenses enumerated in Subdivision (a)(1)(i)(D) of this provision.

(ii)  The offeror has [ ]  has not [X], within a three-year period preceding this offer, had one or more contracts terminated for default by any Federal agency.

**K8    252.209-7001    DISCLOSURE OF OWNERSHIP OR CONTROL BY THE GOVERNMENT OF A TERRORIST COUNTRY  DFARS  (SEP 2004)**

**K13A    52.215-6    PLACE OF PERFORMANCE  (OCT 1997)**

(a)  The offeror or respondent, in the performance of any contract resulting from this solicitation,

[ ] intends,    [X] does not intend

(check applicable block) to use one or more plants or facilities located at a different address from the address of the offeror or respondent as indicated in this proposal or response to request for information.

(b)  If the offeror or respondent checks 'intends' in paragraph (a) of this provision, it shall insert in the following spaces the required information:

PLACE OF PERFORMANCE: (STREET ADDRESS, CITY , COUNTY, STATE ZIP CODE)

-------------------------------------------------------------

-------------------------------------------------------------

-------------------------------------------------------------

NAME AND ADDRESS OF OWNER AND OPERATOR OF THE PLANT OR FACILITY IF OTHER THAN OFFEROR OR QUOTER.

-------------------------------------------------------------

-------------------------------------------------------------

-------------------------------------------------------------

**K13B    52.215-6**

DSCR NOTE:  The Department of Labor Regional Office requires the number of employees for each place of performance cited in 52.215-6 above.  Please indicate the number of employees below:

| PLACE OF PERFORMANCE | NUMBER OF EMPLOYEES |
|----------------------|---------------------|
| Attica, IN | 295 |
| ------------------------ | -------------------- |
| ------------------------ | -------------------- |

DSCR (DEC 1997)

**K14    52.215-9002    SOCIOECONOMIC PROPOSAL DLAD  (MAR 1996)**

**K15C    252.217-7026    IDENTIFICATION OF SOURCES OF SUPPLY  DFARS  (NOV 1995)**

(a)  The Government is required under 10 U.S.C. 2384 to obtain certain information on the actual manufacturer or sources of supplies it acquires.

(b)  The apparently successful Offeror agrees to complete and submit the following table before award:

TABLE

| Line Item (1) | NSN (2) | Com'l Item (Y or N) (3) | SOURCE OF SUPPLY Company (4) | Address (4) | Part No. (5) | Actual Mfg. (6) |
|------|-----|-----|---------|---------|---------|------|
| 6140-00-202-2978 | N | | C&D Technologies Inc | | | Y |
| 6140-00-168-3803 | N | | C&D Technologies Inc | | | Y |

(1)  List each deliverable item of supply and item of technical data.
(2)  If there is no national stock number, list 'none.'
(3)  Use 'Y' if the item is a commercial item; otherwise use 'N'.  If 'Y' is listed, the Offeror need not complete the remaining columns in the table.

CONTINUED ON NEXT PAGE

(4) For items of supply, list all sources. For technical data list the source.

(5) For items of supply, list each source's part number for the item.

(6) Use 'Y' if the source of supply is the actual manufacturer, 'N' if it is not; and 'U' if unknown.

**K16A    52.219-1    SMALL BUSINESS PROGRAM REPRESENTATIONS  (MAY 2004) ALT I  (APR 2002)**

(a) (1) The North American Industry Classification System (NAICS) code for this acquisition is 335911.

(2) The small business size standard is 500

(3) The size standard for non-manufacturers is 500 employees.

(b) Representations.

(1) The offeror represents as part of its offer that it [ ] is, [X] is not a small business concern.

(2) (Complete only if the offeror represented itself as a small business concern in paragraph (b)(1) of this provision.) The offeror represents, for general statistical purposes, that it [ ] is, [ ] is not a small disadvantaged business concern as defined in 13 CFR 124.1002.

(3) (Complete only if the offeror represented itself as a small business concern in paragraph (b)(1) of this provision.) The offeror represents as part of its offer that it [ ] is, [ ] is not a women-owned small business concern.

(4) (Complete only if the offeror represented itself as a small business concern in paragraph (b)(1) of this provision.) The offeror represents as part of its offer that it [ ] is, [ ] is not a veteran-owned small business concern.

(5) (Complete only if the offeror represented itself as a veteran-owned small business concern in paragraph (b)(4) of this provision.) The offeror represents as part of its offer that it [ ] is, [ ] is not a service-disabled veteran-owned small business concern.

(6) (Complete only if offeror represented itself as a small business concern in paragraph (b)(1) of this provision.) The offeror represents, as part of its offer, that--

(i) It [ ] is, [ ] is not a HUBZone small business concern listed, on the date of this representation, on the List of Qualified HUBZone Small Business Concerns maintained by the Small Business Administration, and no material change in ownership and control, principal place of ownership, or HUBZone employee percentage has occurred since it was certified by the Small Business Administration in accordance with 13 CFR part 126; and

(ii) It [ ] is, [ ] is not a joint venture that complies with the requirements of 13 CFR part 126, and the representation in paragraph (b)(6)(i) of this provision is accurate for the HUBZone small business concern or concerns that are participating in the joint venture. (The offeror shall enter the name or names of the HUBZone small business concern or concerns that are participating in the joint venture: _____.) Each HUBZone small business concern participating in the joint venture shall submit a separate signed copy of the HUBZone representation.

(7) (Complete when acquisition value is estimated at greater than $25,000 and offeror represented itself as disadvantaged in paragraph (b)(2) of this provision). The offeror shall check the category in which its ownership falls:

[ ]  Black American.

[ ]  Hispanic American.

[ ]  Native American (American Indians, Eskimos, Aleuts, or Native Hawaiians).

[ ]  Asian-Pacific American.

[ ]  Subcontinent Asian (Asian-Indian),  American.

[ ]  Individual/concern, other than one of the preceding.

**K23    52.222-22    PREVIOUS CONTRACTS AND COMPLIANCE REPORTS (FEB 1999)**

The offeror represents that --

(a) It [X] has, [ ] has not participated in a previous contract or subcontract subject to the Equal Opportunity Clause of this soliciation;

(b) It [X] has, [ ] has not filed all required compliance reports

**K24    52.222-25    AFFIRMATIVE ACTION COMPLIANCE (APR 1984)**

The offeror represents that--

(a) It [X] has developed and has on file,

[ ] has not developed and does not have on file,

at each establishment, Affirmative Action Programs required by the rules and regulations of the Secretary of Labor (41 CFR 60-1 and 60-2), or

(b) It [ ] has not previously had contracts subject to the written Affirmative Action Programs requirement of the rules and regulations of the Secretary of Labor.

**K24E    52.222-38    COMPLIANCE WITH VETERANS' EMPLOYMENT REPORTING REQUIREMENTS  (DEC 2001)**

**K29C    252.225-7003    REPORT OF INTENDED PERFORMANCE OUTSIDE THE UNITED STATES DFARS  (APR 2003)**

**X31    252.225-7020    TRADE AGREEMENTS CERTIFICATE DFARS  (JAN 2005)**

(c)(2) The following supplies are other nondesignated country end products:

| LINE ITEM NUMBER | COUNTRY OF ORIGIN |
|---|---|
| | |
| | |
| | |
| | |

**X31C    252.225-7031    SECONDARY ARAB BOYCOTT OF ISRAEL DFARS  (APR 2003)**

DSCR NOTE REGARDING OFFERS FROM THE CANADIAN COMMERCIAL CORPORATION:  Pursuant to Defense FAR Supplement 225.670-2, the Canadian Commercial Corporation (CCC) will submit, with other precontractual material, a certification from its proposed subcontractor.  The certification shall conform to paragraph (b) of Provision 252.225-7031 above.

DSCR (APR 2003)

**K34    52.227-6    ROYALTY INFORMATION (APR 1984)**

**K36    52.230-1    COST ACCOUNTING STANDARDS NOTICES AND CERTIFICATION  (JUN 2000)**

(c)  CHECK THE APPROPRIATE BOX BELOW:

[ ] (1)  Certificate of Concurrent Submission of Disclosure Statement.  The offeror hereby certifies that, as a part of the offer, copies of the Disclosure Statement have been submitted as follows:

CONTINUED ON NEXT PAGE

(i) Original and one copy to the cognizant Administrative Contracting Officer (ACO) or cognizant Federal agency official authorized to act in that capacity {Federal official}, as applicable; and

(ii) one copy to the cognizant Federal auditor.

(Disclosure must be on Form No. CASB DS-1 or CASB DS-2, as applicable. Forms may be obtained from the cognizant ACO or Federal official and/or from the loose-leaf version of the Federal Acquisition Regulation.)

Date of Disclosure Statement: _____

Name and Address of Cognizant ACO or Federal Official Where Filed:

_____

_____

_____

The offeror further certifies that the practices used in estimating costs in pricing this proposal are consistent with the cost accounting practices disclosed in the Disclosure Statement.

[ ] (2) Certificate of Previously Submitted Disclosure Statement. The offeror hereby certifies that the required Disclosure Statement was filed as follows:

Date of Disclosure Statement: _____

Name and Address of Cognizant ACO or Federal Official Where Filed:

_____

_____

_____

The offeror further certifies that the practices used in estimating costs in pricing this proposal are consistent with the cost accounting practices disclosed in the applicable Disclosure Statement.

[ ] (3) Certificate of Monetary Exemption. The offeror hereby certifies that the offeror, together with all divisions, subsidiaries, and affiliates under common control, did not receive net awards of negotiated prime contracts and subcontracts subject to CAS totaling $50 million or more in the cost accounting period immediately preceding the period in which this proposal was submitted. The offeror further certifies that if such status changes before an award resulting from this proposal, the offeror will advise the Contracting Officer immediately.

[ ] (4) Certificate of Interim Exemption. The offeror hereby certifies that (i) the offeror first exceeded the monetary exemption for disclosure, as defined in (3) of this subsection, in the cost accounting period immediately preceding the period in which this offer was submitted and (ii) in accordance with 48 CFR 9903.202-1, the offeror is not yet required to submit a Disclosure Statement. The offeror further certifies that if an award resulting from this proposal has not been made within 90 days after the end of that period, the offeror will immediately submit a revised certificate to the Contracting Officer, in the form specified under subparagraph (c)(1) or (c)(2) of Part I of this provision, as appropriate, to verify submission of a completed Disclosure Statement.

CAUTION: Offerors currently required to disclose because they were awarded a CAS-covered prime contract or subcontract of $50 million or more in the current cost accounting period may not claim this exemption (4). Further, the exemption applies only in connection with proposals submitted before expiration of the 90-day period following the cost accounting period in which the monetary exemption was exceeded.

(II) COST ACCOUNTING STANDARDS -- ELIGIBILITY FOR MODIFIED CONTRACT COVERAGE

If this offeror is eligible to use the modified provisions of 48 CFR 9903.201-2(b) and elects to do so, the offeror shall indicate by checking the box below. Checking the box below shall mean that the resultant contract is subject to the Disclosure and Consistency of Cost Accounting Practices clause in lieu of the Cost Accounting Standards clause.

[ ] The offeror hereby claims an exemption from the Cost Accounting Standards clause under the provisions of 48 CFR 9903.201-2(b) and certifies that the offeror is eligible for use of the Disclosure and Consistency of Cost Accounting Practices clause because during the cost accounting period immediately preceding the period in which this proposal was submitted, the offeror received less than $50 million in awards of CAS-covered prime contracts and subcontracts. The offeror further certifies that if such status changes before an award resulting from this proposal, the offeror will advise the Contracting Officer immediately.

CAUTION: An offeror may not claim the above eligibility for modified contract coverage if this proposal is expected to result in the award of a CAS-covered contract of $50 million or more or if, during its current cost accounting period, the offeror has been awarded a single CAS-covered prime contract or subcontract of $50 million or more.

(III) ADDITIONAL COST ACCOUNTING STANDARDS APPLICABLE TO EXISTING CONTRACTS.

The offeror shall indicate below whether award of the contemplated contract would, in accordance with subparagraph (a)(3) of the Cost Accounting Standards clause, require a change in established cost accounting practices affecting existing contracts and subcontracts.

[ ] YES          [ ] NO

| K37A | 252.247-7022 | REPRESENTATION OF EXTENT OF TRANSPORTATION BY SEA<br>DFARS (AUG 1992) |

(b) Representation. The offeror represents that it--

[ ] Does anticipate that supplies will be transported by sea in the performance of any contract or subcontract resulting from this solicitation.

[X] Does not anticipate that supplies will be transported by sea in the performance of any contract or subcontract resulting from this solicitation.

| K38 | 52.247-9G17 | PRODUCTION FACILITIES<br>DSCR (AUG 2000) |

Offeror must provide shipping and inspection locations for the supplies. Each location will be provided in the appropriate paragraph below. DO NOT put all location information into one paragraph.

(a) SHIPPING LOCATION: Insert below the location where supplies will be delivered to, or picked-up by, the freight carrier, post office, or small parcel carrier, for final shipment to the consignee.

ADDRESS (STREET, CITY,     PHONE
ITEM NUMBER  PLANT NAME   COUNTY, STATE, ZIP CODE)  NUMBER

200 W. Main St, Attica IN 47918

_____

_____

(b) LOCATION WHERE THE END ITEMS WILL BE INSPECTED: Insert below the location where the end items (not the packaging) will be inspected.

ADDRESS (STREET, CITY,     PHONE
ITEM NUMBER  PLANT NAME   COUNTY, STATE, ZIP CODE)  NUMBER

200 W. Main St. Attica In 47918

_____

_____

(c) LOCATION WHERE PACKAGING/PACKING WILL BE INSPECTED: Insert below the location where the packaging/packing will be inspected.

CONTINUED ON NEXT PAGE

ADDRESS (STREET, CITY, PHONE
ITEM NUMBER PLANT NAME COUNTY, STATE, ZIP CODE) NUMBER

200 W. Main St. Attica IN 47918

_____

_____

_____

_____

SECTION L

**L1**    52.204-6    DATA UNIVERSAL NUMBERING SYSTEM (DUNS) NUMBER   (OCT 2003)

DSCR NOTE:

(a) The Offeror is required to provide their Data Universal Numbering System (DUNS) Number or (DUNS+4) Number used for verification of registration in the DoD Central Contractor Registration (CCR) database in compliance with the Debt Collection Improvement Act of 1996 (31 U.S.C. 3332; 31 U.S.C. 7701).

DUNS Number: 15-398-7490

(b) DUNS Number may be obtained through the CCR process (refer to FAR 52.204-7 and DFARS 252.204-7004A, Required Central Contractor Registration (Sec I) or directly from Dun and Bradstreet.

DSCR (OCT 2004)

**L2**    252.204-7001    COMMERCIAL AND GOVERNMENT ENTITY (CAGE) CODE REPORTING DFARS   (AUG 1999)

**L10C**    52.211-14    NOTICE OF PRIORITY RATING FOR NATIONAL DEFENSE USE   (SEP 1990)

[ ] DX Rated Order; [X] DO Rated Order

**L15**    52.211-9613    AVAILABILITY OF SPECIFICATIONS OR STANDARDS DSCR   (DEC 2004)

**L37B**    52.214-34    SUBMISSION OF OFFERS IN THE ENGLISH LANGUAGE   (APR 1991)

**L37C**    52.214-35    SUBMISSION OF OFFERS IN U.S. CURRENCY   (APR 1991)

**L39B**    52.215-1    INSTRUCTIONS TO OFFERORS - COMPETITIVE ACQUISITION (JAN 2004)

DSCR NOTES FOR FAR CLAUSE 52.215-1

In accordance with paragraph (b), the offeror hereby acknowledges receipt of solicitation amendment(s) by listing the amendment number and date below.

| AMENDMENT NO. | DATE | AMENDMENT NO. | DATE |
|---|---|---|---|
| SP044105R2028-1 | 7/17/05 | _____ | _____ |
| SP044105R2028-2 | 7/22/05 | _____ | _____ |
| SP044105R2028-3 | 8/15/05 | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

Contractors are reminded of the requirements of paragraph (c)(1). The Government will automatically reject and will not consider any submission marked or that appears to be only a quote, whether submitted electronically or in paper media.

DSCR (OCT 2001)

**L40A**    52.215-5    FACSIMILE PROPOSALS (OCT 1997)

(c) Facsimile receiving data and compatibility

characteristics are as follows:

Telephone number of receiving facsimile equipment:

(804) 279-4165

**L48B**    52.215-16    FACILITIES CAPITAL COST OF MONEY (JUN 2003)

**L50C**    52.215-20    REQUIREMENTS FOR COST OR PRICING DATA OR INFORMATION OTHER THAN COST OR PRICING DATA (OCT 1997)

DSCR NOTE: The Standard Forms (SF) 1411 and 1448 have been eliminated and are no longer available for use. Offerors must prepare and submit cost or pricing data and supporting attachments as specified in Table 15-2 of FAR 15.408, unless an exception applies or cost or pricing data is required to be submitted on one of the termination forms as specified in FAR Subpart 49.6. When an exception applies, offerors must submit information other than cost or pricing as prescribed in paragraph (a) of provision 52.215-20 above. Submission of information other than cost or pricing data does not preclude the Contracting Officer from requiring cost or pricing data under paragraph (b) of provision 52.215-20 above.

DSCR (MAR 1999)

**L51**    52.215-9601    CLAIMS FOR FACILITIES CAPITAL COST OF MONEY DSCR (JAN 1998)

CLAIM FOR FACILITIES CAPITAL COST OF MONEY:

(a) Offerors claiming Facilities Capital Cost of Money in accordance with FAR Clause 52.215-16 in Section I of this solicitation are required to complete and submit with the proposal Form CASB-CMF. Forms are available from the offeror's cognizant ACO. Instructions for completion of the CASB form are provided at FAR Appendix Cost Accounting Standards, Preambles and Regulations, Subpart 9904.414, Appendix A. In addition, offerors must provide the distribution of facilities capital employed as follows:

LAND_____%, BUILDING_____%, EQUIPMENT_____%.

(b) If the offeror does not include Facilities Capital Cost of Money with the proposal, this provision does not apply.

**L53**    52.216-1    TYPE OF CONTRACT   (APR 1984)

The Government contemplates award of a

[X] FIRM FIXED PRICE

[ ] FIXED PRICE/ECONOMIC PRICE ADJUSTMENT

[ ] FIXED PRICE/PRICE REDETERMINATION

contract resulting from this solicitation.

**L53A**    52.216-27    SINGLE OR MULTIPLE AWARDS (OCT 1995)

**L53F**    52.217-9002    CONDITIONS FOR EVALUATION AND ACCEPTANCE OF OFFERORS FOR PART NUMBERED ITEMS DLAD (JUL 2002)

(a) The product described in the acquisition identification description (AID) of this solicitation is that product which the Government has determined to be acceptable. All Offerors shall indicate below, or through an alternative means in an electronic quoting system, whether they are offering an 'exact product,' an 'alternate product' (which includes a 'previously reverse-engineered product'), a 'superceding part number,' or a 'previously-approved product,' and shall furnish the data required for whichever is applicable. (To determine which type of product to indicate, Offerors must refer to the criteria in sub-paragraphs (b)-(e) of this provision, respectively.) Any product offered must be either a product cited in the AID, or be physically, mechanically, electrically, and

CONTINUED ON NEXT PAGE

functionally interchangeable with a product cited in the AID, including additional requirements referred to in the AID, if any.

Exact Product - Applies to
CLIN(s) (_____)
Alternate/Previously Reverse-Engineered Product - Applies
to CLIN(s) (_____)
Superceding Part Number - Applies to CLIN(s): (_____
_____)
Previously-Approved Product - Applies to CLIN(s): (_____
_____)

(b) 'Exact product.'

(1) 'Exact product' means a product described by the name of an approved source and its corresponding part number, as currently cited in the AID; modified (if necessary) to conform to any additional requirements set forth in the AID; and manufactured by, or under the direction of, that approved source. If an Offeror indicates that an 'exact product' is being offered, the Offeror must meet one of the descriptions in subparagraphs (i)-(iv) below. (Any Offeror not meeting one of these descriptions is not considered to be offering 'exact product;' even though the item may be manufactured in accordance with the drawings and/or specifications of an approved source currently cited in the AID.)

(i) An approved source currently cited in the AID offering its corresponding part number as cited in the AID;

(ii) A dealer/distributor offering the product of an approved source that meets the description in subparagraph (i) above;

(iii) A manufacturer who (A) produces the offered item under the direction of an approved source currently cited in the AID; and (B) has authorization from that approved source to manufacture the item, identify it as that approved source's name and part number, and sell the item directly to the Government. If requested by the Contracting Officer, the Offeror/Contractor must provide documentation to demonstrate such authorization.

(iv) A dealer/distributor offering the product of a manufacturer that meets the description in subparagraph (iii) above. If requested by the Contracting Officer, the Offeror/Contractor must provide documentation that demonstrates such authorization.

(2) When the AID identifies the item being acquired as a critical safety item (CSI), offers of exact product will be evaluated in accordance with 52.211-9005.

(c) 'Alternate product.'

(1) The Offeror must indicate that an 'alternate product' is being offered if the Offeror is any one of the following:

(i) An Offeror who (A) manufactures the item for an approved source currently cited in the AID; and (B) does not have authorization from that approved source to manufacture the item, identify it as the approved source part number, and sell the item directly to the Government;

(ii) A dealer/distributor offering the product of a manufacturer that meets the description in subparagraph (i) above;

(iii) An Offeror of a previously reverse-engineered product that is not currently cited in the AID; or

(iv) Any other Offeror who does not meet the criteria in subparagraphs (b)(1), (d), or (e) of this provision.

(2) If an alternate product is offered, the Offeror shall furnish with its offer legible copies of all drawings specifications, or other data necessary to clearly describe the characteristics and features of the alternate product being offered. Data submitted shall cover design, materials, performance, function, interchangeability, inspection and/or testing criteria, and other characteristics of the offered product. If the offered product is to be manufactured in accordance with data the Offeror has obtained from elsewhere within the Government, the Offeror shall either furnish the detailed data specified in this paragraph, or supply a description of

the data package in its possession; i.e., basic data document and revision, the date the data was obtained and from whom (Government agency/activity). If the Offeror does not furnish the detailed data with its offer, the Contracting Officer will be unable to begin evaluation of the offered product until such time as the detailed data can be obtained from the Government agency/activity possessing the data. If the alternate product is a previously reverse-engineered product, the Offeror shall provide: traceability documentation to establish that the offered item represents the item specified in the AID (i.e., invoice from an approved source or submission of samples having markings of an approved source); number of samples that were examined; the process/logic used; raw data (measurements, lab reports, test results) used to prepare drawings or specifications for the offered item; any additional evidence that indicates the reverse-engineered item will function properly in the end item; and any evidence that life cycle/reliability considerations have been analyzed.

(3) In addition, the Offeror may be required to furnish data describing the 'exact product' cited in the AID. The data required from the Offeror depends on the level of technical data describing the exact product, if any, available to the Government. The possible levels of technical data the Government may have and the corresponding data submission requirements for Offerors are identified in subparagraphs (a)-(d) below. For the item(s) being acquired under this solicitation, the level of data in the Government's possession and the corresponding requirements for data submission are identified in the AID; or, if not specified in the AID, are as follows: (Buyer insert (a), (b), (c), or (d) as applicable, if AID does not identify). (If the level of data in the Government's possession and Offeror requirements for data submission are not identified in either the AID or in this subparagraph (c)(3), then subparagraph (a) below applies.)

(a) No data: This Agency has no data available for evaluating the acceptability of alternate products offered. In addition to the data required in subparagraph (c)(2) of this provision, the Offeror must furnish drawings and other data covering the design, materials, etc., of the exact product cited in the AID, sufficient to establish that the Offeror's product is equal to the product cited in the AID.

(b) Adequate proprietary (i.e., limited rights) data: This Agency possesses adequate drawings and/or specifications for the exact product as cited in the AID, but such data are proprietary (i.e., limited rights) and shall be used only for evaluation purposes. The Offeror must furnish the data required in subparagraph (c)(2) of this provision, but is not required to submit data on the exact product.

(c) Inadequate data: This Agency does not have adequate data available for evaluating the acceptability of alternate products offered. In addition to the data required in subparagraph (c)(2) of this provision, the Offeror must furnish drawings and other data covering the design, materials, etc., of the exact product cited in the AID, sufficient to establish that the Offeror's product is equal to the product cited in the AID.

(d) Adequate catalog data: This is a commercial off-the-shelf item. Adequate catalog data are available at the contracting office to evaluate alternate offers. In addition to the data required in subparagraph (c)(2) of this provision, the Offeror must furnish with its offer a commercially-acceptable cross reference list; or legible copies of all drawings, specifications or other data necessary to clearly describe the characteristics and features of the alternate product being offered, sufficient to establish that the Offeror's product is equal to the product cited in the AID. The Offeror is not required to submit data on the exact product.

(4) Except for indefinite delivery purchase orders (IDPOs), if this solicitation is automated (i.e., if the solicitation number begins with SPE; or begins with SP0 and contains 'T' or 'U' in the ninth position of the procurement instrument identification number (PIIN)), the Contracting Officer will not evaluate offers of alternate product (which include offers of previously reverse-engineered product) for the current procurement. Instead, the Offeror shall submit a request to the location below for evaluation of the alternate product's technical acceptability for future procurements of the same item. The request for evaluation shall cite the National Stock

CONTINUED ON NEXT PAGE

Number (NSN) of the exact product and, as identified in this provision, include the applicable level of technical data on the alternate and exact products. All offers of alternate product will be handled in accordance with DLAD 17.7501(b)(4).

For solicitation numbers beginning with SPE7 or SPE9; or beginning with SP0 and containing 'T' or 'U' in the ninth position of the PIIN:

> Defense Supply Center Columbus
> Directorate of Procurement
> Alternate Offer Monitor, DSCC-PCA
> 3990 East Broad Street
> Columbus, OH 43216-5000

For solicitation numbers beginning with SPE4; or beginning with SP0 and containing 'T' or 'U' in the ninth position of the PIIN:

> Defense Supply Center Richmond
> Office of the Competition Advocate
> ATTN: DSCR-DU
> 8000 Jefferson Davis Highway
> Richmond, VA 23297-5100

For solicitation numbers beginning with SPE5; or beginning with SP0 and containing 'T' or 'U' in the ninth position of the PIIN:

Defense Supply Center Philadelphia
> Office of the Competition Advocate/General
> & Industrial
> DSCP-PI
> 700 Robbins Avenue
> Philadelphia, PA 19111-5096

(d) 'Superceding part number.'

(1) The Offeror must indicate that a 'superceding part number' is being offered if the offered item otherwise qualifies as an 'exact product,' except that the part number cited in the AID has been superceded. The Offeror may be requested to furnish data, or provide confirmation through some other means, sufficient to establish that there are no changes in the configuration of the part. However, if such data are unavailable, the Offeror may be required to furnish technical data as required in paragraph (c) for 'alternate products.' (If such data indicate there have been changes in the configuration of the part, the offered item must be identified as an 'alternate product.')

(2) For solicitation numbers beginning with SPE, any data to be furnished with an offer of a 'superceding part number' should be mailed to the buyer at the procuring activity address on the solicitation. (Uploading the information with the quotation, or including it in the 'Remarks' section, will make the offer a 'bid with exception,' causing it not to be evaluated.)

(e) 'Previously-approved product.'

(1) If the product offered has previously been furnished to the Government or otherwise previously evaluated and approved, the Offeror shall indicate in the space provided below, or through an alternative means in an electronic quoting system, the contract and/or solicitation number under which the product was furnished or approved. CLIN NR (s) _____ have been previously furnished or evaluated and approved under contract/ solicitation number _____.)

(2) If the product was furnished or evaluated and approved by a contracting activity different from the one issuing this solicitation, Offerors are advised that the Contracting Officer may not have access to records of another activity or other information sufficient to reasonably determine the offered product's acceptability. Therefore, in order to ensure that adequate data is available for evaluation, Offerors may elect to furnish with their offer the information requested by subparagraph (b) or (c) of this provision, whichever is applicable for the offered product. Offerors are advised that if the additional data is not furnished, the Government may not be able to evaluate the offer. (For solicitation numbers beginning with SPE, the information should be mailed to the buyer at the procuring activity address on the solicitation. Uploading the information with the quotation, or including it in the 'Remarks' section, will

make the offer a 'bid with exception,' causing it not to be evaluated.)

(f) For all types of offers ('exact product,' 'alternate product,' 'superceding part number,' or 'previously-approved product'), Offerors shall provide the Contractor and Government Entity (CAGE) number of the manufacturer and the part number being offered for each item in the solicitation.

(g) Failure to furnish adequate data and/or information as prescribed in subparagraph (b), (c), (d) or (e) of this provision (when required for the current procurement) within 10 business days or less, or as otherwise required by the Contracting Officer or elsewhere in this solicitation, may preclude consideration of the offer. For automated procurements, it is the responsibility of the Offeror when offering a 'superceding part number' or a 'previously-approved part number' to ensure that supporting documentation arrives at the contracting activity within 2 business days after the data is requested, or the offer may not be considered. The Agency will make every effort to determine, prior to award, the acceptability of the products offered which meet the dollar savings threshold shown below, and/or which have a reasonable chance to receive an award based on price offered. Generally, the Agency will not evaluate alternate offers not meeting the dollar threshold. The savings potential is based on the cost of evaluation ($200.00 if only a local technical evaluation is involved, plus an additional $1,200.00 for each required Engineering Support Activity evaluation). If the Agency determines that an evaluation cannot be completed before the expected contract award date due to urgent requirements for the item, alternate offers will not be considered for the current procurement. Instead, they will be evaluated for technical acceptability for future procurements of the same item, if adequate data is submitted and savings potentials are expected, as stipulated above. For alternate offers not evaluated, the Offeror's complete technical data package will be returned.

(h) If Offerors desire to restrict the Government's use of data submitted for evaluation, the data must bear the appropriate legends as prescribed by FAR 52.215-1(e). In the event an award is made to an Offeror submitting data without the appropriate legend, the Government will have unlimited rights to its use as defined in DFARS 252.227-7013.

(i) It is the Government that determines if the documentation or other evidence furnished by an Offeror is adequate to satisfy the requirements in this provision. If the Contracting Officer requests evidence from a Contractor who received an award resulting from this solicitation, and the Contracting Officer subsequently finds the evidence to be unacceptable, the award may be cancelled.

| L55 | 52.217-9003 | MANUFACTURING OR PRODUCTION INFORMATION    DLAD (FEB 1996) |
| --- | --- | --- |
| L58 | 52.217-9G04 | FLIGHT SAFETY CRITICAL PART, CRITICAL APPLICATION, ITEM DOCUMENTATION REQUIREMENTS DSCR (SEP 2002) |

(a) If an item other than that cited in the Procurement Identification Description (PID) is offered under provision 52.217-9002, (See L), of this solicitation, this provision specifies the Government's requirements for additional documentation needed to evaluate whether the offered item meets the Critical Application Item (CAI) and/or Flight Safety Critical Application Part (FSCAP) identified in the PID. The guidance herein is also intended to assist offerors in determining what documentation is needed to insure an adequate and timely evaluation of the source manufacturing the item - namely, a source approval request (SAR). The

CONTINUED ON NEXT PAGE

offer shall determine which category applies. The specified documentation for that category, as well as that specified for all categories at subparagraph (b), shall be submitted in support of the manufacturing process.

(1) CATEGORY I - Manufacturer of the same item for the Original Equipment Manufacturer (OEM) or for the Department of Defense (DoD).

(2) CATEGORY II - Manufacturer of a similar item for the OEM or DoD. (A similar item is defined as an item whose design, application, operating parameters, material, and manufacturing processes are similar to those of the item for which source approval is sought.)

(3) CATEGORY III - New manufacturer. The exact or similar item has not been previously provided to the OEM or DoD

(b) Requirements for all CATEGORIES in addition to the below checklist.

(1) Documentation shall be provided stating if the company seeking approval is a nonmanufacturing source or the actual manufacturer. If the company seeking approval is a nonmanufacturing source, the required information shall also be submitted on the manufacturer.

(2) Any SAR identified to Boeing Rights Guard must comply with the Boeing Rights Guard Agreement.

(c) The offeror shall check below the CATEGORY that applies and include this part of the provision, as well as the additional required documentation, in support of the source approval request.

CATEGORY I (same part)           [ ]
CATEGORY II (similar/equivalent part)  [ ]
CATEGORY III (new manufacturer)    [ ]

To determine the mandatory requirements to submit for CATEGORY I - III parts, the offeror must go to this website www.dscr.dla.mil/sarguide.doc.

L65    52.222-24    PREAWARD ON-SITE EQUAL OPPORTUNITY COMPLIANCE EVALUATION (FEB 1999)

L75    52.233-2    SERVICES OF PROTEST    (AUG 1996)

(a) Protests, as defined in Section 33.101 of the Federal Acquisition Regulation, that are filed directly with an agency, and copies of any protests that are filed with the General Accounting Office (GAO), shall be served on the --

Contracting Officer
Defense Supply Center Richmond
ATTN: DSCR-FAHCA
8000 Jefferson Davis Highway
Richmond, VA 23297-5354

by obtaining written and dated acknowledgment of receipt from the issuing office referenced on the solicitation/award.

L75B    52.233-9000    AGENCY PROTESTS DLAD (SEP 1999)

Companies protesting this procurement may file a protest

1. with the contracting officer,

2. with the General Accounting Office, or

3. pursuant to Executive Order No. 12979, with the Agency for a decision by the Activity's Chief of the Contracting Office.

Protests filed with the agency should clearly state that they are an 'Agency Level Protests filed under Executive Order No. 12979.' (Note: DLA procedures for Agency Level Protests filed under Executive Order No. 12979 allow for a higher level decision on the initial protest than would occur with a protest to the contracting officer; this process is not an appellate review of a contracting officer's decision on a protest previously filed with the contracting officer). Absent a clear indication of the intent to file an agency level protest, protests will be presumed to be protests to the contracting officer.

DSCR NOTE:

Executive Order 12979 encourages the use of Alternative Dispute Resolution in resolving Agency-level protests. Therefore, DSCR has in place a process to obtain Agency-level protests filed pursuant to Executive Order 12979. Mediation is a voluntary process where the parties meet with a third party neutral (the mediator) to discuss their positions and open a dialogue. The mediator does not make any decisions on the dispute, but rather helps the parties explore their concerns and possible avenues for solutions. Any mediation will occur at DSCR. A trained DSCR mediator who has not had previous personal involvement in the procurement will conduct the mediation. If resolution of the protest is not reached through the mediation process, the protest will be forwarded to the Chief of the Contracting Office for a written decision on the record. If an offeror wishes to file an Agency-level protest, but does not wish to engage in a mediation, the Agency-level protest should state that the protesting party does not wish to participate in a mediation and would like a decision on the written record.

L81    52.247-46    SHIPPING POINTS USED IN EVALUATION OF F.O.B. ORIGIN OFFERS    (APR 1984)

L82    52.252-1    SOLICITATION PROVISIONS INCORPORATED BY REFERENCE (FEB 1998)

This solicitation incorporates one or more solicitation provisions by reference, with the same force and effect as if they were given in full text. Upon request, the Contracting Officer will make their full text available. The offeror is cautioned that the listed provisions may include blocks that must be completed by the offeror and submitted with its quotation or offer. In lieu of submitting the full text of those provisions, the offeror may identify the provision by paragraph identifier and provide the appropriate information with its quotation or offer. Also, the full text of a solicitation provision may be accessed electronically at this/these address(es):

| Federal Acquisition Regulation (FAR) | http://www.arnet.gov/far |
| DoD FAR Supplement (DFARS) | http://www.acq.osd.mil/dp/dars/dfars.html |
| DSCR Master Solicitation organized as follows: | http://www.dscr.dla.mil/procurement/mastersol.htm |

Section 1:  Full text of DLA clauses and provisions and DSCR clauses, provisions, and notices.
Section 2:  Full text Quality Assurance Provisions (QAPs)
Section 3:  Shipping/scheduling information for freight shipments destined for stock locations (DSCR Form P41 reference for freight shipments).
Section 4:  Procurement Automated Contract Evaluation (PACE) Instructions
Section 5:  Full text of Contract Data Requirements List (CDRLs)
Section 6:  Special Packaging Instruction (SPIs) Drawings
Section 7:  Full text of Individual Repair Parts Ordering Data (IRPODs)

| DLA site with links to all of the above | http://www.procregs.hq.dla.mil/icps.htm |

DSCR NOTE: Where only a portion of text is included in the solicitation document in order to provide or collect fill-in data or to append a DSCR note to a FAR/DFARS provision, the text as included in the solicitation is not intended to be represented as the full text of the provision.

L83    52.252-5    AUTHORIZED DEVIATIONS IN PROVISIONS (APR 1984)

(a) The use in this solicitation of any Federal Acquisition Regulation (48 CFR Chapter 1) provision with an Authorized deviation is indicated by the addition of '(Deviation)' after the date of the provision.

(b) The use in this solicitation of any Defense FAR Supplement (48 CFR Chapter 2) provision with an authorized deviation is indicated by the addition of '(Deviation)' after

CONTINUED ON NEXT PAGE

the name of the regulation.

SECTION M

M3B     52.211-9003     **CONDITIONS FOR EVALUATION OF OFFERS OF GOVERNMENT SURPLUS MATERIAL   DLAD   (APR 2002)**

(a) Definition.

'Surplus material,' as used in this provision, has the same meaning as in the clause at 52.211-9000, Government Surplus Material.

(b) The Agency will evaluate an offer of surplus material when the Contracting Officer determines the Offeror is otherwise in line for award, after adding the cost of evaluation ($200 for internal evaluation and, if applicable, an additional $500 for each Engineering Support Activity (ESA) evaluation, plus any additional fees required for special testing and/or inspection).

(c) When an offer is for a quantity less than the solicited quantity, the contracting officer will consider the $500 cost of issuing and administering more than one award. The contracting officer will also consider the anticipated impact on the unit price of the remaining quantity, to determine the total cost to the Government.

M8     52.214-9002     TRADE DISCOUNTS   DLAD   (JUN 1983)

M10AA     52.215-9003     SOCIOECONOMIC EVALUATIONS DLAD (OCT 1996)

M10F     52.215-9005     **AUTOMATED BEST VALUE SYSTEM DSCR   (MAY 2005)**

(a) The Automated Best Value System (ABVS) Score as an Element of Past Performance Evaluation.

(1) ABVS scores do not determine eligibility for award or technical acceptability. The Government shall use ABVS scores to compare past performance among offerors, not to make determinations of responsibility.

(2) To evaluate each offeror's past performance, DLA will assign an ABVS score to each offeror based on the offeror's past performance. ABVS scores for performance in each Federal Supply Class (FSC score) will be based on DLA consolidated performance history. An offeror may have multiple FSC scores but will have only one DLA score, which is a compilation of the offeror's FSC scores for all business conducted with DLA. These scores will be calculated monthly and remain in effect for a month. The ABVS score is a combination of an offeror's delivery and quality scores. The quality score reflects validated contractor caused product and packaging nonconformances during the rating period. For administrative purposes, the rating period excludes the most recent 30 days. The delivery score reflects all lines shown as delinquent during the rating period. For administrative purposes, the rating period excludes the most recent 60 days. For ABVS purposes, delinquent lines represent shipments not shipped and/or received in their entirety by the contract delivery date. The 30 and 60 day offset periods are NOT grace periods.

(3) Business Systems Modernization.

(i) The Defense Logistics Agency is developing and installing a new suite of commercial business software we call Business Systems Modernization (BSM). BSM will replace the old material management systems with the best of today's business applications. The first phase of BSM that will affect both DLA and our business partners is called the Concept Demonstration. This Concept Demonstration will use actual BSM software, real time data and actual transactions such as solicitations and awards. But because of the new software being tested, certain processes will change during the test and one of the most important is the change in ABVS. The collection of past performance information for certain NSNs in ABVS has been changed by the new software and will be affected by this Concept Demonstration beginning in August 2002.

(ii) Beginning in August 2002, ABVS will not collect performance information on NSNs that are included in this BSM test. The performance data for quality and delivery performance from new contract awards for these NSNs will not

be used in the calculation of FSC scores. The contract line items will also not be included in the total number of contract line items on which the FSC score is based. Subsequently, the DLA score, which is a compilation of the FSC scores, will not include performance data from new awards on these NSNs. For NSNs, which are not in the BSM test, ABVS will continue to work as it does today.

(iii) In order to determine if a NSN or FSC is included in this BSM test, go to the BSM Supplier Information Resource Center, http://www.dla.mil/j-6/bsm/SIRC/SIRC.htm. Awards not included in the ABVS performance data will be identified by contract numbers beginning with SPMXXX or SPHXXX in lieu of SPOXXX (this does not apply to orders issued against non-DLA Basic Ordering Agreements or contracts).

(iv) This initial release will provide an opportunity for DLA, our customers, and our suppliers to use the new technology and processes to improve our supply chain effectiveness. Further information is found at the BSM Vendor Information Center at http://131.70.202.70/j%2D6/bsm/test/vic.htm.

(4) DSCR will make negative quality and delivery data reflected in the ABVS score available to offerors by the 15th day of the month via the ABVS Website. The offeror's negative performance data will be posted before it is reflected in the ABVS score (Preview Period), to give offerors an opportunity to review and verify data. An offeror must challenge any negative data within the Preview Period to assure corrections are posted before calculation of the score. Offerors must submit challenges and substantiating evidence (e.g. invoices, DD Form 250s, modifications) to the ABVS Administrator. The 'Center' field will identify the appropriate focal point. For those identified as 'DSCR,' send challenges to:

> Defense Supply Center Richmond
> Attn: DSCR-OZP (ABVS)
> 8000 Jefferson-Davis Highway
> Richmond, VA 23297-5516
>
> Telephone (804) 279-6881
> FAX    (804) 279-5042

(5) Though offerors may challenge negative data at any time, it is to the offeror's advantage to challenge negative data during the Preview Period before it has an opportunity to be reflected in the ABVS score. Accordingly, an offeror should review performance data on a monthly basis at a minimum. When a challenge is received, the ABVS score will be flagged. The flag will remain until the challenge is resolved. If an offer under evaluation involves a challenged score, then the Contracting Officer will consider the nature of the challenged data and its relevance to the acquisition as part of the award decision. The ABVS Administrator will adjust the ABVS score if the Administrator upholds an offeror's challenge. Scores created in the update cycle immediately following the determination will reflect the adjustment.

(6) When there is a discrepancy between the offeror's challenged data and the Government's data, it becomes disputed data. The Government will make every effort to resolve the discrepancy expeditiously. However, the Government is the final authority for resolution of disputed data and its use in the source selection process, and may make an award decision despite the existence of an unresolved challenge.

(b) Using the ABVS score for evaluation.

(1) The contracting officer will first evaluate offers using the FSC score for the solicited FSC in effect at the time offers are evaluated. The contracting officer will use an offeror's DLA score to evaluate an offeror without an FSC score for that particular FSC. The contracting officer may consider the volume of business on which the FSC score is based as a measure of confidence in the score's indication of performance risk. The contracting officer may choose to use the DLA score if he or she lacks confidence in the FSC score. The contracting officer also may use the DLA score if the FSC scores among offerors are relatively equal. An offeror with no performance history will not be evaluated favorably or unfavorably and will be assigned a '999.9' in the ABVS. A '999.9' is used to designate those instances wherein the offeror has no past performance history, has no history for the particular FSC or has no history for the timeframe being rated.

CONTINUED ON NEXT PAGE

(2) Contractor caused discrepancies or delinquencies will be reflected in the ABVS as an indicator of past performance. Repair, replacement or reimbursement of quality and packaging defects will not provide relief of negative ABVS data. Contractor caused delivery extensions, regardless of consideration paid, will be reflected in the delivery score.

**M10G    52.215-9G06    EVALUATION AND AWARD**
**                      DSCR   (FEB 2000)**

(a) AWARD. The Government intends to evaluate proposals and, if necessary, conduct discussions with all responsible offerors within the competitive range. The award will be made to the offeror whose proposal conforms to the terms and conditions of the solicitation and represents the best value to the Government. Therefore, award may be made to other than the lowest priced or the highest technically rated offer.

(b) RELATIVE IMPORTANCE AND TRADE-OFFS. The Government will base the determination of best value on a comparative assessment of the offerors' prices, past performance, and the other evaluation factors identified elsewhere in this solicitation. The determination of best value also considers the relative importance of the evaluation factors. All evaluation factors, when combined, are:

  [ ]  significantly more important than cost
       or price. As other evaluation factors
       become more equal, the evaluated cost or
       price becomes more important.

  [X]  approximately equal to cost or price; or

  [ ]  significantly less important than cost
       or price. As the evaluated cost/price
       becomes more equal, relative importance
       of all other evaluation factors becomes
       more significant.

The final award decision may involve a trade-off among cost or price and the non-price factors. Factors that may be considered in the trade-off process include, but are not limited to:

Item criticality and weapons system application
Delivery schedule and current inventory status
Historical delivery or quality problems
Concerns over limited supply sources and industrial base
Benefits from obtaining new sources

(c) COST OR PRICE. The Government will evaluate the offered cost or price for cost realism, as defined in FAR 15.401, and reasonableness. The Government will add any other cost or price evaluation factors identified elsewhere in this solicitation (e.g. Buy American Act or FOB Origin transportation costs) to arrive at the offeror's evaluated cost or price. The evaluated cost or price will be used in conjunction with the other non-price factors to determine the best value to the Government.

(d) PAST PERFORMANCE EVALUATION FACTORS. The Government will use the past performance evaluation factors marked below in addition to cost or price and other evaluation factors specified in the solicitation. Unless indicated otherwise, past performance is significantly more important than other non-price factors. Within the past performance subfactors, ABVS scores will be weighed most heavily because of their relevance to DSCR awards. Quality history and delivery schedule compliance will be weighed more heavily than the remaining past performance subfactors. All other non-price evaluation factors specified in this solicitation weigh equally, unless otherwise indicated.

  [X]  ABVS Score (52.215-9G05)

  [ ]  Quality History

  [ ]  Delivery Schedule Compliance

  [ ]  Javits-Wagner-O'Day (JWOD) (52.215-9005)

  [ ]  Mentoring Business Agreements (MBA)
       (52.219-9003)

  [X]  Socioeconomic Support (52.215-9003)

  [ ]  Other (specify):

(e) PAST PERFORMANCE. Past performance includes, but is not limited to, the offeror's record of conforming to contract requirements and standards of good workmanship; adherence to contract schedules, including the administrative aspects of performance; the offeror's reputation for reasonable and cooperative behavior and commitment to customer satisfaction; and generally, the offeror's business-like concern for the customer's interest.

(i) Offerors may submit with their offer information on past and current Federal (non-DSCR), State and local government and private sector contracts performed by the offeror at the proposed performance location within the last three years that are similar in nature to this acquisition. Offerors electing to submit this data must furnish at least the following information: name and address of the contracting entity; the contract number; award and completion dates; the dollar value; the contract type; the items or services provided; two references, with title and phone number; and any problems encountered and the corrective action taken by the offeror.

(ii) By submitting past performance information, the offeror agrees to permit the Government's representatives to contact the listed references and inquire of the offeror's performance. If more than three contracts are identified, the Government reserves the right to randomly select and limit its review to three contracts. In addition to the information provided, the Government may consider information obtained from other sources when evaluating the offeror's past performance. Offerors will be given the opportunity to discuss negative past performance information obtained from references if the offeror has not had a previous opportunity to comment on that information.

(iii) In addition to the information above, DSCR will use the Automated Best Value System (ABVS) to evaluate quality and past performance on DLA awards (see 52.215-9G05).

(iv) Offerors with no past performance history (whether internal or external to the Federal government) will not be evaluated favorably or unfavorably.

**M12    52.216-9G09    EVALUATION - INDEFINITE QUANTITY**
**                      CONTRACT   DSCR   (NOV 1996)**

Offers will be evaluated on the basis of the estimated annual quantity. If quantity breaks are offered with various prices, the highest price offered will be used for evaluation.

If line items for both stock and DVD are included in the schedule offers will be evaluated based on the total extended price for the stock and DVD line items.

**M15    52.217-5    EVALUATION OF OPTIONS**
**                   (JUL 1990)**

**M18    52.217-9G11    EVALUATION OF OPTION TO EXTEND**
**                      THE TERM OF THE CONTRACT -**
**                      SUPPLIES   DSCR   (JAN 1996)**

The evaluation of options to extend the term of the contract as required by either FAR Clause 52.217-5 (Section M) or 52.212-2 will be based on the highest possible option price offered for each option as specified in DSCR Clause 52.217-9G08 (Section I).

**M20    52.225-9G10    F.O.B. ORIGIN CONTRACTS FOR**
**                      SUPPLIES ORIGINATING OUTSIDE**
**                      THE UNITED STATES**
**                      DSCR (JAN 1996)**

**M27    52.247-47    EVALUATION F.O.B. ORIGIN**
**                    (JUN 2003)**

**M31    52.247-9G19    EVALUATION OF TRANSPORTATION**
**                      COSTS   DSCR   (JAN 1996)**

CONTINUED ON NEXT PAGE

| N33 | 52.247-9G21 | BASIS FOR SUBMISSION AND EVALUATION OF OFFERS DSCR (JAN 1996) |

(a) Offers are invited on an f.o.b. destination basis for items N/A , , . Bids submitted on any other basis will be rejected as non-responsive.

(b) Offers are invited on the basis of both f.o.b. origin and destination for items N/A , , .

(c) Offers are invited on an f.o.b. origin basis for items ALL , , . When supplies are regionally priced the applicable regions shall be specified below. If regional price(s) are offered and the region is not specified, the bid will not be considered.