IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, § | |
|    ex rel. Donald Palmer, § | Docket No. 12:907 (GEP) |
| § | |
|        Plaintiffs and Relator, § | |
| § | |
| vs. § | |
| § | |
| C&D Technologies, Inc. § | |
| § | |
|        Defendant. § | |

**RELATOR'S MOTION FOR AWARD OF ATTORNEYS' FEES AND EXPENSES**

In accord with 31 U.S.C. § 3730(d)(2), Relator hereby moves this Court for an Order directing Defendant C&D Technologies, Inc. ("C&D") to pay Relator's counsels' reasonable attorneys' fees and costs in this action. This motion is supported by Relator's contemporaneously filed memorandum.

A proposed Order and Judgment Entry is attached.

Respectfully submitted,

*/s/ Paul B. Martins*

| | |
|---|---|
| Marc M. Orlow, Esq. | Paul B. Martins, Esq. |
| Ross Begelman, Esq. | James A. Tate, Esq. |
| Begelman, Orlow & Melletz | Helmer, Martins, Rice & Popham Co., L.P.A. |
| 411 Route 70 East, Suite 245 | 600 Vine St., Suite 2704 |
| Cherry Hill, New Jersey  08034 | Cincinnati, Ohio  45202 |

*Counsel for Plaintiff / Relator, Donald Palmer*

## CERTIFICATE OF SERVICE

I hereby certify that on August 19, 2016, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification and an electronic copy of such filing to the following:

| | |
|---|---|
| Thomas J. Finn, Esq. | Michael J. Glasheen, Esq. |
| Paula Cruz Cedillo, Esq. | Katelyn M. Gillece, Esq. |
| McCARTER & ENGLISH, LLP | McCARTER & ENGLISH, LLP |
| City Place 1, 36th Floor | BNY Mellon Center |
| 185 Asylum Street | 1735 Market Street, Suite 700 |
| Hartford, Connecticut 06103 | Philadelphia, Pennsylvania 19103-7501 |

*Counsel for Defendant, C&D Technologies, Inc.*

Respectfully submitted,

*/s/ Paul B. Martins*
Paul B. Martins