# HELMER, MARTINS, RICE & POPHAM
## CO., L.P.A.

ATTORNEYS AT LAW

600 Vine Street
Suite 2704
Cincinnati, Ohio 45202

James B. Helmer, Jr.*
Paul B. Martins
Julie Webster Popham**
Robert M. Rice
Jennifer L. Lambert
Erin M. Campbell
James A. Tate
*Also D.C. Bar
**Also KY Bar

Telephone: (513) 421-2400
Telecopier: (513) 421-7902

Of Counsel:
Robert Clark Neff, Jr.

Page: 1
09/26/2016
181-00M
Statement No:   369

U.S. ex rel. Palmer v. C&D Technologies, Inc.

| Date / Atty | Description | HOURS |
|---|---|---|
| **08/05/2016** | | |
| JBH | R. Begelman time records; P. Martins email to J. Popham regarding M. Raspanti (N/C) | N/C |
| JT | Review motion for fees and correspondence and analysis from P. Martins regarding same (N/C) | N/C |
| PBM | Email exchange with J. Popham regarding M. Raspanti Declaration (N/C) | N/C |
| JWP | Fee Petition; Review email and 2 emails to M. Raspanti regarding declaration and attorney time records (N/C) | N/C |
| **08/08/2016** | | |
| JBH | Work on Fee Application; Conference with P. Martins regarding discount; Conference with J. Popham regarding M. Raspanti affidavit | 0.85 |
| PBM | Conference with J. Popham (3x) regarding M. Raspanti declaration (N/C) | N/C |
| JWP | Conference with K. Henry, W. Diggs and P. Martins regarding assembling time records; Conference with J. Helmer and K. Henry regarding same; Prepare fee records for M. Raspanti; Assemble time records (N/C) | N/C |
| **08/09/2016** | | |
| PBM | Telephone conference with R. Begelman and M. Orlow and J. Tate regarding whether to | |

**Exhibit A-1**

Donald Palmer

U.S. ex rel. Palmer v. C&D Technologies, Inc.

Statement No: 369

| | | | HOURS |
|---|---|---|---|
| | | make a counter offer to C&D; Conference with J. Helmer and decide not to; Review R. Begelman email on counter-offer; Review J. Helmer email explaining why we should not make counter offer (N/C) | N/C |
| | PBM | Edit and circulate Fee Memo to R. Begelman and M. Orlow | 3.30 |
| | JT | Telephone conference with P. Martins, R. Begelman and M. Orlow regarding C&D settlement offer; Our response; Conference with J. Helmer and P. Martins; Review follow-up emails regarding counter offer calculations and strategy (N/C) | N/C |
| | JBH | Conference with P. Martins regarding settlement issues; Four R. Begelman emails regarding same; Four P. Martins responses; Email to counsel regarding no deal | 0.65 |
| | JWP | Review and proof J. Helmer Declaration (N/C) | N/C |
| | JWP | Edit Fee Petition (N/C) | N/C |
| | WD | Calculate fees at a 3% reduction (N/C) | N/C |
| | SMG | Review and edit C&D offer on fees and costs chart (N/C) | N/C |
| 08/10/2016 | JBH | M. Orlow and R. Begelman email regarding briefing (N/C); R. Begelman email regarding settlement (N/C) | N/C |
| | JT | Review detailed hour breakdown and deposition time breakdown; Correspondence with Westlaw and P. Martins regarding Peer Reports on PA attorney time (N/C) | N/C |
| | JT | Research recent E.D. PA attorney fee cases and Pratter decisions; Review, cite check and edit Fee Petition and conference regarding edits, strategy for argument and evidence to include with P. Martins | 4.20 |
| | PBM | Edit memo regarding fee motion; Conference with J. Tate regarding Exhibit C and deposition time breakdown; Conference with K. Henry regarding time spent coordinating case with government (.60); Edit fee memo | |

Case 2:12-cv-00907-GEKP   Document 144-2   Filed 09/26/16   Page 3 of 12

Page: 3
09/26/2016
181-00M

Donald Palmer

U.S. ex rel. Palmer v. C&D Technologies, Inc.

Statement No: 369

|  |  |  | HOURS |
|---|---|---|---|
|  |  | and conference with J. Tate regarding exhibits to same; Email exchange with R. Begelman and M. Orlow on edits to memo (2.20) | 2.80 |
|  | PBM | Email T. Finn with formal rejection of August 4 offer of less monthly payment over a longer period of time | N/C |
|  | JWP | Fee Petition and left word for M. Raspanti regarding Declaration (N/C) | N/C |
|  | DB | Proof J. Helmer Declaration for Fee Petition (N/C) | N/C |
| 08/11/2016 | PBM | Memo regarding fees and costs; Conference with J. Tate | 2.30 |
| 08/12/2016 | JBH | Work on Fee Application; Conference with J. Popham regarding expert affidavit; Two calls to P. Martins regarding same; Telephone conference with M. Raspanti; Review his affidavit; J. Popham email to M. Raspanti; Two M. Raspanti responses; Email to R. Begelman | 2.00 |
|  | JWP | Telephone conference with M. Raspanti (.20); Conference with J. Helmer regarding Fee Petition (.35); Finalize Fee Petition (5.85); Telephone conference with e. Medor regarding M. Raspanti Declaration and 3 emails regarding same and work on Fee Petition (1.65); Review J. Helmer declaration (.25) | 8.25 |
|  | JT | Review cost reports and fee detail; Review M. Raspanti Declaration and Fee Petition; Conference with J. Popham and J. Helmer regarding issues with petition fees and costs (N/C) | N/C |
|  | DB | Proof M. Raspanti Declaration (N/C) | N/C |
| 08/14/2016 | JBH | Email from and to J. Popham regarding support evidence for fee application | 0.35 |
| 08/15/2016 | JBH | Two J. Popham emails to M. Raspanti; M. Raspanti affidavit; Conference with P. |  |

Case 2:12-cv-00907-GEKP   Document 144-2   Filed 09/26/16   Page 4 of 12

Page: 4
09/26/2016
181-00M

Donald Palmer

Statement No: 369

U.S. ex rel. Palmer v. C&D Technologies, Inc.

| | | | HOURS |
|---|---|---|---|
| | Martins regarding new charts; Our motion to enforce settlement; Our proposed order; J. Popham emails regarding R. Begelman affidavit; Conference with P. Martins regarding our motion to enforce | | 1.80 |
| PBM | Edit memo regarding fees and cost; Conference with J. Popham; Work on exhibits to memo (4.50); Draft motion for fees and costs and draft proposed order regarding award of fees and costs (1.00) | | 5.50 |
| PBM | Draft notice renewing motion to enforce settlement agreement | | 0.75 |
| PBM | Telephone conference with J. Popham; Telephone conference with J. Helmer (2x) regarding M. Raspanti Declaration for Fee Petition (N/C) | | N/C |
| JWP | Finalize Fee Petition (2.95); Proof J. Helmer declaration and conference with J. Tate regarding exhibits to the fee petition (.95) | | 3.90 |
| JT | Conference with J. Helmer and P. Martins regarding Fee Petition and settlement (.30); Review and revise Fee Petition exhibits and conference with P. Martins (2.50) | | 2.80 |
| WD | Re-calculate fee and cost totals to update charts reflecting fees and costs through 8/4/16 (4x) (1.25); Update Fee Petition exhibits (.750 | | 2.00 |
| DB | Proof Fee Petition (N/C) | | N/C |

08/16/2016
| | | | |
|---|---|---|---|
| JBH | Work on Fee Application; J. Helmer affidavit and exhibits; Conference with J. Popham regarding costs; Conference with P. Martins regarding Finn follow-up call | | 2.00 |
| PBM | Review J. Tate edits to exhibit 6 summary chart of time by categories (through January 2016) and conference with J. Tate; Edit memo to actually reflect facts and hours including hours in categories not in Exhibit C; i.e., coordination wth Government; Fee negotiations, settlement and breach of settlement (.40); Review and | | |

Donald Palmer

U.S. ex rel. Palmer v. C&D Technologies, Inc.

Statement No: 369

| | | | HOURS |
|---|---|---|---|
| | | edit J. Helmer declaration; Forward J. Helmer declaration to R. Begelman for his review (1.50); Edit fee memo and review J. Popham edits; Conference with J. Popham regarding R. Begelman and M. Orlow fee detail missing January 2014 entries; Email and telephone conference with R. Begelman (1.50); Telephone conference with T. Finn regarding settlement of fees and costs (.70); Conference with J. Helmer regarding T. Finn call and conference with J. Popham (.35); Conference with J. Popham regarding proposed edits to R. Begelman declaration (.10) | 4.45 |
| | JWP | Work on Fee Petition (2.85); Update J. Helmer declaration (N/C); Review R. Begelman declaration (N/C) | 2.85 |
| | JT | Research False Claims Act legislative history and update cites in brief; Edit brief and fix cites to exhibits; Update exhibit C and check numbers; Review J. Helmer and R. Begelman declaration | 3.10 |
| | JT | Telephone conference with T. Finn regarding settlement negotiation; Bridging 250K gap; Conference with P. Martins regarding settlement negotiations (N/C) | N/C |
| | WD | Update Fee Petition exhibits | 0.50 |
| 08/17/2016 | | | |
| | JBH | Work on Fee Application and Affidavit and exhibits (charts) to same | 2.00 |
| | PBM | Telephone conference with R. Begelman regarding his declaration for fee memo regarding my August 16 telephone conference with T. Finn on fee negotiations (N/C); Review fee detail for R. Begelman and M. Orlow and email R. Begelman on discrepancy on amount of costs sought; Telephone conference with R. Begelman and reduce costs (N/C) | N/C |
| | JT | Review local rules regarding chambers copies of Fee Petition and email P. Martins regarding same (N/C) | N/C |
| | WD | Update Fee Petition exhibits | 0.75 |

Donald Palmer

U.S. ex rel. Palmer v. C&D Technologies, Inc.

Statement No: 369

| Date | Atty | Description | Hours |
|---|---|---|---|
| 08/18/2016 | | | |
| | JBH | Conference with P. Martins regarding T. Finn latest call; P. Martins email regarding same and R. Begelman response; Conference with P. Martins regarding R. Begelman affidavit and exhibits; Review declaration and Fee Motion; R. Begelman email regarding declaration; M. Raspanti email and respond | 2.00 |
| | PBM | Telephone conference with T. Finn; Draft memo on conversation and circulate to co-counsel; Conference with J. Helmer (.50); Conference with J. Popham regarding discrepancy in cost number mentioned in M. Raspanti's declaration; Edit memo for fees and costs to explain discrepancy (.75); Final edits to fee memo; Draft cover letter to Court forwarding 2 copies of motions and exhibits per section III.C.3 of General Pretrial and trial procedures (1.80); Conference with J. Tate regarding cite checking and edits to memo regarding fees and costs (.60) | 3.65 |
| | JWP | Edit Fee Petition | 5.85 |
| | JT | Correspondence regarding fee petition and conference with J. Popham; Review exhibits; Review correspondence regarding settlement (.50); Cite check and edit fee petition (6.30) | 6.80 |
| | WD | Prepare Fee Petition exhibit binders for Judge's Chambers (2.00); Update Fee Petition exhibits (.50) | 2.50 |
| 08/19/2016 | | | |
| | JBH | Check on filing Fee Application (N/C) | N/C |
| | PBM | Final review and edits to Motion for Fees and costs; Memo in support, proposed order and notice of Renewing Motion to Enforce Settlement Agreement (1.30); File notice renewing Motion to Enforce Settlement Agreement; Motion for Fees and costs; Supporting memo and exhibits (1.20); Inspect 2 copies of motion and exhibits and sign cover letter to Court (.10) | 2.60 |
| | JWP | Review and edit Fee Petition (N/C) | N/C |

Case 2:12-cv-00907-GEKP   Document 144-2   Filed 09/26/16   Page 7 of 12

Page: 7
09/26/2016
181-00M

Donald Palmer

U.S. ex rel. Palmer v. C&D Technologies, Inc.

Statement No: 369

| | | | HOURS |
|---|---|---|---|
| | JT | Complete cite checking of Fee Petition; Review City of Riverside case and discuss with P. Martins; Review exhibits and final brief; Review proposed order, file; Review local rules and Pratter rules regarding response time | 4.80 |
| | WD | Finalize Fee Petition exhibits; Finalize Fee Petition binders; Finalize Fee Petition CD; Prepare and FedEx Fee Petition binders and CD to Judge's Chambers | N/C |
| 08/22/2016 | | | |
| | PBM | Review FPDS data from J. Tate on C&Ds contract sale to U.S. in first 5 months of this year; Email results for January - May 2016 to co-counsel, R. Bernstein and B. Wei; Rebutting "ability to pay argument" with $5.2 M in sales | 0.40 |
| | JT | Review ECF entry fee petition from this morning and conference with W. Diggs (N/C) | N/C |
| | JT | Research recent C&D federal government contracts: Tally May missile battery purchases; Correspondence with P. Martins regarding same; Conference with P. Martins regarding 2016 data | 0.40 |
| | JT | Review research and draft file from Fee Petition; Review and clear redundant trial preparation documents | 0.30 |
| 08/29/2016 | | | |
| | JBH | Emails to M. Orlow | 0.25 |
| | JT | Review Federal Biz. Opps for old and current C&D contracts | 0.20 |
| 08/30/2016 | | | |
| | JBH | M. Orlow emails and respond (N/C) | N/C |
| 08/31/2016 | | | |
| | JBH | Paula Cedilla emails and P. Martins responses; C&D motion for extension and email to P. Martins, R. Begelman and M. Orlow (N/C) | N/C |
| | PBM | Email exchange with P. Cedillo regarding defense request for 2 week extension of time; Review R. Begelman email on subject; review R. Begelman email on subject; | |

Case 2:12-cv-00907-GEKP   Document 144-2   Filed 09/26/16   Page 8 of 12

Donald Palmer

U.S. ex rel. Palmer v. C&D Technologies, Inc.

Page: 8
09/26/2016
181-00M
Statement No:  369

|  |  |  | HOURS |  |
|---|---|---|---|---|
|  |  | Conference with J. Helmer; Review C&D motion for 2 week extension of time to respond to Fee Petition | 0.30 |  |
| 09/08/2016 | JBH | Conference with P. Martins regarding collection expert per H. Markopolis; Court order on extension | 0.65 |  |
| 09/13/2016 | JBH | M. Orlow email and respond (N/C) |  | N/C |
|  | JT | Review J. Pratter rule and deadline regarding Reply Briefs and send to P. Martins | 0.10 |  |
| 09/16/2016 | JBH | Conference with R. Rice regarding C&D's Memorandum Contra; P. Martins email to J. Tate regarding same; Begin review of same (N/C) |  | N/C |
|  | JT | Review, circulate C&D opposition to Fee Petition and Motion to Enforce Settlement (N/C) |  | N/C |
| 09/17/2016 | JBH | C&D Memorandum Contra and exhibits to our Fee Application | 1.00 |  |
| 09/19/2016 | JBH | Work on reply to Fee Opposition | 1.30 |  |
|  | PBM | Review and analysis of C&D's memo response to Plaintiff's Notice of Renewing Motion to Enforce Settlement Agreement; Conference with J. Helmer and J. Tate (N/C) |  | N/C |
|  | PBM | Review and analyis of C&D Response to Fee Application; Email to Begelman & Orlow to address section of C&D's brief on Begelman & Orlow's time records; Conference with J. Tate (2x) on our Reply memo | 2.75 |  |
|  | JT | Review C&D Opposition to Fee Petition; Research C&D cited cases and 3rd Circuit fee law; Conference with P. Martins regarding arguments; Outline and begin drafting response brief | 4.60 |  |
|  | JWP | Conference with J. Tate regarding reply brief | 0.10 |  |

Case 2:12-cv-00907-GEKP   Document 144-2   Filed 09/26/16   Page 9 of 12

Page: 9
Donald Palmer                                                        09/26/2016
                                                                     181-00M
U.S. ex rel. Palmer v. C&D Technologies, Inc.        Statement No:        369

|            |     |                                                                                                                                                                                                                        | HOURS |
|------------|-----|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|
| 09/20/2016 |     |                                                                                                                                                                                                                        |       |
|            | PBM | Email exchange with R. Begelman on Reply in support of Fee Application; Review outline for Reply; Conference with J. Tate regarding division of work for Reply (N/C)                                                    | N/C   |
|            | PBM | Research and draft section of Reply in support of Fee Application                                                                                                                                                      | 2.50  |
|            | JT  | Research and write reply in support of our Fee Petition; Meetings and memo with P. Martins and J. Helmer regarding our response and applicable 3rd circuit standards                                                   | 6.70  |
|            | JBH | R. Begelman email regarding additions to fee reply (N/C); Conference with P. Martins regarding our reply brief; Conference with J. Tate regarding reply; 3rd circuit research; Emails to J. Tate (2) regarding additions; Two J. Tate responses | 1.20  |
|            | JWP | Review C&D's opposition to fee petition                                                                                                                                                                                | 0.35  |
| 09/21/2016 |     |                                                                                                                                                                                                                        |       |
|            | JBH | J. Tate email regarding 3rd Circuit law; Conference with J. Tate regarding reply brief additions; Research "current" rates; Work on reply brief; Conference with P. Martins regarding same                              | 1.50  |
|            | PBM | Research, draft and edit Reply in Support of Fee Application                                                                                                                                                           | 1.00  |
|            | PBM | Draft section in Reply addressing C&D's attack on $44k of Begelman & Orlow time based on information provided by R. Begelman; Email exchange with R. Begelman (N/C)                                                    | N/C   |
|            | PBM | Conference with J. Tate regarding editing brief down to 15 pages                                                                                                                                                       | 0.20  |
|            | PBM | Review and edit 1st draft of reply                                                                                                                                                                                     | 2.60  |
|            | JT  | Research and draft reply in support of our Fee Petition; Meetings with P. Martins regarding same; Integrate P. Martins sections and complete final first draft for J. Helmer and P. Martins review                      | 7.30  |

Donald Palmer                                                                               181-00M
                                                                          Statement No:    369
U.S. ex rel. Palmer v. C&D Technologies, Inc.

|  |  |  | HOURS |  |
|---|---|---|---:|---|
| 09/22/2016 | | | | |
| | JBH | Work on our reply brief on Fee Application | 4.75 | |
| | PBM | Reply Memo (1.70); Email to R. Begelman requesting Begelman & Orlow time records since August 4, 2016 (N/C) | 1.70 | |
| | JT | Conference with J. Helmer and P. Martins regarding Fee Petition Reply (N/C); Review J. Helmer draft of Reply (N/C); Revise Reply Brief; Update cites and research additional case law from C&D response (2.00) | 2.00 | |
| 09/23/2016 | | | | |
| | PBM | Edit Reply Brief; Email R. Begelman regarding supplemental declaration for time since August 4, 2016; Conference with J. Tate regarding edits and format of Table A-2, A-3, B-2 and B-3 | 1.30 | |
| | JT | Write, revise, and begin cite checking Fee Petition | 5.50 | |
| | EMC | Cite check case cites in Reply in support of the Fee Application and shepardize same (N/C) | | N/C |
| | WD | Cite check Reply Brief | 2.75 | |
| | JBH | Work on fee application reply brief; Two R. Begelman emails; Conference with J. Tate regarding second affidavit; J. Tate email regarding R. Begelman affidavit; Review same | 3.75 | |
| | JWP | Conference with J. Tate regarding fee petition | 0.10 | |
| | EMC | Review fee petition and defendant's response to same (N/C) | | N/C |
| 09/25/2016 | | | | |
| | JBH | Work on fee application reply brief edits | 1.25 | |
| 09/26/2016 | | | | |
| | EMC | Cite check legal citations in Reply to Fee Petition and shepardize same (N/C) | | N/C |
| | JBH | Our reply brief and affidavits in response to C&D opposition to fee application | 2.25 | |

Case 2:12-cv-00907-GEKP   Document 144-2   Filed 09/26/16   Page 11 of 12

Page: 11
09/26/2016
181-00M
Statement No: 369

Donald Palmer

U.S. ex rel. Palmer v. C&D Technologies, Inc.

|     |     |     | HOURS |
| --- | --- | --- | ---: |
| JWP | Work on Fee Petition Reply | | 3.50 |
| JT  | Prepare Fee Petition Reply | | 5.00 |
|     | TOTAL FEES | | 154.85 |

RECAPITULATION

| STAFF | HOURS |
| --- | ---: |
| James B. Helmer, Jr. | 29.55 |
| Paul B. Martins | 38.10 |
| Julie W. Popham | 24.90 |
| James A. Tate | 53.80 |
| William J. Diggs II | 8.50 |

Date: 09/26/2016    Case 2:12-cv-00907-GEKP Document 144-2 Filed 09/26/16 Page 12 of 12    Page: 1

Detail Cost Transaction File List
Helmer, Martins, Rice & Popham Co., L.P.A.

| Client | Trans Date | Tk L | H P | Tcode/ Task Code | Rate | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|
| **Tcode 40 Photocopies** | | | | | | | | |
| 181.00 | 08/05/2016 | 1 | P | 40 | 0.250 | 1,142.75 | Photocopies 7/16<br>Donald Palmer<br>U.S. ex rel. Palmer v. C&D Technologies, Inc. | 235 |
| 181.00 | 09/26/2016 | 1 | P | 40 | 0.250 | 432.50 | Photocopies 8/16<br>Donald Palmer<br>U.S. ex rel. Palmer v. C&D Technologies, Inc. | 238 |
| **Total for Tcode 40** | | | | | Billable | 1,575.25 | Photocopies | |
| **Tcode 41 Mailing Expense** | | | | | | | | |
| 181.00 | 08/31/2016 | 1 | P | 41 | 1.100 | 1.52 | Mailing Expense 8/16<br>Donald Palmer<br>U.S. ex rel. Palmer v. C&D Technologies, Inc. | 234 |
| **Total for Tcode 41** | | | | | Billable | 1.52 | Mailing Expense | |
| **Tcode 47 Overnight Mail Delivery** | | | | | | | | |
| 181.00 | 09/19/2016 | 1 | P | 47 | | 73.92 | FedX 9/16<br>Donald Palmer<br>U.S. ex rel. Palmer v. C&D Technologies, Inc. | 237 |
| **Total for Tcode 47** | | | | | Billable | 73.92 | Overnight Mail Delivery | |

**GRAND TOTALS**

Billable    1,650.69