**Remaining Helmer-Martins Billing Timekeepers**
**Total Fees at 2016 Extrapolated CLS Rates**

| Name | Experience | Hours to Aug. 4, 2016 | Hours since Aug. 4, 2016 | Rate | Total |
|---|---|---|---|---|---|
| James B. Helmer, Jr. | 41 years | 257.75 - 3% = 250.02 | 29.55 - 3% = 28.66 | $778.00 | $ 216,815.76 |
| Paul B. Martins | 37 years | 2,089.95 - 3% = 2,027.25 | 38.1 - 3% = 36.96 | $760.00 | $1,568,797.32 |
| Julie W. Popham | 24 years | 204.75 - 3% = 198.61 | 24.9 - 3% = 24.15 | $650.00 | $ 144,795.95 |
| James A. Tate | 6 years | 1,597.70 - 3% = 1,549.77 | 53.8 - 3% = 52.19 | $389.00 | $ 623,160.88 |
| William J. Diggs | 15 years | 581.65 - 3% = 564.20 | 8.5 - 3% = 8.25 | $168.00 | $   96,170.76 |
| Dayna J. Boatright | 14 years | 173.40 - 3% = 168.20 | 0 - 3% = 0 | $168.00 | $   28,257.60 |
| **Total** | | 4,905.20 - 3% = 4,758.05 | 154.85 - 3% = 150.20 | | **$2,677,998.28** |

**Total Current / Present Value Helmer-Martins 2016 Fees After Deductions:**    $2,677,998.28
**Total Helmer-Martins Costs:**                                                                                                 + $   134,877.57
**Total Current/Present Value Helmer-Martins 2016 Fees & Costs:**                       $2,812,875.85

**Exhibit A-3**