| 09/23/2016 | BEGELMAN, ORLOW & MELLETZ | |
| 2:08 PM | Slip Listing | Page 1 |

## Selection Criteria

| Slip.Transaction Dat | 08/04/2016 - Latest |
| Slip.Classification | Open |
| Clie.Selection | Include: Palmer,Donald |
| Slip.Transaction Typ | 1 - 1 |

Rate Info - identifies rate source and level

| Slip ID / Dates and Time / Posting Status / Description | | User / Activity / Client / Reference | Units / DNB Time / Est. Time / Variance | Rate / Rate Info / Bill Status | Slip Value |
|---|---|---|---|---|---|
| 111295 08/09/2016 WIP Communicate with Marc, Paul and James re: settlement offers and status, prep of new counter offer and then email to Paul | TIME | RB Communicate Palmer,Donald | 0.40 0.00 0.00 0.00 | 600.00 T@6 | 240.00 |
| 111296 08/10/2016 WIP Draft/revise petition for legal fees and costs, email to Paul with corrections | TIME | RB Draft/Revise Palmer,Donald | 1.00 0.00 0.00 0.00 | 600.00 T@6 | 600.00 |
| 111298 08/15/2016 WIP Analysis/strategy review email and motion to renew motion for judgment, email to Paul | TIME | RB Analysis Palmer,Donald | 0.20 0.00 0.00 0.00 | 600.00 T@6 | 120.00 |
| 111300 08/17/2016 WIP Draft/revise declaration for attorneys fees. reviewed Helmer declaration, telephone call with Paul Martins, review with Susan | TIME | RB Draft/Revise Palmer,Donald | 1.00 0.00 0.00 0.00 | 600.00 T@6 | 600.00 |
| 111336 08/09/2016 WIP telephone conference with Paul and James re fee application | TIME | MO Communicate Palmer,Donald | 0.30 0.00 0.00 0.00 | 600.00 T@6 | 180.00 |
| 111687 08/26/2016 WIP Communicate with client | TIME | MO Communicate Palmer,Donald | 0.50 0.00 0.00 0.00 | 600.00 T@6 | 300.00 |

**Exhibit B-1**

09/23/2016                  BEGELMAN, ORLOW & MELLETZ  
2:08 PM                          Slip Listing                                      Page    2

| Slip ID / Dates and Time / Posting Status / Description | User / Activity / Client / Reference | Units / DNB Time / Est. Time / Variance | Rate / Rate Info / Bill Status | Slip Value |
|---|---|---|---|---|
| 111718  TIME<br>08/22/2016<br>WIP<br>Manage data/files | DL<br>Manage data<br>Palmer,Donald | 0.20<br>0.20<br>0.00<br>0.00 | 110.00<br>T@1<br>No Charge | 22.00 |
| 112056  TIME<br>09/06/2016<br>WIP<br>Manage data/files | DL<br>Manage data<br>Palmer,Donald | 0.30<br>0.30<br>0.00<br>0.00 | 110.00<br>T@1<br>No Charge | 33.00 |
| 112154  TIME<br>09/20/2016<br>WIP<br>Draft/revise response to paragraph F of defendants opposition to attorneys fees. Discuss with Marc, email to and from Paul in reference to same. | RB<br>Draft/Revise<br>Palmer,Donald | 0.77<br>0.00<br>0.00<br>0.00 | 600.00<br>T@6 | 462.00 |
| 112155  TIME<br>09/22/2016<br>WIP<br>Communicate with via telephone call with Dianne and Don Palmer re: status of case, review of motions and responses, discussion of future course of action to collect settlement | RB<br>Communicate<br>Palmer,Donald | 0.20<br>0.00<br>0.00<br>0.00 | 600.00<br>T@6 | 120.00 |
| 112161  TIME<br>09/23/2016<br>WIP<br>Review of draft reply to opposition, draft of declaration. Review billing records. Email to/from Paul Martins. | RB<br>Review/analyze<br>Palmer,Donald | 0.60<br>0.00<br>0.00<br>0.00 | 600.00<br>T@6 | 360.00 |

Grand Total

| | | |
|---|---|---|
| Billable | 4.97 | 2982.00 |
| Unbillable | 0.50 | 55.00 |
| Total | 5.47 | 3037.00 |