**Remaining Begelman Orlow Billing Timekeepers**
**Total Fees at 2014 CLS Rates**

| Name | Experience | Hours to Aug. 4, 2016 | Hours since Aug. 4, 2016 | Rate | Total |
|---|---|---|---|---|---|
| Ross Begelman | 37 years | 307.48 - 3% = 298.26 | 4.17 - 3% = 4.04 | $650.00 | $ 196,495.00 |
| Marc Orlow | 37 years | 315.20 - 3% = 305.74 | 0.80 - 3% = 0.78 | $650.00 | $ 199,238.00 |
| Regina Poserina | 24 years | 82.30 - 3% = 79.83 | _ | $585.00 | $ 46,700.55 |
| Daniel Orlow | 4 years | 5.80 - 3% = 5.63 | _ | $250.00 | $ 1,407.50 |
| **Total** | | 710.78 - 3% = 689.46 | 4.97 - 3% = 4.82 | | **$ 443,841.05** |

**Total 2014 CLS Rate Begelman-Orlow Fees After Deductions:**     $443,841.05
**Total Begelman-Orlow Costs:**     + $ 31,358.61
**Total 2014 CLS Rate Begelman-Orlow Fees & Costs:**     $475,199.66

**Exhibit B-2**