**Remaining Begelman Orlow Billing Timekeepers**
**Total Fees at 2016 Extrapolated CLS Rates**

| Name | Experience | Hours to Aug. 4, 2016 | Hours since Aug. 4, 2016 | Rate | Total |
|---|---|---|---|---|---|
| Ross Begelman | 37 years | 307.48 - 3% = 298.26 | 4.17 - 3% = 4.04 | $778.00 | $  235,189.40 |
| Marc Orlow | 37 years | 315.20 - 3% = 305.74 | 0.80 - 3% = 0.78 | $778.00 | $  238,472.56 |
| Regina Poserina | 24 years | 82.30 - 3% = 79.83 | _ | $650.00 | $   51,889.50 |
| Daniel Orlow | 4 years | 5.80 - 3% = 5.63 | _ | $267.00 | $     1,503.21 |
| **Total** | | 710.78 - 3% = 689.46 | 4.97 - 3% = 4.82 | | **$ 527,054.67** |

**Total Current / Present Value 2016 Begelman-Orlow Fees After Deductions: $527,054.67**
**Total Begelman-Orlow Costs:                                                        + $  31,358.61**
**Total Current/Present Value Begelman-Orlow 2016 Fees & Costs:          $558,413.28**

**Exhibit B-3**