ME1 25615824v.1

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA, ex rel. Donald Palmer,<br>       Plaintiff,<br>vs.<br><br>C&D Technologies, Inc<br>       Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Docket No. 12-907 (GEP) |

## STIPULATION OF PLAINTIFF DONALD PALMER AND DEFENDANT C&D TECHNOLOGIES, INC. SUR SATISFACTION OF JUDGMENT

Plaintiff Donald Palmer ( elator  and Defendant C&D Technologies, Inc. ( &D , through their counsel, hereby stipulate and agree:

WHEREAS, the Court entered an Order, dated May 23, 2017, that was entered of record on May 24, 2017 (the rder  (Docket No. 148);

WHEREAS, via paragraphs nos. 2 and 3 of the Order, the Court entered Judgment in favor of Relator and against C&D in the amount of $1,959,012.46 in attorneys fees and costs;

WHEREAS, via paragraph no. 3 of the Order, the Court entered Judgment in favor or the United States and against C&D in the amount of $1,700,000.00 less any amount already paid, plus interest from May 6, 2016.

WHEREAS, Relator has appealed the Order with respect to the award of attorneys fees and costs;

WHEREAS, C&D has paid the full amount of the Judgment for attorneys fees and costs set forth in paragraphs no. 2 and 3 of the Order to counsel for the Relator;

WHEREAS, C&D has paid the full amount of the Judgment set forth in paragraph no. 3 of the Order to the Civil Division of the United States Department of Justice;

WHEREAS, the Relator and C&D stipulate and agree that satisfaction of the Judgment for attorneys fees and costs set forth in paragraph nos. 2 and 3 of the Order is without prejudice to the rights of the Relator to pursue his appeal of the Order.

NOW, THEREFORE, the Clerk of the United States District Court for the Eastern District of Pennsylvania is hereby authorized and directed by plaintiff Donald Palmer to satisfy, cancel, and discharge the Judgment pertaining to attorneys fees and costs entered pursuant to paragraphs nos. 2 and 3 of the Court Order, entered on May 24, 2017.

Dated: October 3, 2017

/s/ Marc M. Orlow
Marc M. Orlow
Ross Begelman

Begelman & Orlow, P.C.
Cherry Hill Professional Building
411 Route 70 East, Suite 245
Cherry Hill, NJ  08034
P:  856.428.6020
F:  856.428.5485

*Attorneys for Plaintiff Donald Palmer*

/s/ Thomas J. Finn
Thomas J. Finn
Paula Cedillo Cruz

Admitted *pro hac vice*

McCarter & English, LLP
CityPlace I
185 Asylum Street
Hardford, CT  06103-3495
T.  860.275.6700
F.  860.724.3397

Michael J. Glasheen

McCarter & English, LLP
1600 Market Street, Suite 3900
Philadelphia, PA  19103
T.  215.979.3800
F.  215.979.3899
*Attorneys for Defendant*